```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX043775
Cashier ID: sq
Transaction Date: 12/12/2011
Payer Name: DIANE WALKER
----------------------------------
CIVIL FILING FEE
 For: DIANE WALKER
 Amount:         $350.00
----------------------------------
CREDIT CARD
 Amt Tendered: $350.00
----------------------------------
Total Due:       $350.00
Total Tendered: $350.00
Change Amt:      $0.00

11-CV-3238

A fee of $53.00 will be assessed on
any returned check.
```