**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.     11-CV-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
DEP. SGT. BROWN, individual and official capacity
PARK COUNTY
PARK COUNTY COMMISSIONERS
ATTORNEY GENERAL, COLORADO, official capacity
COURT CLERK, individual and official capacity

Defendants.

---

**ENTRY OF APPEARANCE OF TIMOTHY P. SCHIMBERG**

---

Timothy P. Schimberg of Fowler, Schimberg & Flanagan, P.C., hereby enters his appearance as counsel of record on behalf of Defendants Fred Wegener, Bobby Priestly, Cindy Hardey, Rebecca Bramlett, Dep. Sgt. Brown, Park County (sic), and Park County Commissioners (sic).

2

Respectfully submitted this 19th day of January, 2012.

                                        s/Timothy P. Schimberg
                                        Timothy P. Schimberg
                                        Andrew R. McLetchie

                                        FOWLER, SCHIMBERG & FLANAGAN, P.C.
                                        1640 Grant Street, Suite 150
                                        Denver, Colorado 80203
                                        (303) 298-8603

                                        ATTORNEYS FOR PARK COUNTY
                                        DEFENDANTS

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 19th day of January, 2012, I caused a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF TIMOTHY P. SCHIMBERG** to be filed via the ECF system, with notice of same being electronically served to the following:

Herbert C. (Lee) Phillips, Esq.
Park County Attorney
Hayes, Phillips, Hoffman & Carberry, P.C.
P.O. Box 1046
675 Main Street
Fairplay, CO 80440

  Transmitted via First Class U.S. Mail, proper postage prepaid, to the following:

Samuel M. Walker
Diane H. Walker
P.O. Box 59
Florissant, CO 80816
*Pro Se* **Plaintiffs**

                s/Leslie Johnson
                Leslie Johnson