**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.     11-CV-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
DEP. SGT. BROWN, individual and official capacity
PARK COUNTY
PARK COUNTY COMMISSIONERS
ATTORNEY GENERAL, COLORADO, official capacity
COURT CLERK, individual and official capacity

Defendants.

**ENTRY OF APPEARANCE OF ANDREW R. MCLETCHIE**

Andrew R. McLetchie of Fowler, Schimberg & Flanagan, P.C., hereby enters his appearance as counsel of record on behalf of Defendants Fred Wegener, Bobby Priestly, Cindy Hardey, Rebecca Bramlett, Dep. Sgt. Brown, Park County (sic), and Park County Commissioners (sic).

Respectfully submitted this 19th day of January, 2012.

                                              s/Andrew R. McLetchie
Timothy P. Schimberg
Andrew R. McLetchie

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEYS FOR PARK COUNTY DEFENDANTS

3

# CERTIFICATE OF SERVICE

      I hereby certify that on this 19th day of January, 2012, I caused a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF ANDREW R. MCLETCHIE** to be filed via the ECF system, with notice of same being electronically served to the following:

Herbert C. (Lee) Phillips, Esq.
Park County Attorney
Hayes, Phillips, Hoffman & Carberry, P.C.
P.O. Box 1046
675 Main Street
Fairplay, CO 80440

      Transmitted via First Class U.S. Mail, proper postage prepaid, to the following:

Samuel M. Walker
Diane H. Walker
P.O. Box 59
Florissant, CO 80816
*Pro Se* **Plaintiffs**

                                            s/Leslie Johnson
                                            Leslie Johnson