**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.    11-CV-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
DEP. SGT. BROWN, individual and official capacity
PARK COUNTY
PARK COUNTY COMMISSIONERS
ATTORNEY GENERAL, COLORADO, official capacity
COURT CLERK, individual and official capacity

Defendants.

---

**DEFENDANTS FRED WEGENER, BOBBY PRIESTLY, CINDY HARDEY, REBECCA BRAMLETT, DEP. SGT. BROWN, PARK COUNTY (SIC) AND PARK COUNTY COMMISSIONERS (SIC)'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

---

Defendants, Fred Wegener, Bobby Priestly, Cindy Hardey, Rebecca Bramlett, Dep. Sgt. Brown, Park County (sic), and Park County Commissioners (sic), by and through Timothy P. Schimberg and Andrew R. McLetchie of Fowler, Schimberg & Flanagan, P.C., hereby submit their Unopposed Motion for an Extension of Time to Move or Otherwise Respond to the Complaint and in support thereof state as follows:

1. D.C.COLO.LCivR 7.1(a) Certification: Undersigned counsel has conferred with the *pro se* Plaintiffs who have indicated that they are unopposed to the relief requested herein.

2. D.C.COLO.LCivR 6.1(e) certification: As is reflected on the Certificate of Service hereto, a copy of this Motion was served on undersigned counsel's clients.

3. The parties have agreed that these Defendants may move or otherwise respond to the Complaint on or before Monday, January 23, 2012. This extension of time is needed because undersigned counsel needs to research and review the file to determine the propriety of a potential dispositive motion.

4. Under Fed.R.Civ.P. 6(b), an extension of time may be granted for cause shown. For all the foregoing reasons, there is good cause for this Motion.

WHEREFORE, Defendants respectfully request that the Court enter an Order allowing Defendants through and including Monday, January 23, 2012 by which to move or otherwise respond to Plaintiffs' Complaint.

Respectfully submitted this 19th day of January, 2012.

                                                          s/Timothy P. Schimberg
                                                        Timothy P. Schimberg
                                                        Andrew R. McLetchie

                                                        FOWLER, SCHIMBERG & FLANAGAN, P.C.
                                                        1640 Grant Street, Suite 150
                                                        Denver, Colorado 80203
                                                        (303) 298-8603

                                                        ATTORNEYS FOR PARK COUNTY
                                                        DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of January, 2012, I caused a true and correct copy of the foregoing **DEFENDANTS FRED WEGENER, BOBBY PRIESTLY, CINDY HARDEY, REBECCA BRAMLETT, DEP. SGT. BROWN, PARK COUNTY (SIC) AND PARK COUNTY COMMISSIONERS (SIC)'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** to be filed via the ECF system, with notice of same being electronically served to the following:

Herbert C. (Lee) Phillips, Esq.
Park County Attorney
Hayes, Phillips, Hoffman & Carberry, P.C.
P.O. Box 1046
675 Main Street
Fairplay, CO 80440

Fred Wegener
E-mail:  fwegener@parkco.us

Bobby Jo Priestly
E-mail:  bpriestly@parkco.us

Cindy Hardey
E-mail:  chardey@parkco.us

Rebecca Bramlett
E-mail:  rbramlett@parkco.us

Deputy Sgt. Mike Brown
E-mail:  mbrown@parkco.us

Transmitted via First Class U.S. Mail, proper postage prepaid, to the following:

Samuel M. Walker
Diane H. Walker
P.O. Box 59
Florissant, CO 80816
*Pro Se* **Plaintiffs**

          s/Leslie Johnson
          Leslie Johnson