**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.    11-CV-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
DEP. SGT. BROWN, individual and official capacity
PARK COUNTY
PARK COUNTY COMMISSIONERS
ATTORNEY GENERAL, COLORADO, official capacity
COURT CLERK, individual and official capacity

Defendants.

**ORDER GRANTING DEFENDANTS FRED WEGENER, BOBBY PRIESTLY, CINDY HARDEY, REBECCA BRAMLETT, DEP. SGT. BROWN, PARK COUNTY (SIC) AND PARK COUNTY COMMISSIONERS (SIC)'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

BEFORE ME is Defendants' Unopposed Motion for Extension of Time to Move or Otherwise Respond to the Complaint. IT IS HEREBY ORDERED that the Motion is GRANTED and Defendants shall have through and including Monday, January 23, 2012 by which to move or otherwise respond to the Complaint.

2

DATED: _____      BY THE COURT


_____
United States District Court Judge/United
States Magistrate Judge

2