**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.     11-CV-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
DEP. SGT. BROWN, individual and official capacity
PARK COUNTY
PARK COUNTY COMMISSIONERS
ATTORNEY GENERAL, COLORADO, official capacity
COURT CLERK, individual and official capacity

Defendants.

---

**UNOPPOSED MOTION FOR LEAVE TO FILE RULE 12 MOTIONS IN EXCESS OF FIFTEEN PAGES**

---

Defendants, Fred Wegener, Bobby (sic) Priestly, Cindy Hardey, Rebecca Bramlett, Dep. Sgt. Brown, Park County, and Park County Commissioners, by and through Timothy P. Schimberg and Andrew R. McLetchie of Fowler, Schimberg & Flanagan, P.C., hereby submit this Unopposed Motion for Leave to File Rule 12 Motions in Excess of Fifteen Pages and in support thereof state as follows:

1.     D.C.COLO.LCivR 7.1(a) Certification:  Plaintiffs are unopposed to this Motion.

2.      Under Judge Brimmer's Civil Practice Standard Section III(f)(2)(i), if a party elects to file more than one Rule 12(b)(1) Motion, opening briefs and response briefs shall not exceed fifteen pages total for all such motions (not each such motion) filed by that party.

3.      In this case, undersigned counsel represents the following Defendants: Fred Wegener, Bobby (sic) Priestly, Cindy Hardey, Rebecca Bramlett, Dep. Sgt. Brown, Park County, and Park County Commissioner.

4.      Contemporaneously herewith, Defendants, Fred Wegener, Bobby (sic) Priestly, Cindy Hardey, Rebecca Bramlett, and Dep. Sgt. Brown, filed a Rule 12(b)(1) Motion related to the claims asserted against them in their individual capacities based on a qualified immunity defense. That Motion is approximately 15 pages long.

5.      Additionally, contemporaneously herewith, the Defendants, Fred Wegener, Bobby (sic) Priestly, Cindy Hardey, Rebecca Bramlett, Dep. Sgt. Brown, Park County, and Park County Commissioners filed a Rule 12(b)(6) Motion arguing that Plaintiffs' Complaint fails to state a claim under which relief can be granted. That Motion is approximately 16 pages long.

6.      Due to the fact that the 12(b)(1) Motion relates only to the claims asserted against those Defendants in their individual capacities as opposed to their official capacities, undersigned counsel believes that the two Motions are essentially filed by different parties and as such complies with the requirements of Judge Brimmer's Civil Practice Standards. However, undersigned counsel realizes that is far from clear.

7.      Accordingly, to the extent necessary, these Defendants request leave to file Rule 12 Motions, which exceed fifteen total pages.

Respectfully submitted this 23rd day of January, 2012.

*(Original signature on file at the offices of Fowler, Schimberg & Flanagan, P.C.)*

s/Timothy P. Schimberg
Timothy P. Schimberg
Andrew R. McLetchie

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEYS FOR PARK COUNTY
DEFENDANTS

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2012, I caused a true and correct copy of the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE RULE 12 MOTIONS IN EXCESS OF FIFTEEN PAGES** to be filed via the ECF system, with notice of same being electronically served to the following:

Herbert C. (Lee) Phillips, Esq.
Park County Attorney
Hayes, Phillips, Hoffman & Carberry, P.C.
P.O. Box 1046
675 Main Street
Fairplay, CO 80440


Transmitted via electronic mail and First Class U.S. Mail, proper postage prepaid, to the following:

Samuel M. Walker
Diane H. Walker
P.O. Box 59
Florissant, CO 80816
reddog0918@yahoo.com
*Pro Se* **Plaintiffs**


                                               s/Leslie Johnson
                                               Leslie Johnson