**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.     11-CV-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
DEP. SGT. BROWN, individual and official capacity
PARK COUNTY
PARK COUNTY COMMISSIONERS
ATTORNEY GENERAL, COLORADO, official capacity
COURT CLERK, individual and official capacity

Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE RULE 12**
**MOTIONS IN EXCESS OF FIFTEEN PAGES**

---

BEFORE ME is the Unopposed Motion for Leave to File Rule 12 Motions in Excess of Fifteen Pages.  Having reviewed the Motion and being fully advised in the premises therefore, IT IS HEREBY ORDERED that this Motion is GRANTED.

DATED: _____           BY THE COURT

_____
United States District Court Judge/United States Magistrate Judge