|    |            |                                                           |
|----|------------|-----------------------------------------------------------|
|    |            | Status: Arrest Only Charge                                |
|    |            | Statute: 18-9-202(1)(a)                                   |
|    |            | Class: M1 (Class 1 Misdemeanor)                           |
|    |            | Offense Date From: 12/15/2009                             |
|    |            | Offense Date To: 12/15/2009                               |
|    |            | BAC: 0.000                                                |
|    |            | Arrest Date: 02/07/2011                                   |
| 32 | 12/15/2009 | Charges: Cruelty To Animals Failed To Provide             |
|    |            | Status: Arrest Only Charge                                |
|    |            | Statute: 18-9-202(1)(a)                                   |
|    |            | Class: M1 (Class 1 Misdemeanor)                           |
|    |            | Offense Date From: 12/15/2009                             |
|    |            | Offense Date To: 12/15/2009                               |
|    |            | BAC: 0.000                                                |
|    |            | Arrest Date: 02/07/2011                                   |
| 33 | 11/06/2009 | Charges: Cruelty To Animals-aggravated                    |
|    |            | Status: Main Charge                                       |
|    |            | Statute: 18-9-202(1.5)(b)                                 |
|    |            | Class: F6 (Class 6 Felony)                                |
|    |            | Offense Date From: 11/06/2009                             |
|    |            | Offense Date To: 12/16/2009                               |
|    |            | BAC: 0.000                                                |
|    |            | Arrest Date: 02/07/2011                                   |
|    |            | Plea Date: 12/15/2010                                     |
|    |            | Plea: Plea of Guilty                                      |
|    |            | Disposition Date: 02/07/2011                              |
|    |            | Disposition: Guilty                                       |
|    |            | Sentence Date: 08/23/2011                                 |
|    |            | Sentence Description: Sentence by Court                   |
|    |            | Sentence Status: Active                                   |
|    |            | Victims Assistance Fund: 163.00 Dollar Amount             |
|    |            | Victim Compensation Fund: 163.00 Dollar Amount            |
|    |            | Court Costs: 35.00 Dollar Amount                          |
|    |            | Court Security Cash Fund: 5.00 Dollar Amount              |
|    |            | Genetic Testing Surcharge: 2.50 Dollar Amount             |
|    |            | Request for Time to Pay: 25.00 Dollar Amount              |
|    |            | Offender Identification Fund: 128.00 Dollar Amount        |
|    |            | Probation: 2.00 Year(s)                                   |
|    |            | Probation Supervision Fee: 100.00 Dollar Amount           |
|    |            | Drug Standardized Assessment: 45.00 Dollar Amount         |
|    |            | Animal Cruelty Surcharge: 400.00 Dollar Amount            |
|    |            | Community Service: 48.00 Hour(s)                          |
|    |            | Jail: 90.00 Day(s)                                        |
|    |            | Cost of Care - Jail: 2385.00 Dollar Amount                |
|    |            | Joint and Several Restitution: 2021.62 Dollar Amount      |
|    |            | Probation Supervision Fee: 1100.00 Dollar Amount          |
|    |            | Sentence Date: 06/28/2011                                 |
|    |            | Sentence Description: Sentence by Court                   |
|    |            | Sentence Status: Void                                     |

EXHIBIT A

Victims Assistance Fund: 163.00 Dollar Amount
Victim Compensation Fund: 163.00 Dollar Amount
Court Costs: 35.00 Dollar Amount
Court Security Cash Fund: 5.00 Dollar Amount
Genetic Testing Surcharge: 2.50 Dollar Amount
Request for Time to Pay: 25.00 Dollar Amount
Offender Identification Fund: 128.00 Dollar Amount
Probation: 2.00 Year(s)
Probation Supervision Fee: 1200.00 Dollar Amount
Drug Standardized Assessment: 45.00 Dollar Amount
Animal Cruelty Surcharge: 400.00 Dollar Amount
Community Service: 48.00 Hour(s)
Jail: 90.00 Day(s)
Cost of Care - Jail: 2385.00 Dollar Amount
Sentence Date: 06/28/2011
Sentence Description: Sentence by Court
Sentence Status: Void
Victims Assistance Fund: 163.00 Dollar Amount
Victim Compensation Fund: 163.00 Dollar Amount
Court Costs: 35.00 Dollar Amount
Court Security Cash Fund: 5.00 Dollar Amount
Genetic Testing Surcharge: 2.50 Dollar Amount
Request for Time to Pay: 25.00 Dollar Amount
Offender Identification Fund: 128.00 Dollar Amount
Probation: 2.00 Year(s)
Probation Supervision Fee: 1200.00 Dollar Amount
Drug Standardized Assessment: 45.00 Dollar Amount
Animal Cruelty Surcharge: 400.00 Dollar Amount
Community Service: 48.00 Hour(s)
Jail: 90.00 Day(s)
Cost of Care - Jail: 2385.00 Dollar Amount
Joint and Several Restitution: 2021.62 Dollar Amount
Sentence Date: 02/07/2011
Sentence Description: Sentence by Court
Sentence Status: Void
Victims Assistance Fund: 163.00 Dollar Amount
Victim Compensation Fund: 163.00 Dollar Amount
Court Costs: 35.00 Dollar Amount
Court Security Cash Fund: 5.00 Dollar Amount
Genetic Testing Surcharge: 2.50 Dollar Amount
Request for Time to Pay: 25.00 Dollar Amount
Offender Identification Fund: 128.00 Dollar Amount
Probation: 2.00 Year(s)
Probation Supervision Fee: 1200.00 Dollar Amount
Drug Standardized Assessment: 45.00 Dollar Amount
Animal Cruelty Surcharge: 400.00 Dollar Amount
Community Service: 48.00 Hour(s)
Jail: 90.00 Day(s)
Cost of Care - Jail: 4050.00 Dollar Amount