Status: Arrest Only Charge
Statute: 18-9-202(1)(a)
Class: M1 (Class 1 Misdemeanor)
Offense Date From: 12/15/2009
Offense Date To: 12/15/2009
BAC: 0.000
Arrest Date: 12/25/2009

32   12/15/2009  Charges: Cruelty To Animals Failed To Provide
Status: Arrest Only Charge
Statute: 18-9-202(1)(a)
Class: M1 (Class 1 Misdemeanor)
Offense Date From: 12/15/2009
Offense Date To: 12/15/2009
BAC: 0.000
Arrest Date: 12/25/2009

33   11/06/2009  Charges: Cruelty To Animals Failed To Provide
Status: Main Charge
Statute: 18-9-202(1)(a)
Class: M1 (Class 1 Misdemeanor)
Offense Date From: 11/06/2009
Offense Date To: 12/16/2009
BAC: 0.000
Arrest Date: 12/25/2009
Plea Date: 09/27/2010
Plea: Plea of Guilty
Disposition Date: 09/27/2010
Disposition: Guilty
Sentence Date: 06/28/2011
Sentence Description: Sentence by Court
Sentence Status: Void
Victims Assistance Fund: 78.00 Dollar Amount
Victim Compensation Fund: 78.00 Dollar Amount
Court Costs: 35.00 Dollar Amount
Court Security Cash Fund: 5.00 Dollar Amount
Genetic Testing Surcharge: 2.50 Dollar Amount
Request for Time to Pay: 25.00 Dollar Amount
Probation: 2.00 Year(s)
Animal Cruelty Surcharge: 400.00 Dollar Amount
Probation Supervision Fee: 1200.00 Dollar Amount
Restitution: 6127.62 Dollar Amount
Sentence Date: 06/28/2011
Sentence Description: Sentence by Court
Sentence Status: Active
Victims Assistance Fund: 78.00 Dollar Amount
Victim Compensation Fund: 78.00 Dollar Amount
Court Costs: 35.00 Dollar Amount
Court Security Cash Fund: 5.00 Dollar Amount
Genetic Testing Surcharge: 2.50 Dollar Amount
Request for Time to Pay: 25.00 Dollar Amount



EXHIBIT B

        Probation: 2.00 Year(s)
        Animal Cruelty Surcharge: 400.00 Dollar Amount
        Probation Supervision Fee: 1200.00 Dollar Amount
        Restitution: 4106.00 Dollar Amount
        Joint and Several Restitution: 2021.62 Dollar Amount
        Sentence Date: 09/27/2010
        Sentence Description: Sentence by Court
        Sentence Status: Void
        Victims Assistance Fund: 78.00 Dollar Amount
        Victim Compensation Fund: 78.00 Dollar Amount
        Court Costs: 35.00 Dollar Amount
        Court Security Cash Fund: 5.00 Dollar Amount
        Genetic Testing Surcharge: 2.50 Dollar Amount
        Request for Time to Pay: 25.00 Dollar Amount
        Probation: 2.00 Year(s)
        Animal Cruelty Surcharge: 400.00 Dollar Amount
        Probation Supervision Fee: 1200.00 Dollar Amount
        Restitution: 6224.00 Dollar Amount

34    11/06/2009  Charges: Cruelty To Animals-aggravated
        Status: Amended
        Statute: 18-9-202(1.5)(b)
        Class: F6 (Class 6 Felony)
        Offense Date From: 11/06/2009
        Offense Date To: 12/16/2009
        BAC: 0.000
        Arrest Date: 12/25/2009

35    11/06/2009  Charges: Cruelty To Animals-aggravated
        Status: Dismissed
        Statute: 18-9-202(1.5)(b)
        Class: F6 (Class 6 Felony)
        Offense Date From: 11/06/2009
        Offense Date To: 12/16/2009
        BAC: 0.000
        Arrest Date: 12/25/2009
        Plea Date: 06/14/2010
        Plea: Plea Not Guilty
        Disposition Date: 09/27/2010
        Disposition: Dism by DA

36    11/06/2009  Charges: Cruelty To Animals-aggravated
        Status: Dismissed
        Statute: 18-9-202(1.5)(b)
        Class: F6 (Class 6 Felony)
        Offense Date From: 11/06/2009
        Offense Date To: 12/16/2009
        BAC: 0.000
        Arrest Date: 12/25/2009
        Plea Date: 06/14/2010
        Plea: Plea Not Guilty
        Disposition Date: 09/27/2010