Status: Arrest Only Charge
Statute: 18-9-202(1)(a)
Class: M1 (Class 1 Misdemeanor)
Offense Date From: 12/15/2009
Offense Date To: 12/15/2009
BAC: 0.000
Arrest Date: 02/07/2011

32   12/15/2009  Charges: Cruelty To Animals Failed To Provide
Status: Arrest Only Charge
Statute: 18-9-202(1)(a)
Class: M1 (Class 1 Misdemeanor)
Offense Date From: 12/15/2009
Offense Date To: 12/15/2009
BAC: 0.000
Arrest Date: 02/07/2011

33   11/06/2009  Charges: Cruelty To Animals-aggravated
Status: Main Charge
Statute: 18-9-202(1.5)(b)
Class: F6 (Class 6 Felony)
Offense Date From: 11/06/2009
Offense Date To: 12/16/2009
BAC: 0.000
Arrest Date: 02/07/2011
Plea Date: 12/15/2010
Plea: Plea of Guilty
Disposition Date: 02/07/2011
Disposition: Guilty
Sentence Date: 08/23/2011
Sentence Description: Sentence by Court
Sentence Status: Active
Victims Assistance Fund: 163.00 Dollar Amount
Victim Compensation Fund: 163.00 Dollar Amount
Court Costs: 35.00 Dollar Amount
Court Security Cash Fund: 5.00 Dollar Amount
Genetic Testing Surcharge: 2.50 Dollar Amount
Request for Time to Pay: 25.00 Dollar Amount
Offender Identification Fund: 128.00 Dollar Amount
Probation: 2.00 Year(s)
Probation Supervision Fee: 100.00 Dollar Amount
Drug Standardized Assessment: 45.00 Dollar Amount
Animal Cruelty Surcharge: 400.00 Dollar Amount
Community Service: 48.00 Hour(s)
Jail: 90.00 Day(s)
Cost of Care - Jail: 2385.00 Dollar Amount
Joint and Several Restitution: 2021.62 Dollar Amount
Probation Supervision Fee: 1100.00 Dollar Amount
Sentence Date: 06/28/2011
Sentence Description: Sentence by Court
Sentence Status: Void

EXHIBIT B

Victims Assistance Fund: 163.00 Dollar Amount
Victim Compensation Fund: 163.00 Dollar Amount
Court Costs: 35.00 Dollar Amount
Court Security Cash Fund: 5.00 Dollar Amount
Genetic Testing Surcharge: 2.50 Dollar Amount
Request for Time to Pay: 25.00 Dollar Amount
Offender Identification Fund: 128.00 Dollar Amount
Probation: 2.00 Year(s)
Probation Supervision Fee: 1200.00 Dollar Amount
Drug Standardized Assessment: 45.00 Dollar Amount
Animal Cruelty Surcharge: 400.00 Dollar Amount
Community Service: 48.00 Hour(s)
Jail: 90.00 Day(s)
Cost of Care - Jail: 2385.00 Dollar Amount
Sentence Date: 06/28/2011
Sentence Description: Sentence by Court
Sentence Status: Void
Victims Assistance Fund: 163.00 Dollar Amount
Victim Compensation Fund: 163.00 Dollar Amount
Court Costs: 35.00 Dollar Amount
Court Security Cash Fund: 5.00 Dollar Amount
Genetic Testing Surcharge: 2.50 Dollar Amount
Request for Time to Pay: 25.00 Dollar Amount
Offender Identification Fund: 128.00 Dollar Amount
Probation: 2.00 Year(s)
Probation Supervision Fee: 1200.00 Dollar Amount
Drug Standardized Assessment: 45.00 Dollar Amount
Animal Cruelty Surcharge: 400.00 Dollar Amount
Community Service: 48.00 Hour(s)
Jail: 90.00 Day(s)
Cost of Care - Jail: 2385.00 Dollar Amount
Joint and Several Restitution: 2021.62 Dollar Amount
Sentence Date: 02/07/2011
Sentence Description: Sentence by Court
Sentence Status: Void
Victims Assistance Fund: 163.00 Dollar Amount
Victim Compensation Fund: 163.00 Dollar Amount
Court Costs: 35.00 Dollar Amount
Court Security Cash Fund: 5.00 Dollar Amount
Genetic Testing Surcharge: 2.50 Dollar Amount
Request for Time to Pay: 25.00 Dollar Amount
Offender Identification Fund: 128.00 Dollar Amount
Probation: 2.00 Year(s)
Probation Supervision Fee: 1200.00 Dollar Amount
Drug Standardized Assessment: 45.00 Dollar Amount
Animal Cruelty Surcharge: 400.00 Dollar Amount
Community Service: 48.00 Hour(s)
Jail: 90.00 Day(s)
Cost of Care - Jail: 4050.00 Dollar Amount

