| PARK COUNTY SHERIFF'S OFFICE | | |
|---|---|---|
| CONTINUATION SHEET | | Case Report Number<br>**2009001744** |
| Initial Offense Classification<br>**Cruelty to Animals** | Subject<br>**Walker, Samuel & Diane** | Date of Report<br>**12-15-2009** |

On December 15, 2009 I received a radio call from dispatch at approximately 1:03 PM. I was asked to call a party back as soon as possible. I placed a call back and spoke with a female party who identified herself by voice as:

### RP/ Ashley Mauceri (Humane Society of United States)

Ashley stated:

- She had received a telephone call from a male party named Brian.
- Brian called her regarding approximately one hundred fifteen dogs in the Hartsel area.
- The dogs were reported as being very skinny and in need of assistance immediately.
- The dogs belong to Sam and Diane Walker.
- He would like to meet with someone and take the proper authorities to the location.
- His cellular telephone number is 719-221-7777.

I called Brian back and spoke with him after I hung up from Ashley. I asked Brain for his last name and he identified himself by voice as:

### RP/ Brian Whelan (08-19-1965)

Whelan stated:

- He first met Sam Walker approximately 8 weeks ago and he adopted four dogs from Sam.
- Most of the dog's conditions at that time were poor, but he was supposedly starting to get them back to a healthier condition.
- "Thursday December 10, 2009 Sam gave me a call to take care of his dogs as payback for my previous kind-hearted adoption."
- He was to feed the dogs on Tuesday, Thursday and Saturday, December 15th, 17th, and 19th.
- Debra-Su Stevens notified him of the condition of the dogs and what to expect.
- He showed up on December 15, 2009 and proceeded to feed the dogs.
- After the dogs were fed he found the dog pit with the dead dogs in it that Debra-Su described to him.
- He filled some of the doghouses with straw when a thought came over him that he should go and get his camera and document the scene with photographs.
- On the way to get his camera, his wife phoned and helped him make the decision to report the scene to the proper authorities.
- He called the Humane Society in Washington D.C. and they in turn contacted the proper authorities.

| Officer's Signature & Number<br>Sgt. B. Priestly #9522 | Supervisor's Initials & Date | Page 9 of 24 |
|---|---|---|
| Rev. 6/98 | EXHIBIT C | Form: PCSO-N |

| PARK COUNTY SHERIFF'S OFFICE | | |
|---|---|---|
| CONTINUATION SHEET | | Case Report Number<br>2009001744 |
| Initial Offense Classification<br>**Cruelty to Animals** | Subject<br>**Walker, Samuel & Diane** | Date of Report<br>**12-15-2009** |

I agreed to meet Whelan at State Highway 9 and Park County Road 53 at approximately 2:45 PM. I stopped in the Bailey sub-station and spoke with Corporal Hardey and advised her of the call I had just received. We both cleared the Bailey side and responded to the Sheriff's Office in Fairplay, Colorado.

Upon arrival at the Sheriff's Office Corporal Hardey and I spoke with Sheriff Wegener regarding the call. Sheriff Wegener decided to respond to the address of 6000 Forest Service Road 108, Hartsel, Park County, Colorado to do a welfare check on the dogs with the Animal Control officers.

We arrived on scene at approximately 3:15 PM. I spoke with Whelan while Corporal Hardey started taking photographs of the dogs on the property owned by:

**RO/ Samuel M. Walker (9-21-1947)
And
Diane Walker (09-18-1957)**

Whalen made the following statements while at the property:

- "The Blue Heeler is over there in a kennel with no box."
- "The dead ones are over there in the draw just follow the path of Debra Su's footprints."
- "Debra Su has four of the skinniest dogs, that is going to be your case."
- He called Debra Su and left her two messages saying, "Don't even call Sam it's over."
- None of the dogs near the kennels had straw in their boxes.
- "Debra Su and Mark put straw in some of the houses yesterday."
- "These dogs went throughout the whole period of –20 degrees temperatures with no straw."
- "All the dogs are in bad shape and Sam called Debra Su and told her he was losing dogs and he needed help."
- "Sam lives over an hour away in Florissant."
- "Sam only feeds the dogs every three or four days."
- "Sam is out of town and in California until Sunday December 20, 2009."
- "We needed to go and get pictures of the dogs at Debra Su's house; a full-grown Husky should weigh more than thirty pounds."
- Debra Su knows way more than he does.
- "The Blue Heeler dog is going to freeze to death."
- "The Heeler was his wife's dog and it killed a cat or something so she put it outside."
- "The Heeler doesn't like other dogs."
- "They are all fucking dying!"
- "These skinny dogs are nothing compared to the ones that Debra Su took home last night."

| Officer's Signature & Number<br>Sgt. B. Priestly #9522 | Supervisor's Initials & Date | Page 10 of 24 |
|---|---|---|

Rev. 6/98 N   Form: PCSO-

PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number | 2009001744 |
| --- | --- |
| Initial Offense Classification | Subject | Date of Report |
| Cruelty to Animals | Walker, Samuel &Diane | 12-15-2009 |

