

Hannah D summit



EXHIBIT D



























