09PS43

IN THE COMBINED COURTS
COUNTY OF PARK
STATE OF COLORADO

SEARCH WARRANT

THE PEOPLE OF THE STATE OF COLORADO

TO: THE SHERIFF, UNDERSHERIFF, DEPUTY SHERIFF, AND ALL LAW ENFORCEMENT OFFICERS AUTHORIZED TO EXECUTE SEARCH WARRANTS IN THE STATE OF COLORADO, GREETINGS:

WHEREAS, Park County Animal Control Corporal C. Hardey, has made an affidavit and complaint for the issuance of a search warrant.

All of the inside and outside kennels and structures on the property that could house any and all diseased and or alive animals, known as T14 R744 S32 SE4; W2SW2SE4, S2NW4NE4, N2SW4NE4, SE4NW4, S2NE4NW4, E2E2SW4; 32-14-74; R606908 TR04: ALSO KNOWN AS, 6000 Forest Service Road 108, Park County, Colorado 80449,

AND WHEREAS, the affidavit of the applicant seems proper and it appears that probable cause exists for the issuance of a Search Warrant for the reason or reasons marked below:

The property to be searched for and seized if found is:
( ) Stolen or Embezzled OR
(X) Designed or intended for use or which is or has been used as a means of committing a criminal offense or the possession of which is illegal, OR
(X) Would be material evidence in a subsequent criminal prosecution.

WE THEREFORE COMMAND YOU, with the necessary and proper assistance to enter and search:

And you will search for: Any and all diseased and or alive animals located at said property, adequate food, water and shelter for all animals and seize any and all animals located on the property.

And if the same or any part thereof is found, that you seize the goods and things found and safely keep them until further order of this Court or until they are admitted into any criminal proceedings by a Court of this State; and that you further file a report with this Court inventorying the goods and things which were seized or reporting that nothing was so found and seized.

Done this _16_ day of ___Dec___ 2009.

BY THE COURT

_____
JUDGE

[COURT SEAL - Park County Combined Courts, State of Colorado]

EXHIBIT E

| | |
|---|---|
| STATE OF COLORADO ) <br> ) <br> COUNTY OF PARK    ) | AFFIDAVIT FOR <br> A SEARCH <br> WARRANT |

In support of the issuance of a SEARCH WARRANT to search:

All of the inside and outside kennels and structures on the property that could house animals, known as T14 R74 S32 SE4; W2SW4SE4, S2NW4NE4, N2SW4NE4, SE4NW4, S2NE4NW4, E2E2SW4; 32-14-74; R606908 TR04: Also known as, 6000 Forest Service Road 108, Park County, Colorado 80449, belonging to **Samuel and Diane Walker.**

I, Park County Animal Control Corporal C. Hardey, am an Animal Control Officer for the Park County Sheriff's Office, and have been employed with this office since 2003. I have been an Animal Control officer for over 7 years, and have over 4000 hours as a Commissioned Agent with the State of Colorado. I, Animal Control Corporal C. Hardey, being duly sworn upon oath, swear that the following facts are true and correct to the best of my knowledge.

On July 30, 2006, Animal Control Sgt. B. Priestly and I responded to 6000 Forest Service Road 108 for a male Husky that had been at large and was very emaciated. Prior to responding to the above address, Animal Control Sgt. B. Priestly had taken the Husky to the Teller Park Veterinary Clinic for a full examination. The Veterinarian staff completed an examination on the Husky and found the dog to be emaciated, dehydrated; with Dermatitis on the feet, and suffering from neglect. The dog had a poor body score and showed evidence of Pika, or eating of stool (which occurs when there is lack of food). Veterinarian Doctor Lemons stated the Huskies Hennekee Body Score is at a 2.5. The Hennekee Body Score Technique is a way to determine the animals body condition ranging from (1) to (9), (5) being ideal. Control Sgt. B. Priestly and I inspected the property and found the majority of the dogs to be malnourished. At that time the owner of the dogs who identified himself, as Samuel Walker, possessed a kennel license through the State of Colorado, and had been inspected by the Pet Animal Care Facilities Association.

On December 15, 2009, at approximately 1:35PM in Park County, Colorado, Animal Control Sgt. B. Priestly advised me of a call she had received from the National Humane Society reference Walker's sled dogs, located at 6000 Forest Service Road 108, Park County, Colorado 80449.

Priestly told me there were several dead dog in a pit and several emaciated dogs that needed to be looked at. At approximately 2:30PM Sheriff F. Wegener, Animal Control Sgt. B. Priestly and I responded to 6000 Forest Service Road 108. Upon arrival I observed several different breeds of dog. There were four different sections, with six different kennel sections.

The bottom left section is all male-mixed breed, the top left section is male/female mixed breed, appearing to be older dogs. The top right section is all male-mixed breed and the bottom right section had all females mixed breed. The kennels contained also mixed-breed puppies/yearlings. All animals had no food, and water that was frozen.

Sheriff F. Wegener and Animal Control Sgt. B. Priestly observed a pit to the left of the top left section, with several deceased dogs in dog food bags. There were several empty doghouses that at one point housed dogs. Walker had one hundred and twenty nine dogs, and after counting the dogs, Walker only has ninety-four dogs remaining. After visually examining the dogs, Animal Control Sgt. B. Priestly and I decided to take custody of e dogs we felt would not survive the night. I put a female mix-breed that scored under a (1) in the Hennekee Body scoring technique, and a male Australian Cattle Dog puppy in the back of my truck. The remaining dogs scored a (1), and under a (2.5) in the Hennekee Body Scoring technique.

If allowed access to the property, Scot Dutcher, Investigator for the State of Colorado Bureau of Animal Protection, and Kate Anderson, State Veterinarian of the State of Colorado Bureau of Animal Protection, would accompany me.

Based on my training and experience I believe the animals located at the Walker's property stated above could be suffering from neglect pursuant to CRS 18-9-202 Cruelty to Animals, which describes this offense as: "if he or she knowingly, recklessly or with criminal negligence overdrives, overloads, overworks, torments, deprives of necessary sustenance, unnecessarily or cruelly beats, allows to be housed in a manner that results in chronic or repeated serious physical harm, carries or confines in or upon any vehicle in a cruel or reckless manner, or causes or procures it to be done, or, having the charger or procures it to be done, or having the charge or custody of any animal, fails to provide it with proper food, drink, or protection from the weather consistent with the species, breed, and type of animal involved, or abandons an animal." I request permission to enter said property and inspect any and all animals that could be suffering from neglect. Also to check for adequate food, water and shelter. Permission to seize any and all animals located on the property.

THEREFORE, your affiant respectfully requests a search warrant be issued to search the above described location for the following: All of the inside and outside kennels and structures on the property, welfare of any and all animals located at this property, adequate food, water and shelter for all animals and seize any and all animals located on the property.

The property to be searched for, and seized if found, is:
- ( )   Stolen or embezzled OR
- (X)   Designed or intended for use, or which is or has been used as a means of committing a criminal offense, or the possession of which is illegal, OR
- (X)   Would be material evidence in a subsequent criminal prosecution.

Further affiant sayeth naught.

_Cpl. C. Hardy 9523_
AFFIANT

Subscribed and sworn to before me this _16_ day of _DEC_, 2009.

JUDGE

