Park County Sheriff Office
Animal Control Division
1180 Park County Road 16
P.O. Box 27
Fairplay, Colorado 80440
(719) 836-2494

# Owner Surrender Agreement

Case Number 2009001744

Owner Name: Samuel + Dian Walker  Ph: 719-748-3930
Address: 6000 Forest Service Road 108, Hartsel Co. 80449

Species; (# M/F) 1. Dog #98 ___ M (X) F (X)

2. _____ M ( ) F ( )

3. _____ M ( ) F ( )

Description of Animal(s): 98 mix breeds (Husky, Hound mix) male/female. Black, tan, wht, gray, Brown, yellow trl. etc. (see Attached documents)

Officer Notes: _____

I hereby relinquish all claims and rights to the animal(s) described herein and surrender said animal(s) to the Park County Sheriff's Office. The disposition of said animal(s) will be left to the Park County Sheriff's Office.

Owner [signature]  12/16/09
        Signature

**EXHIBIT F**