## PARK COUNTY SHERIFF'S OFFICE
### CONTINUATION SHEET

| Case Report Number |
|---|
| 2009001744 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| Cruelty to Animal | Walker, Sam and Diane | 12/15/09 |

On December 15, 2009, Animal Control Officer Sergeant Bobbi Priestly, a duly commissioned officer of the Park County Sheriff's Office and an agent for the Bureau of Animal Protection, commissioned by the State of Colorado as an Animal Cruelty Investigator, received a call from The Humane Society of the United States regarding possible neglect of several sled dogs in Hartsel, County of Park, State of Colorado. At approximately 1:30PM, Sergeant Bobbi Priestly called The Humane Society of the United States. Sergeant Priestly was told The Humane Society of the United States received a call from a male party reference a welfare check on some sled dogs on a property somewhere in Hartsel, Colorado. The male party was identified as:

### RP- Brian Whelan (August 19, 1965)

Whelan stated to The Humane Society of the United States:

- There were approximately 115 sled dogs that were in serious condition (Whelan did not identify what the conditions were) somewhere in Hartsel, Colorado.
- Whelan told The Humane Society of the United States the owners of the dogs were Sam and Diane Walker.
- Whelan told The Humane Society of the United States that he wanted to meet with Park County Animal Control that afternoon in Hartsel.

The owner's of the dogs' were identified and ran through the Park County Sheriffs Office CCIC\ NCIC data base, to check criminal histories of people, warrants and valid drivers license. The owner's of the dogs were previously identified as:

### S- Sam Walker (September 21, 1947)

### S- Diane Walker (September 18, 1957)

Sergeant Priestly was given Whelan's telephone number of 719-221-7777. Sergeant Priestly contacted Whelan via telephone.

Whelan told Sergeant Priestly the following:

- Whelan told Sergeant Priestly on December 10, 2009, he had been asked by Sam to feed the dogs because Sam was going to be out of state.
- Whelan agreed to feed the dogs Tuesday, December 15, 2009 and Thursday, December 17, 2009.
- Whelan was familiar with Sam and Diane because on October 19, 2009, Whelan received four dogs from Sam and Diane because he wanted to start his own sled dog team.
- Whelan continued to state that when he came to feed the dogs, Whelan observed several dogs deceased in a pit and other dogs that were skin and bones.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Cpl. C. Hardey 9523  *Cpl C. Hardey 9523* | EXHIBIT G | Page ____ of 11 ____ |
| Rev. 6/98 N | | Form: PCSO- |

PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number |
|---|
| 2009001744 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| Cruelty to Animal | Walker, Sam and Diane | 12/15/09 |

- Whelan quit feeding the dogs, went to his house and retrieved a camera because he was appalled by the condition of the dogs, then contacted The Humane Society of the Untied States
- (Refer to Sergeant Priestley's report.)

Upon hearing this, Sergeant Priestly was very familiar with the compound because Sergeant Priestly had dealt with the Walker's in the past. Sergeant Priestly knew the address for the Walker dog compound was 6000 Forest Service Road 108, Hartsel, Colorado, in the County of Park, State of Colorado.

At approximately 2:00PM Sergeant Priestly contacted me in person, at the Bailey substation, and told me there were several dead dogs in a pit at 6000 Forest Service Road 108 in Hartsel and we needed to respond to Hartsel to investigate. At approximately 3:00PM Sergeant Priestly and I arrived at the Park County Sheriff's Office to gather a camera and paper work. I was advised that Sheriff Fred Wegener, duly elected Sheriff of the Park County Sheriff's Office, was aware of the call and wanted to respond with Sergeant Priestly and I. At approximately 3:30PM Sheriff Wegener, Sergeant Priestly and I responded with Whelan to 6000 Forest Service Road 108, in Hartsel, Colorado.

Upon arrival I observed several different breeds of dog, mostly of a Husky descent, in four different sections. I grabbed the camera from my patrol vehicle, and began taking pictures of all the dogs on the property. I noticed that some of the water bowls had no water; the other water bowls were frozen. Whelan had fed the dogs earlier that day and continued feeding the dogs when we arrived to the property. There were sections containing doghouses. The doghouses looked like wooded structures shaped like a triangle with a plastic fifty-five gallon barrel inside. There were also chain roughly five to six feet in length attached to a metal pipe with approximately five foot in length rebar, the chain is attached to the rebar. Also on the property were two separate chain link kennel sections that housed dogs under a year in age.

