IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03238-PAB-KMT

SAMUEL M. WALKER,
DIANE H. WALKER,

    Plaintiff,

v.

FRED WAGENER, INDIVIDUALLY AND OFFICIAL CAPACITY
BOBBY PRIESTLY, INDIVIDUALLY AND OFFICIAL CAPACITY
CINDY HARDEY, INDIVIDUALLY AND OFFICIAL CAPACITY
REBECCA BRAMLETT, INDIVIDUALLY AND OFFICIAL CAPACITY
AMY FRANCK, INDIVIDUALLY AND OFFICIAL CAPACITY
JUAN GALLEGOS, INDIVIDUALLY AND OFFICIAL CAPACITY
DEP. SGT. BROWN, INDIVIDUALLY AND OFFICIAL CAPACITY
PARK COUNTY
PARK COUNTY COMMISSIONERS
ATTORNEY GENERAL, COLORADO, OFFICIAL CAPACITY
COURT CLERK, INDIVIDUALLY AND OFFICIAL CAPACITY

    Defendants.

## AFFIDAVIT OF STACY MORTENSON

I, Stacy Mortenson, being first duly sworn upon oath, hereby depose and state as follows:

1. I am an employee of the Office of the Colorado Attorney General.

2. This affidavit is made upon personal knowledge.

3. As part of my assigned duties, I received and administer notices of claims submitted to the Attorney General of the State of Colorado Pursuant to § 24-10-101 through 120, C.R.S. I am the custodian of the notice of claim files. All notices of claims received in the Office of the Colorado Attorney General are electronically recorded and physically filed in claims files maintained in our office.

4. I examined the electronic claims database and the physical files containing the notices of claims submitted directly to the Attorney General of the State of Colorado pursuant to the above-cited statute. No official notice of claim filed by or on behalf of

Exhibit A

Samuel M. Walker, or Diane H. Walker, has been received in the Office of the Colorado Attorney General

_____
STACY MORTENSON
Administrative Assistant III
Civil Litigation and Employment Law Section

Subscribed and sworn to before me in the County of Denver, State of Colorado, this 21st day of December 2011.

_____
NOTARY PUBLIC

My Commission expires:

5/10/2013