IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03238-PAB-KMT )
)
Samuel M Walker, pro se )
Diane H Walker, pro se )
)
Plaintiffs, )
)
v )
)
Fred Wegener, et al. )
)
Defendants )
)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 10 2012

GREGORY C. LANGHAM
                    CLERK

**Unopposed Motion to Enlarge time to Answer Defendants' Motions to Dismiss**

Plaintiffs', Samuel M Walker, pro se and Diane H Walker, pro se, respectfully request from the Court Enlargement of time to Answer Defendants' Motions to Dismiss. Defendants submitted two motions to dismiss, one associated with their official capacity and the second associated with their individual capacity and their entitlement of qualified immunity. The requested new suspense for both motions is March 26, 2012.

Plaintiff, Samuel Walker, is currently out of state and will not return until March 11, 2012. Samuel discussed an enlargement of time to Answer both Motions with Mr Shimberg directly by phone (Exhibit A) and Mr Shimberg noted my phone calls in his emails back to Plaintiff (Exhibit B).

Respectfully submitted,

/s/ Samuel M Walker
Samuel M Walker
POB 14085
Colorado Springs, CO 80914
703-674-8890 (c)

signed under separate cover
Diane H Walker
POB 59
Florissant, CO 80816
719-330-7325 (cell)

## CERTIFICATE OF SERVICE

    This is to certify that I have duly served the unopposed Motion to Enlarge Time to Answer Defendants Motions to Dismiss upon all parties or representing attorneys herein by depositing of same in the United States mail, first-class postage prepaid, at _Woodbridge_, ~~Colorado,~~ this 8th day of February 2012 addressed as follows: VA (AH)

Name: A Kearney
Address: POB 1224
FT BELVOIR
VA 22060

Fowler, Schimberg & Flanagan, PC     US District Court
1640 Grant Street,   Suite 150       901 19th St, Rm A-105
Denver, CO 80203                     Denver, CO 80294-3589

## Certificate of Communication

I certify that I spoke with Mr Shimberg regarding the requested Motion to Enlarge Time to Answer between his cell phone and mine.

*Samuel M Walker*

Samuel M Walker, pro se

February 8, 2012

EXHIBIT A

LAW OFFICES OF

# FOWLER, SCHIMBERG & FLANAGAN

PROFESSIONAL CORPORATION
1640 GRANT STREET
DENVER, COLORADO 80203
TELEPHONE: (303) 298-8603
TELEFAX: (303) 298-8748

DANIEL M. FOWLER[1]
TIMOTHY P. SCHIMBERG
TIMOTHY J. FLANAGAN[2]
KATHERINE TAYLOR EUBANK
JEFFERY B. STALDER
ADAM B. LINTON
ANDREW R. MCLETCHIE
BRIAN E. WIDMANN
RACHEL B. SHEIKH[3]
SCOTT W. DRUSCH

AFFILIATED OFFICE:
PAUL J. TADDUNE, P.C.
323 WEST MAIN, SUITE 301
ASPEN, COLORADO 81611
TELEPHONE: (970) 925-9190
TELEFAX: (970) 925-9199

[1] ALSO ADMITTED IN WYOMING
[2] ALSO ADMITTED IN WYOMING AND MONTANA
[3] ALSO ADMITTED IN PENNSYLVANIA AND NEW JERSEY

January 31, 2012

**VIA E-MAIL**

Mr. Samuel M. Walker
Mrs. Diane H. Walker
P.O. Box 59
Florissant, CO 80816
elksky@gmail.com
reddog0918@yahoo.com

Re:   *Samuel M. Walker, et al. v. Fred Wegener, et al.*

Dear Mr. and Mrs. Walker:

Yesterday, I received a telephone call from Mr. Walker requesting copies of our recent filings. I sent copies to him yesterday as well as the court's referral to Magistrate Tafoya.

Mr. Walker also asked for an extension of time to respond to these filings. I have checked with my clients and we have no objection to the requested extension of time to respond at some date in "mid-March," 2012. Please do not take this as advising you what to do, but I would suggest that you file something formally in this regard.

Today, I received a telephone call from Mrs. Walker and we had a brief exchange. I am providing a copy of my communication of yesterday, minus the attached pleadings.

I will communicate with the two of you at the respective e-mail addresses provided. You might want to alert the court but again, that is up to you.

Sincerely,

Timothy P. Schimberg
t_schimberg@fsf-law.com

TPS\kc
Enclosure

EXHIBIT B

LAW OFFICES OF

# FOWLER, SCHIMBERG & FLANAGAN

PROFESSIONAL CORPORATION
1640 GRANT STREET
DENVER, COLORADO 80203
TELEPHONE: (303) 298-8603
TELEFAX: (303) 298-8748

DANIEL M. FOWLER[1]
TIMOTHY P. SCHIMBERG
TIMOTHY J. FLANAGAN[2]
KATHERINE TAYLOR EUBANK
JEFFERY B. STALDER
ADAM B. LINTON
ANDREW R. MCLETCHIE
BRIAN E. WIDMANN
RACHEL B. SHEIKH[3]
SCOTT W. DRUSCH

AFFILIATED OFFICE:
PAUL J. TADDUNE, P.C.
323 WEST MAIN, SUITE 301
ASPEN, COLORADO 81611
TELEPHONE: (970) 925-9190
TELEFAX: (970) 925-9199

[1] ALSO ADMITTED IN WYOMING
[2] ALSO ADMITTED IN WYOMING AND MONTANA
[3] ALSO ADMITTED IN PENNSYLVANIA AND NEW JERSEY

January 30, 2012

**VIA E-MAIL**

Mr. Samuel M. Walker
elksky@gmail.com

    Re:   *Samuel M. Walker, et al. v. Park County, et al.*

Dear Mr. Walker:

    Today, I received your voicemail message.

    I understand that you are on the east coast and will remain so until March 11, 2012 at the earliest. You have asked for an extension of time to respond to our Motions to Dismiss, copies attached, until you return to Colorado in March. I am sure that will be okay, but allow me an opportunity to contact the County Attorney and the individual Defendants to give them the courtesy of giving me their approval/disapproval. I will recommend to them that we give you that professional courtesy.

    As indicated, and as you requested, attached are the Motions to Dismiss that we filed. Subsequently, Judge Brimmer forwarded the Motions to Magistrate Tafoya for handling. I am attaching a copy of that as well for the completion of your records.

Sincerely,

Timothy P. Schimberg
t_schimberg@fsf-law.com

TPS\kc
Enclosures

EXHIBIT B