**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   11-CV-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
DEP. SGT. BROWN, individual and official capacity
PARK COUNTY
PARK COUNTY COMMISSIONERS
ATTORNEY GENERAL, COLORADO, official capacity
COURT CLERK, individual and official capacity

Defendants.

---

**ENTRY OF APPEARANCE OF TIMOTHY P. SCHIMBERG**

---

Timothy P. Schimberg of Fowler, Schimberg & Flanagan, P.C., hereby enters his appearance as counsel of record on behalf of Defendants Amy Franck and Juan Gallegos. Plaintiffs have not served these Defendants with a copy of the Summons and Complaint in this case. Nevertheless, these Defendants have authorized undersigned counsel to file this Entry of Appearance and submit these Defendants to the jurisdiction of the Court.

Respectfully submitted this 7th day of March, 2012.

        s/Timothy P. Schimberg
        Timothy P. Schimberg
        Andrew R. McLetchie

        FOWLER, SCHIMBERG & FLANAGAN, P.C.
        1640 Grant Street, Suite 150
        Denver, Colorado 80203
        (303) 298-8603

        ATTORNEYS FOR PARK COUNTY
        DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of March, 2012, I caused a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF TIMOTHY P. SCHIMBERG** to be filed via the ECF system, with notice of same being electronically served to the following:

| | |
|---|---|
| Herbert C. (Lee) Phillips, Esq. | Kathleen L. Spalding, Esq. |
| Park County Attorney | Senior Assistant Attorney General |
| Hayes, Phillips, Hoffman & Carberry, P.C. | Office of the Attorney General |
| P.O. Box 1046 | 1525 Sherman Street, 7th Floor |
| 675 Main Street | Denver, CO 80203 |
| Fairplay, CO 80440 | |

      Transmitted via First Class U.S. Mail, proper postage prepaid, to the following:

Samuel M. Walker
Diane H. Walker
P.O. Box 59
Florissant, CO 80816
*Pro Se* **Plaintiffs**

                                               s/Leslie Johnson
                                               Leslie Johnson