                                                        Status: Arrest Only Charge
Statute: 18-9-202(1)(a)
Class: M1 (Class 1 Misdemeanor)
Offense Date From: 12/15/2009
Offense Date To: 12/15/2009
BAC: 0.000
Arrest Date: 12/25/2009

32    12/15/2009  Charges: Cruelty To Animals Failed To Provide
Status: Arrest Only Charge
Statute: 18-9-202(1)(a)
Class: M1 (Class 1 Misdemeanor)
Offense Date From: 12/15/2009
Offense Date To: 12/15/2009
BAC: 0.000
Arrest Date: 12/25/2009

33    11/06/2009  Charges: Cruelty To Animals Failed To Provide
Status: Main Charge
Statute: 18-9-202(1)(a)
Class: M1 (Class 1 Misdemeanor)
Offense Date From: 11/06/2009
Offense Date To: 12/16/2009
BAC: 0.000
Arrest Date: 12/25/2009
Plea Date: 09/27/2010
Plea: Plea of Guilty
Disposition Date: 09/27/2010
Disposition: Guilty
Sentence Date: 06/28/2011
Sentence Description: Sentence by Court
Sentence Status: Void
Victims Assistance Fund: 78.00 Dollar Amount
Victim Compensation Fund: 78.00 Dollar Amount
Court Costs: 35.00 Dollar Amount
Court Security Cash Fund: 5.00 Dollar Amount
Genetic Testing Surcharge: 2.50 Dollar Amount
Request for Time to Pay: 25.00 Dollar Amount
Probation: 2.00 Year(s)
Animal Cruelty Surcharge: 400.00 Dollar Amount
Probation Supervision Fee: 1200.00 Dollar Amount
Restitution: 6127.62 Dollar Amount
Sentence Date: 06/28/2011
Sentence Description: Sentence by Court
Sentence Status: Active
Victims Assistance Fund: 78.00 Dollar Amount
Victim Compensation Fund: 78.00 Dollar Amount
Court Costs: 35.00 Dollar Amount
Court Security Cash Fund: 5.00 Dollar Amount
Genetic Testing Surcharge: 2.50 Dollar Amount
Request for Time to Pay: 25.00 Dollar Amount

Case 1:11-cv-03238-RM-KMT   Document 15-2   Filed 01/23/12   USDC Colorado   Page 4 of 4

        Probation: 2.00 Year(s)
        Animal Cruelty Surcharge: 400.00 Dollar Amount
        Probation Supervision Fee: 1200.00 Dollar Amount
        Restitution: 4106.00 Dollar Amount
        Joint and Several Restitution: 2021.62 Dollar Amount
        Sentence Date: 09/27/2010
        Sentence Description: Sentence by Court
        Sentence Status: Void
        Victims Assistance Fund: 78.00 Dollar Amount
        Victim Compensation Fund: 78.00 Dollar Amount
        Court Costs: 35.00 Dollar Amount
        Court Security Cash Fund: 5.00 Dollar Amount
        Genetic Testing Surcharge: 2.50 Dollar Amount
        Request for Time to Pay: 25.00 Dollar Amount
        Probation: 2.00 Year(s)
        Animal Cruelty Surcharge: 400.00 Dollar Amount
        Probation Supervision Fee: 1200.00 Dollar Amount
        Restitution: 6224.00 Dollar Amount

34    11/06/2009  Charges: Cruelty To Animals-aggravated
                          Status: Amended
                          Statute: 18-9-202(1.5)(b)
                          Class: F6 (Class 6 Felony)
                          Offense Date From: 11/06/2009
                          Offense Date To: 12/16/2009
                          BAC: 0.000
                          Arrest Date: 12/25/2009

35    11/06/2009  Charges: Cruelty To Animals-aggravated
                          Status: Dismissed
                          Statute: 18-9-202(1.5)(b)
                          Class: F6 (Class 6 Felony)
                          Offense Date From: 11/06/2009
                          Offense Date To: 12/16/2009
                          BAC: 0.000
                          Arrest Date: 12/25/2009
                          Plea Date: 06/14/2010
                          Plea: Plea Not Guilty
                          Disposition Date: 09/27/2010
                          Disposition: Dism by DA

36    11/06/2009  Charges: Cruelty To Animals-aggravated
                          Status: Dismissed
                          Statute: 18-9-202(1.5)(b)
                          Class: F6 (Class 6 Felony)
                          Offense Date From: 11/06/2009
                          Offense Date To: 12/16/2009
                          BAC: 0.000
                          Arrest Date: 12/25/2009
                          Plea Date: 06/14/2010
                          Plea: Plea Not Guilty
                          Disposition Date: 09/27/2010