- One dog, a white Husky, on the property is not eating any food.
- "The white Husky dog looks like she has cancer or something is wrong with her stomach, she is older and inside the house a lot."
- "Sam doesn't give a shit!"
- About six weeks ago he received some dogs from Sam.
- "Two months ago Debra Su and Mark got the dogs back to normal."
- "In this kennel there are three dogs trying to stay warm under a lid."
- "Sam has several doghouses, why doesn't Sam put them in with the dogs?
- "This is where I stopped, I put the hay here and said, I have to go and get somebody."
- "I rescued four of his dogs out of this hell."
- "I figured I would never have to talk to him again."
- Sam called him up about four days ago and said, "Brian I am going away can you feed my dogs?"
- Brian asked, "Who is this?"
- He said, "It's Sam."
- Brian then agreed to feed the dogs on Tuesday and Thursday.
- Brian was going to trade Sam for a dog box on the property.
- Brian told Sam he would feed the dogs Tuesday, Thursday and Saturday.
- Brian told Debra Su he was going to feed and she called Sam.
- Sam told Debra Su the dogs are not looking too good.
- "Debra Su came out here to feed December 14, 2009 and was very upset because she saw the dead dogs and the situation was bad."
- Brian felt that Debra Su wanted him to call, because she didn't want to call herself.
- "The last time Sam raced dogs was four years ago."
- "Look at the dog over there eating crap!"

Sheriff Wegner said, " This dog here can almost not stand up." The Sheriff was talking about a black dog that he was standing near. I counted the dogs on the property and came up with an approximate number of ninety-eight live dogs on the property. I counted an approximate number of dogs in each section. There were four sections that were separated off and these are referred to as sections A, B, C and D. (refer to Bramlett's report). On the property there was also a group of chain link kennels separate from these sections, which housed the puppies or younger dogs.

Whelan stated that in the metal shed there was plenty of dog food and that was what he used to feed the dogs. I asked Whelan how long it took to feed the dogs. He stated, " to do it right about two hours." The Walkers live in Florissant, which is approximately an hour and a half from the kennels. Whelan stated that; "If you do the math it would be impossible for Sam to make the trip daily." Sam works in Colorado Springs and Diane has a job as well.

Officer's Signature & Number
Sgt. B. Priestly #9522

Supervisor's Initials & Date

Page 11 of 24

Rev. 6/98
N

Form: PCSO-

## PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number |
|---|
| 2009001744 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| Cruelty to Animals | Walker, Samuel & Diane | 12-15-2009 |

I counted the deceased dogs in a ravine located on the north corner of the property. This ravine is referred to as "the pit". In the pit I found two full-grown Husky dogs upside down each in an empty fifty pound dog food bag. One dead cat and a dead black and white dog were also in empty dog food bags. I also observed approximately four Husky dogs lying in the pit partially covered with snow. Corporal Hardey photographed these animals.

I requested that dispatch contact Scot Dutcher with the Bureau of Animal Protection. They advised him of the following facts: I counted approximately 104 or 105 dogs on the property. Six of the dogs were confirmed as being deceased. Approximately twenty-five of the dogs scored a "1" on the Henneke Body Condition Scoring System. The Henneke Scale is used by investigators to rate every animal on a scale of one to nine. One being emaciated and nine being obese, the ideal score for an animal would be a five. It was my estimation that upon visual inspection none of the dogs on the Walker property would rate higher than a "2.5." I counted approximately twenty doghouses that were empty with no animals chained to the houses. All the remaining dogs on the property were chained on a swivel clasp attached to a pipe that was buried in the ground. The chains holding dogs were approximately six feet in length and none of the dogs had liquid water or food. I did not observe any feces near the dog's houses. This could indicate the dogs were eating their stool in absence of food. A large percentage of the dogs had poor hair coats and some of the dogs had matted fur hanging on them.

Based on my experience and training it was decided that two of the dogs that were in iminate danger would be impounded and taken to the Animal Control Facility in Bailey, Colorado that evening. We impounded a female Heeler dog that was in a separate kennel located at the south end of the compound. This dog was underweight and scored a "2" on the Henneke Body Condition Scoring System. The dog had no shelter from the elements and no food or water. The second dog that was impounded scored a "1" and was lethargic. This dog was housed in a house with the name "Hannah" on it. This dog was a female black Husky-mix dog. Both the Heeler and the Husky-mix were dehydrated.

In another section I was shown a white colored Husky dog that had not eaten the food given the day prior by Debra Su Stephens. According to Whelan the dog would not come out of the doghouse. The dog was lethargic but not emaciated. I decided to remove only the two dogs and take this dog first thing in the morning along with the other dogs that would be seen by a veterinarian.