While taking pictures of the dogs and items on the property I observed:

- The bottom left section of the compound contained all male dogs. The male dogs, approximately twenty-five total, were in poor condition. The dogs' spine and rib cages were prominent in each of the dogs, some of the dogs' hair was falling out in clumps, two of the male dogs, white husky hound mixes looked as if they were skeletons, and none of the dogs had adequate food or water.

- The top left section of the compound housed both male and female dogs, approximately fifteen, that seemed to be older in age. Those dogs were in poor condition as well. The dogs' spines and rib cages were showing as well and, again, there was not any food for the dogs and the water was frozen.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Cpl. C. Hardey 9523 *Cpl. C Hardey 9523* | | Page ___ of 11 ___ |

Rev. 6/98
N

Form: PCSO-

PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number |
|---|
| **2009001744** |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animal** | **Walker, Sam and Diane** | **12/15/09** |

- The top right section of the compound housed approximately fifteen male and female dogs combined. These dogs again were in poor health with spines and rib cages showing. Again, there wasn't adequate food and the water was frozen. In this particular section there was a dog that would not come out of its doghouse. Upon further inspection of this dog, the dog was weak, frail looking, lethargic, dehydrate, the ears were droopy, and eyes were sunken. After several attempts, the dog still refused to come out of the doghouse. At this time I tended to other dogs.

- The bottom right section of the compound housed all female dogs, approximately 25 total. The female dogs also had spines and ribs showing with no adequate food and all the water was frozen. There was one particular dog that looked as if she were a skeleton figure. Dog described as a female white husky hound mix.

- The chain link kennels on the property that housed dogs of various ages looked much younger than the other sections. Those dogs actually looked to be in good health. However, there wasn't any food or water for these dogs, and their water was frozen. The doghouses for shelter were not in good condition. Some of the doghouses only had the top part of a large dog kennel, as the doghouse, and the other doghouses were just a wooden box.

There was very little feces in the area that housed the dogs. Approximately twenty-five percent of the dogs were seen eating their fresh feces. Sam advised me four years ago that there is no water on property. And to the best of my knowledge there is still no water on the property.

While Whelan was caring for the dogs he also put straw in their doghouses. It should be noted there was very little straw in any of the barrels for the dogs. The dogs in the sections listed earlier in this report were all tethered with chains therefore not able to obtain food and water on their own. I also observed several barrels that contained no dogs. Officer Bramlett drew out a map of the property; refer to Bramlett's report.

I went around and took pictures of as many dogs as I could. I also took pictures of their water bowls and food bowls (see attached.) Sheriff Wegener and Sergeant Priestly observed a pit to the left of the top left section with over four deceased dogs in it. Sergeant Priestly visually observed the carcasses of four adult husky dogs lying in a pit partially covered with snow. Sergeant Priestly visually observed three empty 50 lbs dog food bags with a deceased husky dog stuffed inside two of the three dog food bags (referrer to Sergeant Priestly's report) I took photographs of the deceased dogs in the pit (all photos have been entered into ATIMS and see attached discs).

A count of the dogs on the property was completed and there were a total of approximately ninety-four live dogs. The dogs were visually examined and Sergeant Priestly decided we would take custody of the dogs that did not look as if they would make it through the night. One of the two dogs was a female Husky mix. Using the Henneke Body Scoring Technique, which is a used to determine the animal's body condition ranging from one to nine with the number five being ideal, the female scored a one.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Cpl. C. Hardey 9523  *Cpl. C. Hardey 9523* | | Page ____ of 11 ____ |

Rev. 6/98
N
Form: PCSO-

## PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number |
|---|
| 2009001744 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animal** | **Walker, Sam and Diane** | **12/15/09** |

The second dog, a female Australian cattle dog scored a two, using the Henneke Body Scoring Technique. The two dogs were taken into safekeeping that night and were taken to the Park County Animal Control building in Bailey. The two dogs were in need of proper shelter, water and food. After visually observing the condition of the rest of the dogs on the property, looking at their health and lack of food and water, I wrote a search warrant that afternoon, Park County Court warrant number -09PS43, for the property of 6000 Forest Service Road 108 in Hartsel. The warrant was to be executed on December 16, 2009.