I left a Voluntary Statement form with Whalen's wife and he continued to feed the dogs. Corporal Hardey, Sheriff Wegener, and I left the scene. Corporal Hardey impounded the dogs and transported them to the kennel and completed the search warrant. I began making telephone calls to get volunteers to assist with the seizure scheduled for 9:00 AM December 16, 2009.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Sgt. B. Priestly #9522 | | Page 12 of 24 |

Rev. 6/98
N

Form: PCSO-

PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number | 2009001744 |
| --- | --- |
| Initial Offense Classification | Subject | Date of Report |
| Cruelty to Animals | Walker, Samuel &Diane | 12-15-2009 |

I spoke with Scot Dutcher and he stated he was unavailable on December 16, 2009, however Dr. Kate Anderson with the Colorado State Veterinarian's Office would accompany us in the seizure. I requested that Dutcher make calls to humane societies that would be willing to assist in taking some of the dogs. Dutcher stated that he would see what he could do to assist us and he would give the details to Dr. Anderson so she could relay the information in the morning. I spoke with Dr. Anderson, Scot Dutcher and some of the Commissioners for the State of Colorado Department Of Agriculture by telephone. I advised them of the situation and told them it was my intention to seize all the dogs on the Walker property. I would charge both owners of the dogs with Colorado Revised Statute 18-9-202-Cruelty to Animals. I made several telephone calls and organized a group of the following volunteers.

-Kathy Curcio (Fairplay Extension Office Manager)
-Sharon Morris (Park County Coroner)
-Diana Whitlock (Inter Mountain Humane Society)
-Wendy Neuman (Inter Mountain Humane Society)
- Jenna Branch (Inter Mountain Humane Society)
-Carl Sharpe (Inter Mountain Humane Society)
-Erin Mann (Volunteer with Teller County Regional Animal Shelter)

I responded to 52 Falcon Road in Nine-Mile Heights to speak with the two people known as:

**IP/Debra Su Stephens (10-09-1956)**

&
**IP/ Mark Stephens (02-13-1959)**

Debra Su and Mark were also taking care of the dogs while Sam was out of town. Based on Whelan's statements the Stephens had fed the dogs on December 14, 2009 and taken four very skinny dogs to their residence. Upon arrival at the Stephens' residence I was unable to locate the Stephens. I left a message on their home telephone and requested that they call me as soon as possible.

I received a telephone call from Debra Su late that night and she agreed to meet me in the morning at her residence on December 16, 2009. I called Park County Animal Control Officer Rebecca Bramlett at her residence and advised her to meet at the Sheriff's Office early the next morning.

## PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number |
|---|
| 2009001744 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| Cruelty to Animals | Walker, Samuel &Diane | 12-15-2009 |

On December 16, 2009 I arrived at the Sheriff's Office at approximately 6:00 AM. The Search Warrant was completed and Corporal Hardey took the warrant to the Park County Courthouse for Judge Green to review. I contacted Officer Cheri France with Teller County Animal Control and asked her to fax a copy of the prior cases involving the Walkers (see attached). The Walkers had the dogs at their residence in Teller County before the property was purchased in Park County. When the Walkers brought the dogs to Park County I was advised that they had previous problems with the dogs in Teller County. It was found that Samuel Walker had a previous conviction of Animal Cruelty in Teller County. A volunteer named Erin Mann met me at the Sheriff's Office. Mann was going to assist us with the dogs and would be my rider for the day.

Mann and I left the office and met the Stephens at their residence. I took three very skinny dogs from their residence that were removed from the Walker property by the Stephens on December 14, 2009. The first dog was a black colored Husky-hound mix named "Holly". Holly had piercing blue eyes and was scored at a "1". She was barely able to stand. I also impounded a grey colored Husky-mix dog-named "Vixen". Vixen was very emaciated. The third dog impounded was also a husky-mix and the Stephens did not know her name. It was decided to call her "Hope". Again Hope was scored at a "1" and was very emaciated as well. The Stephens had asked to continue the care for another female dog pinto colored named "Nellie". Nellie was scored at a "1" on the Henneke Scale as well, however, she was not as dehydrated as the other three. Mann and I left the Stephens residence and agreed to meet them at the Walker compound. I received several telephone calls from a male party named Stephanie with the Leadville Shelter in Lake County, Colorado. She had agreed to take six of the dogs to her shelter after they were identified.

Upon arrival at the Walker compound Corporal Hardey videotaped the compound (see attached disc). I spoke with Dr. Anderson who was accompanied by Cindy Thompson with the state. Thompson is a PACFA inspector. PACFA is the organization that inspects, licenses and monitors all the breeding facilities and kennels in Colorado. Thompson has been the Walkers inspector since their arrival in Park County. The Walkers have licensed with PACFA for several years.

When I arrived on scene I noticed that the white Husky dog that would not come out of her house on December 15, 2009 had died. She was still tethered to the house and was bloated. Corporal Hardey photographed this dog.