On December 16, 2009, at approximately 8:30AM, Judge Green signed the search warrant (see attached). At approximately 9:45 AM, I along with Animal Control Officer Rebecca Bramlett, a duly commissioned officer of the Park County Sheriff's Office and an agent for the Bureau of Animal Protection, commissioned by the State of Colorado as an Animal Cruelty Investigator, Deputies Juan Gallegos and Abby Adam, both duly commissioned deputies of the Park County Sheriff's Office, along with State Veterinarian, Dr. Kate Anderson, of the State of Colorado Bureau of Animal Protection, Cindy Thompson a Pet Animal Care Facility Association Inspector and numerous volunteers; Cathy Curcio Extension Manager, Sharon Morris Park County Coroner, Diana Whitlock Inter Mountain Humane Society, Wendy Neuman Inter Mountain Humane Society, Carl Sharpe Inter Mountain Humane Society and Erin Mann volunteer at Teller County Regional Animal Shelter, responded to 6000 Forest Service Road 108 in Hartsel to execute the search warrant. All volunteers signed a Dog Sled Operation sign in sheet with their address, telephone number and their beginning/ending mileage (see attached document.)

While en route to the property, I contacted Diane via telephone and told Diane of the impending search warrant. I advised Diane that we, the Park County Animal Control Officers had received a telephone call in reference to their dogs. Diane asked why a search warrant was being executed on, "our dogs", because Sam had people feeding the dogs. I explained again to Diane that Park County Animal Control had received a phone call stating the dogs looked to be in poor health and they were not receiving enough food and water. Diane stated again that Sam was in California and he had somebody taking care of the dogs she didn't understand why this was happening. I asked Diane if she wanted to meet at the property and Diane said, "Yes."

Upon arrival at approximately 9:50AM, Deputy Gallegos posted the search warrant on the front gate of the Walker property. Once the warrant was posted all authorities entered the property. At approximately 10:00AM, Diane arrived on scene and was re-advised of the situation. All the Animal Control Officers split into three groups and began identifying and documenting the dogs on the property. All dogs had a Park County License for records, attached to their collars along with numbers written with a black sharpie (ranging from one through one hundred). There was documentation for every dog, (description of the dog, Park County License number, the number written on the dog's collar with the sharpie and where the dog were located). The documentation as previously stated was filled out at the time of removal (see attached documents).

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Cpl. C. Hardey 9523 | | Page _____ of 11____ |

Rev. 6/98    Form: PCSO-N

PARK COUNTY SHERIFF'S OFFICE

CONTINUATION SHEET

| Case Report Number |
|---|
| 2009001744 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| Cruelty to Animal | Walker, Sam and Diane | 12/15/09 |

Doctor Kate Anderson with the State Veterinarian Office began body scoring the remaining dogs. Approximately thirty percent of the dogs scored a (1) on the Henneke Body Condition Scoring System, which was bone structure easily noticeable, ribs protruding prominently, and spinous process projecting prominently. Approximately thirty dogs were removed from the property immediately. The dog that would not come out of the doghouse the day prior was found dead, the dog's description was a white female Husky that was still tethered to her chain lying outside her doghouse and had not eaten any of the dog food that was given to her by Whelan the day prior.

Sergeant Priestly, Deputy Adam and I walked up to the pit where the deceased dogs lay. Diane accompanied us. Sergeant Priestly and I removed approximately four dogs from the pit. There were three dogs' carcasses that were in the dog food bags. The dogs were identified as, two adult dogs and one younger dog. According to Diane the younger dog was a puppy. Diane stated, " Our puppies sometimes die". Sergeant Priestly asked Diane what the dogs' died from. Diane stated Veterinarian Jim Wright put most of the dogs down for several different reasons and Sam put the dogs in the pit to be buried. Sergeant Priestly asked Diane how many dogs were in the pit. Diane stated she wasn't sure, maybe eight.

Sergeant Priestly advised Diane that it was a Federal offense to put an animal down and leave the animal exposed for other animals to eat. If another animal ate the deceased dog then that animal could die. The reason for this is because the deceased animal has been injected with (Euthanasia B) which is used to put the animal down, and the drug remains in the carcass. Diane stated again that Sam put the dogs in the pit to be buried (refer to Sergeant Priestly report for those reasons).

Sergeant Priestly asked Diane which dogs where put down; Diane said she was not sure she couldn't tell. Sergeant Priestly and I took the dogs out of the dog food bags and Deputy Adam took pictures of the dogs (see attached CD).