All parties on scene broke up into teams. Corporal Hardey, Deputy Adam and I were team one. Officer Bramlett, Cindy Thompson, and Dr. Kate Anderson were team two. Sharon Morris and Erin Mann were team three. Each team was responsible for taking a group of dogs and identifying the dogs by number. Officer Bramlett made a map of the compound identifying each dog's location. Once the teams started we would photograph each dog, give each dog a Park County Dog License and number each dogs collar with a Sharpie marker. Each dog was sexed, colored, scored and a sheet was made. The purpose of this was to keep track of where each of the dogs would go after the seizure was complete. Dr. Kate Anderson was the only person who scored the dogs on the Henneke Body Condition Scoring System.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Sgt. B. Priestly #9522 | | Page 14 of 24 |

Rev. 6/98 N

Form: PCSO-

PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number |
|---|
| 2009001744 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| Cruelty to Animals | Walker, Samuel & Diane | 12-15-2009 |

Diane Walker arrived at the compound at approximately 10:00 AM. After most of the dogs were numbered and the identification sheets were made we began loading dogs in crates. All of the dogs who scored a "1" or "1.5" were loaded into kennels and taken to Ark Valley Humane in Buena Vista, Pikes Peak Humane Society in Colorado Springs and Animal Control in Bailey. The three dogs in my truck, from Debra Su's residence, were taken to Dr. Kit Ryff's clinic Mountain Shadows Veterinary Hospital in Salida, Colorado. Hope was scored at a "1" and she had an anal gland infection that would require immediate attention. Holly and Vixen also scored a "1" by Dr. Anderson. These dogs were loaded into a Suburban along with the dog that had died during the night. Debra Su and Mark Stephens arrived on scene to feed the dogs as they had verbally agreed to do.

Diane Walker was surprised that we were going to take all the dogs. Diane kept asking me, "What are you going to do?" "We feed our dogs and Sam had someone taking care of them." "This is not our fault." "These dogs do not look bad." "We are struggling and doing the best we can." "We spent over $150,000.00 on the Teller County case." I advised Diane Walker that the situation was bad and so many of the dogs were in distress due to lack of food and water. I told Diane the majority of the dogs were in unacceptable condition. I received a radio call from Sheriff Wegener and he stated no summons would be issued to the Walkers on this case and we would have to complete arrest warrants on the Walkers. The Sheriff advised there was a confirmed prior conviction for the same charge of Cruelty to Animals.

Deputy Adam, Corporal Hardey and I walked up to the pit. Diane Walker followed us to this location. When we arrived at the pit I observed four fifty pound dog food bags. In one of the four bags I found a deceased black and white cat. Diane Walker stated that the cat had gotten into the dogs' kennels and it was killed. I then found two adult Husky dogs shoved into two separate empty bags. One was shoved in the bag headfirst and the other was shoved into a bag feet first. In the fourth dog food bag I dumped out a very small, emaciated black and white dog. Diane stated that this dog was a puppy and "Our puppies sometimes die." I asked her what the puppy died from and she was uncertain. Diane advised me that Sam had brought the puppy home and it had died at the house and he brought the dead dog back to the property to be buried.

I asked Diane how many dogs were in the pit. Diane stated she was not sure. Diane advised me that Dr. Wright had euthanized some dogs for them. Diane also said that Sam had not had time to bury the deceased dogs from Dr. Wright's office. I told Diane that if the dogs were euthanized by lethal injection it was illegal to leave the carcasses out. I informed Diane that if a bird of prey were to eat the carcasses and die that was illegal and a person could face federal charges. I informed Diane that it is veterinarian's responsibility to tell you that.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Sgt. B. Priestly #9522 | | Page 15 of 24 |

Rev. 6/98
N

Form: PCSO-

## PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number |
|---|
| 2009001744 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animals** | **Walker, Samuel & Diane** | **12-15-2009** |

It was later learned in the investigation that this dog was not a puppy, but a four-year-old female dog named "Connie." Debra Su took photographs of the Walker Dogs on October 19, 2009. Connie is in one of the photographs provided by Debra Su (see attached). Debra Su also stated in another interview that she saw Connie alive on November 14, 2009. The photograph that Debra Su took on October 19, 2009 is the same dog that was in the pit and stated as being a puppy. I decided to take the deceased black and white dog in the dog food bag (Connie) to Dr. Ryff for a necropsy. This dog was loaded in the Suburban with the other deceased dog and Sharon Morris transported these dogs to Salida. Kathy Curcio and another volunteer, Steve Carpenter, transported five dogs to Ark Valley Humane.

The group from Inter Mountain Humane Society loaded twenty-two dogs and transported ten to Pikes Peak Humane Society. Twelve dogs of this group were taken to the Park County Animal Control kennel in Bailey. The arrangements to go to PPHS were coordinated by Cindy Thompson. A total of 30 dogs were removed on December 16, 2009.

I asked dispatch to call Dr. James Wright and see which dogs he euthanized for the Walkers. Dr. Wright stated he euthanized three dogs for the Walkers. A black and tan Husky named Bullet who was born in 1998 was euthanized on November 17, 2009 for an advanced tumor located on the dogs elbow. A black and white Boxer mix named Mama's who was born in 1998 was euthanized on October 10, 2009 for a mammary tumor. An Alaskan malamute black and tan named Roxie who was born in 2000 was euthanized on August 01, 2009 for a mammary tumor. Dr. Wright called me at a later date and stated he found record of another dog he euthanized for the Walker's named "Ariela". Dr. Wright was unable to provide any identification on this dog.