Two of the dogs that were found dead on the Walker property, were an approximate five-year-old white female Husky (tethered), and a black and white female Husky mix approximately four years old (in a dog food bag.) (Veterinarian Dr. Kit Ryff identified the ages of the dogs in his report.) A volunteer, Sharon Morris, who is also the Park County Coroner, took the two huskies to Mountain Shadows Animal Hospital, in Salida, Colorado that day for Necropsy (animal autopsy). Veterinarian Dr. Kit Ryff and Dr. Annie Schultz, of Mountain Shadows completed the Necropsy's. The three skinny dogs belonging to the Walkers and taken to Debra Su's residence were transported to Mountain Shadows. The veterinarian reports and bills are filed (see attached documents).

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Cpl. C. Hardey 9523  *Cpl. C. Hardey 9523* | | Page ____ of 11____ |

Rev. 6/98

Form: PCSO-N

PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number |
|---|
| 2009001744 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animal** | **Walker, Sam and Diane** | **12/15/09** |

Sergeant Priestly was provided a preliminary report, from Mountain Shadows, that she gave to me regarding the Necropsy on the two dogs. The five-year old white female Husky died of "Bloat", which is abdominal distention due to swallowed air or intestinal gas production. The result of bloat is incurred when an animal has been given a large amount of food after being deprived of food for a certain amount of time. This has also been referred to as a "twisted gut". The preliminary results of the second dog, black and white female Husky mix, the dog died from starvation and complications of pneumonia (see attached documents.)

Diane remained on scene throughout the execution of the search warrant, and chose to fill out a Financial Bond on two female gray and white Husky mix dogs named "Fran" and "Sparkle". The two dogs were taken to the Park County Animal Control for the hold. The total per month on the two dogs is ($1240.00 dollars). A financial bond lets the owners of the animals pay for thirty-days worth of care and maintain ownership of the dogs (see attached document). The bond specifies the suspect had ten days to pay the bond and if the bond is not paid within the ten days the dogs become the property of the Park County Sheriffs Office. Diane filled out the bond paperwork on December 16, 2009. Diane had until December 30, 2009, to pay the bond to retain ownership. Sam and Diane did not pay the bond for the two dogs. "Fran" and "Sparkle" are now the property of the Park County Sheriffs Office (see attached documents). Along with the Financial Bond paper work, Diane filled out an Owner Surrender Agreement form, allowing the remaining ninety-eight dogs to become the property of the Park County Sheriffs Office (see attached document). Diane also signed a Consent to Search form giving authorities permission to return to the property the following day, December 17, 2009, to remove the remaining dogs. Deputy Adam and I took pictures of all the dogs, as well as their water and food bowls (refer to the photographs).

On December 17, 2009, at approximately 9:00AM I received a telephone call from Sam on Sergeant Priestley's cell phone. Sam said, " He had received a phone call from his wife Diane." Sam asked me who reported the dogs. I advised Sam there was a couple of people, I wrote their information in my note book, I would have to get back to him on that information. Sam asked what he was being charged with I said charges have not been filed yet. Sam asked me who was being charged. I told him I was unsure of that information as well. Sam told me, " If anyone is getting charged then it needs to be Diane not me and that's just the way it needs to be."

At approximately 10:30 AM, Sergeant Priestly, Officer Rebecca Bramlett, Deputy Adam, Doctor Kate Anderson, Scot Dutcher an investigator for the Bureau of Animal Protection, Cindy Thompson, volunteers; Sean LeBeau, Savannah Evans, Mary Calini, Dana Carr and I returned to 6000 Forest Service Road 108, in Hartsel. As authorities gathered the remaining dogs, a party that helped transport observed ten empty dog food bags in a container on the property. The container was located to the Northeast side of the property. The party verbally identified herself and her husband as:

**IP- Debra Su Stephens (October 9, 1956)**

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Cpl. C. Hardey 9523  *Cpl. C. Hardey 9523* | | Page ____ of 11 ____ |

Rev. 6/98
N

Form: PCSO-

## PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number |
|---|
| 2009001744 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| Cruelty to Animal | Walker, Sam and Diane | 12/15/09 |

### IP- Mark Stephens (February 13, 1959)

Debra Su and her husband Mark were also asked to feed the Walker dogs while Sam was away. Debra Su continued stating, "I feel there was no other food on sight during the period between November 6, 2009 and December 14, 2009". Debra Su's statement wasn't questioned until later in the investigation. The remaining dogs collected were taken to several shelters throughout Colorado. Sergeant Priestly and I removed 80 lbs of dog food from the property to assist with feeding the dogs. I left an Evidence Inventory Sheet attached to the gate listing all the items removed from the property pertaining to the case (see attached document). Authorities then cleared from the property leaving no dogs behind (refer to Cad call).