Diane kept asking me to leave with her so we could call Sam and talk with him. I advised Diane that I could not leave until we were done taking care of the animals. Cindy Thompson took Diane down the road and spoke with Sam at my request. We removed a total of thirty-one dogs. I asked Dr. Anderson what her thoughts were on the overall condition of the dogs. Dr. Anderson stated that the majority of the dogs were extremely thin and malnourished. Proper nutrition was not provided for the dogs. It would be weeks or months before the dogs could be rehabilitated for adoption. Dr. Anderson stated we could just remove the dogs in the worst condition and keep the others on site and feed them there. I advised Dr. Anderson that it was not an option for my division as we only had three people and the amount of travel time each day to tend to the remaining dogs would be too hard. It was then decided to remove all the dogs from the property located at 6000 Forest Service Road 108. A total of sixty-eight dogs would remain on the property for the night and removed on December 17, 2009.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Sgt. B. Priestly #9522 | | Page 16 of 24 |

Rev. 6/98 N  Form: PCSO-

| PARK COUNTY SHERIFF'S OFFICE | | |
|---|---|---|
| CONTINUATION SHEET | | Case Report Number **2009001744** |
| Initial Offense Classification **Cruelty to Animals** | Subject **Walker, Samuel & Diane** | Date of Report **12-15-2009** |

When Diane returned with Thompson, Diane stated that Sam and she had decided to surrender ownership of ninety-eight dogs to the Sheriff's Office. Diane wanted to bond two dogs and Corporal Hardey completed the Surrender Form as well as the completed 1 Financial Bond Information for the two dogs said to be "Sparkle" and "Fran" (see Corporal Hardey's report for details). I advised Diane that we would get an amended warrant to return to the property on December 17, 2009. Diane stated that would not be necessary, as she would allow us access to the property. I requested that she complete A Consent to Search Document (see attached), which she did.

While exiting the property I stopped and spoke with Diane near Euphula Trail and Park County Road 53. Diane became emotional and started to cry. I told her that the condition of the dogs was deplorable and that the dogs were deprived of food and water. The body conditions on the dogs were bad and only a few were in what would be acceptable condition. I told her she was more than welcome to return tomorrow when we finished impounding the remaining dogs. Diane advised me that she had one dog at her residence in Florissant named "Blondie" and she was missing an eye. She stated she had taken the dog to Dr. Wright and she was under veterinarian care. Diane also stated she had a couple of cats at her residence too. She wanted me to talk with Sam and we did try to call but we were unable to get a hold of him at that time. After we separated she was ahead of me in her car. She stopped and I went to pass her and she flashed her lights at me. I stopped and she had Sam on the telephone. I only spoke with Sam for a couple of minutes and asked that he call me in the morning as I had a lot of things to tie up before I went home. Sam agreed and I left.

After arriving back at the Sheriff's Office in Fairplay, we were met by the media. Channel 9 News from Denver wanted to get a photograph of the dog in my truck. I received a telephone call from Diana Whitlock who had stated that she had placed nine dogs in our kennel in Bailey and ten dogs were dropped off at Pikes Peak Humane Society in Colorado Springs.

I left the Sheriff's Office and responded to 52 Falcon Road to speak with Debra Su and Mark Stephens. Debra Su was very emotional regarding the whole situation and deeply concerned for the dogs on the Walker property. Debra Su made several statements while I was at her residence.

Debra Su stated:

- She has known the Walkers for several years.
- When they moved to the Hartsel area Sam had asked her to feed and care for his dogs on a couple of occasions.
- She worked with Sam and helped him August 2008 to April 2009 off and on.
- He went out of town for a three-week period and she fed and watered the Walker dogs every day between October 19, 2009 and November 06, 2009.
- Diane refused to take care of the dogs so Sam relied on them.
- She had heard that the property was in foreclosure and they were behind $35,000.00 in payments.
- Diane had received $10,000.00 from her uncle but had gambled it all away in Cripple Creek.

| Officer's Signature & Number Sgt. B. Priestly #9522 | Supervisor's Initials & Date | Page 17 of 24 |
|---|---|---|

Rev. 6/98 N    Form: PCSO-

| PARK COUNTY SHERIFF'S OFFICE | | |
|---|---|---|
| CONTINUATION SHEET | | Case Report Number<br>2009001744 |
| Initial Offense Classification<br>**Cruelty to Animals** | Subject<br>**Walker, Samuel &Diane** | Date of Report<br>**12-15-2009** |