On December 16, 2009, one of the Huskies, male gray and white, which had been removed from the Walker property, was transported first to the Pikes Peak Humane Society. On December 18, 2009, the gray and white husky was transported to the Park County Animal Control Facility, due to the lack of recourses and time at the Pikes Peak Humane Society.

On December 21, 2009, the gray and white Husky, mentioned above, had to be taken to the Park County Animal Hospital. The Husky had nasal discharge coming out of his nose, diarrhea and was vomiting. Veterinarian Amy Mason examined the husky and found the dog to have an upper respiratory disease (infection), extreme need of nutrients and slightly dehydrated (see attached veterinarian report and bill).

On December 22, 2009, Sergeant Priestly and I followed up with Debra Su regarding the statement she made on the 17th of December.

Debra Su's written statement reads:

- Through August 2008 to April of 2009, I /we (Mark) worked with Sam training and caring for his dogs.
- All of the dogs seemed to be in good health.
- On October 12, 2009 Sam asked us to feed and care for his dogs between October 19, 2009 and November 6, 2009, as he would be out of town for work.
- When we began feeding the dogs we found that many of the dogs were somewhat dehydrated and six of the dogs were very thin.
- After our feeding and care, all of the dogs' coats were looking good and there was no sign of dehydration.
- There were still ten dogs we felt needed more time.
- We told Sam to take Connie and Holly (hounds) home, as they were still too thin.
- During this time Diane refused to help at all.
- A week after we finished caring for the dogs Orien Paiement (works for Good Times) and I met Sam at his dogs lot so that he could take eight dogs for his tour business.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Cpl. C. Hardey 9523 | | Page ____ of 11 ____ |

Rev. 6/98    Form: PCSO-N

**PARK COUNTY SHERIFF'S OFFICE**
CONTINUATION SHEET

| Case Report Number |
|---|
| 2009001744 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animal** | **Walker, Sam and Diane** | **12/15/09** |

- Sam advised me that he had taken Connie and Holly to his house.
- Sam was excited at how good his dogs looked and thought we had groomed them.
- We spoke in depth with Sam on our methods of care.
- While we cared for the dogs during the three weeks we began cleaning the dog feces from all the chain rings.
- Our friend Whelan assisted us with feeding and also helped us clean up all of the trash around the dog yard.
- I spent four days folding and removing all of the empty feedbags as Sam never folds or removes them.
- When we finished feeding there was ample food on site for one week only.
- On Monday, December 14, 2009, at 8:30AM Sam called us and told us he was out of town again and that Diane had fifty excuses why she wouldn't feed the dog, so would we please feed the dogs on Monday, Wednesday, Thursday and Saturday.
- We went up to the yard in the afternoon to feed (December 14, 2009).
- I was shocked at how thin the dogs were and how many dogs were not on the property.
- We got home late and talked to Whelan about the situation.
- Tuesday morning while Whelan was at our house he asked me if I wanted him to call the Park County Animal Control, as he wasn't as close to the dogs, I said yes.
- While removing dogs on Thursday December 17, 2009, I noticed there are only ten empty dog food bags in the container.
- I feel there was no other food on site during the period between November 6, 2009, and December 14, 2009.
- On Monday December 14, 2009, we did bring four very thin dogs home with us as we felt they wouldn't make it through the cold night if we did not.
- We were never compensated in any manner for our care of the dogs.

Mark Stephens written statement reads:

- From October 19, 2009, through November 6, 2009 Debra Su and I fed, watered and put straw in doghouses and cared for Sam's dogs.
- We were not paid in any way.
- It actually cost us over $250.00 dollars in gas and lost time with work.
- After we completed this task Sam, asked if we had groomed his dogs, because they looked so good.
- "No, we just fed and watered everyday".
- There were a few hound type dogs that were a little thin.
- I told Sam to take Connie home to fatten her up.
- On December 14, 2009, Sam called me and asked us to feed his dogs that week on Tuesday, Thursday and Saturday.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Cpl. C. Hardey 9523  *Cpl. C. Hardey 9523* | | Page ___ of 11 ___ |

Rev. 6/98
N

Form: PCSO-

PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number |
|---|
| 2009001744 |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| Cruelty to Animal | Walker, Sam and Diane | 12/15/09 |

- He said he had to go to California for work and his wife came up with a dozen reasons why she could not go feed.
- We were shocked to find the dogs in such bad condition from the previous time we had fed.
- Whelan was also not compensated.