- Sam told her Diane has a gambling problem and she is always at Cripple Creek gambling her paycheck away.
- She has tried to place dogs for the Walkers but Diane always stepped in and told her, " I have more say than Sam does on the dogs as they are mine too."
- The dogs in the pit were alive on November 14, 2009.
- The dogs named Wally (age 3), Connie (age 4 or 5), and Viper (age 5) were all alive a month ago, those poor dogs starved to death.
- When she and Mark fed the dogs for a three week period in October and November the dogs started looking great, they almost all "blew their coats".
- Sam thought they had groomed the dogs and (Debra Su and Mark) told Sam they just fed and watered them daily.
- Sam said he goes out to feed when he can, and he uses a light on his head if it is dark so he can see to feed the dogs.
- After they fed the dogs for that three-week period, Sam started using their system.
- She took pictures of the dogs in the pit including Connie and they were thin but still all alive a month ago (see attached).
- She went out for the last time on November 14, 2009 with a man named Orien Paiement who leases dogs from Sam.
- Sam was feeding the dogs with water like they had showed him.
- She felt like things were going to change and Sam would do a better job of caring for the dogs.
- There were still ten dogs that she felt needed more time.
- She and Mark told Sam to take Connie and Holly (black dog who scored a 1 and taken to vet) back to their house.
- Their friend Brian Whelan came out with them in October 2009 and helped with the dogs.
- She spent several days folding and removing empty dog food bags as Sam just throws them in the corner.
- When they finished feeding there was ample food on site for one week.
- Sam called them on December 14, 2009 and asked if they could feed the dogs for a few days while he was gone.
- Sam stated that Diane had fifty reasons why she couldn't take care of them.
- She thinks Diane is lazy and couldn't care less about the dogs.
- She would be happy to help transport dogs and she wanted me to document the Walker dogs she had at her residence.
- This whole ordeal would put a bad name on the Mushing Community.
- Cindy Thompson is good friends with Sam and Diane and passes them on inspection no matter what.
- Her kennel failed because one chain was an inch too long.
- Thompson was at her place in June and she had the letter.
- Sam stated that Thompson stopped by their place in June and told them things looked well.
- There is no running water on the property and the Walkers live over an hour away one way.

| Officer's Signature & Number<br>Sgt. B. Priestly #9522 | Supervisor's Initials & Date | Page |
|---|---|---|

Rev. 6/98
N

Form: PCSO-

PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number |
|---|
| 2009001744 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| Cruelty to Animals | Walker, Samuel &Diane | 12-15-2009 |

- When they went to feed on December 14, 2009 the dogs were so thin and several of the dogs we gone.
- We brought four of the skinniest dogs home; as we were concerned they would not survive the night.
- "Angel" (the dog that died on December 15, 2009) was a Cartwright dog and around 5 or 6 years of age.
- Cartwright's owned several dogs and had to move out of state and Sam took their dogs.
- We were never compensated for our gas or time.

I thanked the Stephens and left the residence. I advised them that we would be returning tomorrow to take the remaining dogs and if they wanted to help we would be at the property around 9:30 am or 10:00 am. I told them I would call them when I left Fairplay. I advised Debra Su that the dogs were going to several humane societies and we would keep track of them. She was concerned about the dogs going to the Denver Dumb Friends League and being euthanized. I assured her that that was not going to happen.

On December 17, 2009 a group of volunteers met at the sheriff's Office;

- Sean LeBeau
- Savannah Evans
- Mary Calini
- Dana Carr

Deputy Adam. Officer Bramlett, Corporal Hardey and I were to meet Scot Dutcher, Dr. Kate Anderson, and Cindy Thompson in Hartsel. We also had a member of the media that was going to follow us to the Walker Compound and get photographs with the authorization from the Sheriff. Arrangements were made by Corporal Hardey for four of the dogs in our kennel to go to Summit County. Aaron Perkins, a volunteer, was going to transport the dogs for us. Corporal Hardey spoke with Sam Walker on my cellular telephone before we left (see Corporals Hardey's report for details).

All parties arrived on scene at approximately 10:30 AM. Upon arrival Debra Su Stephens, Mark Stephens and Brian Whelan were already at the property. I approached Mark and asked him what they were doing and why they didn't wait for us before entering the property. He told me to talk to Debra Su. Whelan then approached me and I asked him why he was there. Whelan stated that Debra Su told him that the dogs were going to be euthanized and he was there to save the ones he could. I told Whelan that that was not the truth the dogs were not going to be euthanized. Whelan stated he had things to do but was concerned about the dogs.

I advised Debra Su that she was to wait for our arrival before she entered the property. She stated that panic had set in and thought since the dogs were going to DDFL they would all be killed. I assured her that was not the case. Debra Su stated that she thinks the dogs went without food and water for two weeks based on the empty bags in the shed.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Sgt. B. Priestly #9522 | | Page 19 of 24 |

Rev. 6/98 N

Form: PCSO-

Whelan had six dogs loaded in kennels in the back of his truck and he was transporting them to Ark Valley Humane in Buena Vista. Debra Su had fourteen dogs in her dog box and she was meeting Stephanie from Leadville Humane Society to transport the dogs to the Leadville Shelter. Sean and Savannah had three dogs in their Jeep and Mary took three in her car all six were to be transported to Fremont County. Diane Walker arrived but never came to the compound she was parked down the road. Diane did speak with Officer Bramlett briefly (see Bramlett's report). Dana Carr was transporting one older dog in her vehicle. A male party named Tim, from Good Times, arrived to take four dogs. He stated that Orien would call me later and speak with me about the case.