Sam and Diane have had several other cases in reference to their dogs, cases are as follows:

- On October 19, 2002, Sam was charged with 1 misdemeanor count of Cruelty to Animals Neglect/Mistreatment in Teller County. On August 1, 2003, Sam Walker pled guilty to this charge. Refer to Teller County court case number 20003M 000122 (see attached).

- In November of 2004, as well as December 2006, based off reports taken by Animal Control Officer Michael Upton, a commissioned officer of the Park County Sheriff's Office and an agent for the Bureau of Animal Protection, commissioned by the State of Colorado as an Animal Cruelty Investigator, in the dates mentioned above, wrote a State Notice of Warning to Sam and Diane in accordance with Cruelty to Animals CRS 18-9-202 for Abandonment and Neglect. Officer Upton stated on the warning; Notice of Entry and Care for fifty dogs at the above named property, 6000 Forest service Road 108, Hartsel, CO. (A State Notice of Warning is issued when welfare checks on animals are completed and there are violations of cruelty to animal statute). (see report).

- On April 23, 2006, Sergeant Priestly responded to 6000 Forest Service Road 108 in Hartsel, for a welfare check on one hundred and twelve dogs on Sam and Diane's property. While Sergeant Priestly was inspecting the dogs, Sergeant Priestly observed approximately seven Husky/Hound-mix dogs that appeared to be extremely underweight. Sam advised that the thin dogs were receiving two quarts of dry dog food a day and the skinny dogs were constantly pacing (see report).

- On July 30, 2007, Sergeant Priestly received a telephone call from Sam stating he had lost an intact male black and white Siberian husky. On July 31, 2009, Sergeant Priestly received a message regarding a dog that was found on Highway 9 near mile marker 29. The dog was identified as a male Husky that was very skinny and the dog's paws were bleeding. Sergeant Priestly completed a body score on the dog and rated the dog's body condition at 2.5. The dog's collar had to be cut off because the collar was too tight. The dog had to be taken to the Teller/Park Clinic, which is an Animal Clinic, for a full examination. The examination of the Husky found the dog to be emaciated, dehydrated; with Dermatitis on his feet, and suffering from neglect. Per Dr. Lemons, a veterinarian at the clinic, the dog had a poor body score, 2.5 using the Henneke Body Score Technique. The dog also showed evidence of Pika, or eating of stool, (which occurs when there is lack of food). Based on the information regarding Sam's found dog, Sergeant Priestly and I obtained a search warrant for Sam and Diane's property and completed a

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Cpl. C. Hardey 9523 *[signature] Cpl. C. Hardey 9523* | | Page ____ of 11 ____ |

Rev. 6/98
N

Form: PCSO-

PARK COUNTY SHERIFF'S OFFICE
CONTINUATION SHEET

| Case Report Number |
|---|
| **2009001744** |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animal** | **Walker, Sam and Diane** | **12/15/09** |

welfare check on the rest of the dogs. At that time Sam possessed a kennel license through the State of Colorado, and had been inspected by the Pet Animal Care Facilities Association. No dogs were removed (see attached report).

Since December 6, 2004 to present, Sam and Diane have purchased four hundred and thirty four, Park County Dog License's, from the Park County Sheriff's Office. Attached are receipts for the Park County Dog License's that were purchased in 2009. The number of dog tags purchased was one hundred and twenty-seven tags (see attached receipt). Sam and Diane also have a Pet Animal Care Facilities Act License, which was issued on March 17, 2009 (see attached documents).

On December 23, 2009, Detective Corporal Amy Franck, Officer Rebecca Bramlett and I wrote Arrest Warrants for Sam and Diane Walker, Park County Court Arrest Warrant number- (09CR90 and 09CR91) Sam and Diane are charged with Aggravated Cruelty to Animals CRS: 18-9-202 (1)(a) (1.5)(b), class 6 Felony 2 counts, and Cruelty to Animals CRS: 18-9-202 (1)(a), class 1 Misdemeanor 30 counts. On December 25, 2009, Sam and Diane reported to the Park County Jail and turned themselves in.

All Park County Animal Control Officers made copies of their gas and overtime usage and will be filed for restitution (see attached documents).

Case still under investigation.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Cpl. C. Hardey 9523  *Cpl. C. Hardey 9523* | | Page ___ of 11 ___ |

Rev. 6/98  
N

Form: PCSO-