The rest of us loaded up the remaining dogs in the PACFA trailer to be taken to Denver by Dr. Anderson and Scot Dutcher. Corporal Hardey and I removed approximately 80 pounds of dog food and eleven bricks of sawdust to care for the dogs that were transported. An Evidence Sheet was left indicating the items removed and it was posted to the gate. Dana Carr (a volunteer), Deputy Adam, Officer Bramlett and I walked the entire property and it was verified that no live dogs remained on the property.

After we left the area, Channel 7 news stopped us on Park County Road 53. They requested directions to the compound and I advised them that they would probably be unable to locate the property without assistance. They requested permission to follow me to Hartesl. I was advised by dispatch that Teller County Regional Animal Shelter could take two dogs for us and we agreed to meet Officer Cheri France in Hartsel to relay the dogs.

After the transfer to Teller County was complete, we responded to the Sheriff's Office. I called Ashley from the Humane Society of the United States and left a message that all dogs were removed and placed in several shelters around the state. At approximately 2:00 PM Diane Walker was seen in Hartsel and called my cellular telephone. Corporal Hardey took the call and spoke with Diane (see Hardey's Report for details).

Our office and dispatch received hundreds of calls regarding the case. I also received a lot of emails from different people interested in adopting a Husky (see attached).

On December 18, 2009 I received a message from Debra Su stating that she was trying to locate a dog named "Iceman" for Orien. She called Pikes Peak Humane and they told her that six of the dogs would have to be euthanized, as they did not have the resources or time to rehabilitate the dogs. Iceman was one of the dogs they were going to kill. Orien wanted him back very badly and she needed help getting him. I called PPHS and spoke with someone (Leslie) who stated that they were unable to help six of the dogs get rehabilitated for adoption. I advised her that we would come down and get the six dogs today.

Officer's Signature & Number: Sgt. B. Priestly #9522

Supervisor's Initials & Date

Page 20 of 24

Rev. 6/98 N

Form: PCSO-

| PARK COUNTY SHERIFF'S OFFICE CONTINUATION SHEET | | Case Report Number 2009001744 |
|---|---|---|
| Initial Offense Classification **Cruelty to Animals** | Subject **Walker, Samuel & Diane** | Date of Report **12-15-2009** |

Officer Bramlett and Corporal Hardey loaded the remaining dogs at our kennel and met me in Lake George. We arrived at Mariah's Promise and left five dogs to be fostered at that kennel. We met Officer Trixie Hudspeth and responded to Colorado Springs. Once we arrived at Pikes Peak Humane Society we transported six dogs. Arrangements were made that if for any reason they were unable to keep the remaining four dogs that they would call and we would come and get them.

We responded back to the Teller County Regional Animal Shelter and left two younger dogs with them. TCRAS now had a total of four dogs from the seizure. Two dogs were transported to Mariah's Promise to foster. The last dog a male white colored Husky, whom we believed to be Iceman, was taken to Fairplay to met Orien. When Officer Bramlett met Orien, we discovered that this was not Iceman. This dog, later named "Cho", was housed at animal control. We researched the documents and found that Iceman was transported to Summit County Humane Society and Orien was advised that he could make arrangements with Summit to get Iceman.

On December 21, 2009 Corporal Hardey transported the dog-named "Cho" to Park County Animal Hospital to be checked by a veterinarian (see Corporal Hardey's report). At approximately 7:54 AM I received a call on my cellular telephone from Sam Walker. Walker stated that he found the evidence sheet left at the property and wanted to know if we took any other items. I advised Sam that we only took the items on the sheet. Sam stated he was missing tubs, chains, spray paint and food. He advised me that if we did not remove these items than he knew who did and he wanted charges filed for theft. I told Sam that we would look into the complaint and let him know or I would have a deputy call him.

I called Whelan at approximately 12:30 pm and asked if he had taken any of the items from the property that Sam had mentioned. Whelan stated that he had taken some old buckets, dog food and some chains. Whelan stated that he had taken the items to care for the dogs while they were at his house. He agreed to return all items to me on December 22, 2009. I also spoke with Debra Su and she stated that the things she took were to care for the dogs she fostered and she would return them to me as well. I spoke with Sergeant Brown about the theft complaint and he stated that there was no intent and as long as the items were returned to the Walkers he would not charge Whelan or Stephens with theft.

I received a call from Officer Hudspeth from Teller County and she asked if I received the email from Sheriff Dortherty (see attached) regarding the dogs at the Walkers residence in Teller County. I advised her I looked at it briefly and if she needed me to fax a copy of our search warrant affidavit I would. She stated that had received a call about the Walkers' animals in Florissant and that she was asked to get a search warrant to do a welfare check. (see Teller County's Report) Officer Hudspeth stated she would complete the warrant and respond to the Walkers residence on December 22, 2009.

| Officer's Signature & Number Sgt. B. Priestly #9522 | Supervisor's Initials & Date | Page 21 of 24 |
|---|---|---|

Rev. 6/98  
Form: PCSO-N

**PARK COUNTY SHERIFF'S OFFICE**
CONTINUATION SHEET

| Case Report Number |
|---|
| 2009001744 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| Cruelty to Animals | Walker, Samuel & Diane | 12-15-2009 |

On December 22, 2009 I received a call from Teller County stating that they were responding to the Walker Residence at approximately 10:00 AM. At approximately 10:00 AM Whelan arrived at the Sheriff's Office and gave me his written statement (see attached). Whelan also agreed to do a taped interview with Officer Bramlett and I (see Bramlett's report for details). Whalen returned all the items he took from the Walker property and these items were given to Corporal Hardey (see Hardey's report). Whelan advised he got rid of all the dogs that he was given from the Walkers. He took them all to Salida and Buena Vista, Colorado. He advised he was no longer interested in starting his own dog team.

Debra Su arrived at the Sheriff's Office at approximately 1:00 PM and returned all items that she had taken from the Walker's property. Debra Su also completed a written statement and gave it to me. (see attached). Officer Bramlett and I questioned her briefly and this conversation was recorded. (see Bramlett's report for details.)

On December 23, 2009 Corporal Hardey, Officer Bramlett and I met with the District Attorney Katie O'Brien regarding charges to be filed against Sam and Diane Walker. It was agreed that both Sam and Diane Walker would be charged with two counts of Felony 6 CRS 18-9-202 (1)(a) (1.5) (b) Aggravated Cruelty to Animals for the two dead dogs "Angel" and "Connie". They would also be charged with 30 counts Class 1 Misdemeanor CRS 18-9-202 (1) (a) Cruelty to Animals for all dogs found on the property that scored a 1 or 1.5. See Corporal Hardey's report and Officer Bramlett's report for details on the Arrest Warrants.

On December 24, 2009 at approximately 11:49 AM I received a call on my cellular telephone from Corporal Dean Morgan. Corporal Morgan stated that Teller County Sheriff's Office had contacted him reference the Arrest Warrants. The Arrest Warrant that was completed for Diane Walker had the wrong middle name. Corporal Morgan stated that they were going to hold the Warrants until Monday December 28, 2009 so we could sort out the problem.

I called Corporal Detective Amy Franck at her residence and advised her that the information received from dispatch was incorrect on Diane Walker. Officer Bramlett and I had contacted dispatch and requested that they run Diane Walker so we could complete the warrant. The information that the communication officer gave us was Diane Elaine Walker, DOB-03-15-66, 4 foot 11 inches tall, 125 pounds blonde hair. We were told that this party lived on 1711 Wildhorn Road in Florissant. I also researched the information in ATIMS and confirmed this was the correct information for the Arrest Warrant. All items matched, so the warrant was completed in good faith. However, according to Corporal Morgan, Diane Helene Walker DOB-09-18-1957, white female, 5 feet 1 inch tall, weight 150 pounds was the in-house information the Teller County Sheriff's office had. Based on the information, Corporal Detective Franck went to the Park County Courthouse and the arrest warrant for Diane Elaine Walker was vacated. The correct information was put on a new arrest warrant and Corporal Franck became the Affiant and Judge Barton in Salida signed off on the warrant.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Sgt. B. Priestly #9522 | | Page 22 of 24 |

Rev. 6/98 N

Form: PCSO-

## PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number |
|---|---|---|
| **Cruelty to Animals** | **Walker, Samuel &Diane** | **2009001744** |
| | | Date of Report |
| | | **12-15-2009** |

The Walker's turned themselves in to the Park County Jail on December 25, 2009. They both bonded out and will see the judge at 9:00 am on January 04, 2010. I have offered assistance in helping the Walker's spay or neuter their dogs on several occasions. In the past Max/Fund offered to respond with their mobile vet unit and spay twenty-five dogs in one day. Max/Fund requested that the Walker's be present and responsible to help with dogs when the sedative wore off. Max/Fund agreed to charge the Walkers a small fee of $25.00 or $30.00 for a spay. The Walkers never took Max/Fund up on the offer. In February 2009 Sam and Diane Walker purchased 127 Park County Dog Licenses from Animal Control

I will contact all the shelters that took dogs weekly and make supplemental reports as needed. This case is still under investigation.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Sgt. B. Priestly #9522 | | Page 23 of 24 |

Rev. 6/98
N

Form: PCSO-

**1. SUSPECT IMAGE: WALKER, SAMUEL <DOB> 09/21/1947 <IMAGE DESCRIPTION> FRONT VIEW**



**2. SUSPECT IMAGE: WALKER, DIANE HELENE <DOB> 09/18/1957 <IMAGE DESCRIPTION> FRONT VIEW**



01/07/2010 11:02:17

24 -24