**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.     11-CV-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
DEP. SGT. BROWN, individual and official capacity
PARK COUNTY
PARK COUNTY COMMISSIONERS
ATTORNEY GENERAL, COLORADO, official capacity
COURT CLERK, individual and official capacity

Defendants.

---

**DEFENDANTS AMY FRANCK AND JUAN GALLEGOS' JOINDER IN THE MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(B)(6) [DOCKET NO. 14] AND THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(B)(1) [DOCKET NO. 15]**

---

Defendants, Amy Franck and Juan Gallegos, by and through their attorneys, Timothy P. Schimberg and Andrew R. McLetchie of Fowler, Schimberg & Flanagan, P.C., hereby join and adopt the Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) [Docket No. 14] and the Individual Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) [Docket No. 15] as if they were their own and in support thereof states as follows:

1.      At all times relevant to the Complaint, Juan Gallegos was a Deputy with the Park County Sheriff's Department.  Deputy Gallegos was present at the search of Plaintiffs' property on December 16, 2009 (the second day that law enforcement officers were present on Plaintiffs' property).

2.      At all times relevant to the Complaint, Amy Franck was a Corporal Detective with the Park County Sheriff's Department.  Corporal Detective Franck was present at the search conducted on Plaintiffs' property on December 16, 2009 (the second day that law enforcement officers were present on Plaintiffs' property).

3.      On January 23, 2012, the Individual Defendants filed a Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) based on the defense of qualified immunity.  For all of the same reasons set forth in that Motion, Ms. Franck and Mr. Gallegos are cloaked with qualified immunity and the claims against them should be dismissed with prejudice pursuant to Fed.R.Civ.P. 12(b)(1).  Ms. Franck and Mr. Gallegos join that Motion to Dismiss and incorporate the arguments set forth therein as if they were their own.

4.      Additionally, on that same date, Defendants, Fred Wegener, Bobby Priestly, Cindy Hardey, Rebecca Bramlett, Dep. Sgt. Brown, Park County, and Park County Commissioners, also filed a Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6).

5.      For all of the reasons set forth in that Motion, Plaintiffs' Complaint fails to state a claim against Ms. Franck and Mr. Gallegos and the claims against them should be dismissed with prejudice.  Ms. Franck and Mr. Gallegos hereby join that Motion and incorporate the arguments set forth therein as if they were their own.

3

6.      Accordingly, for all the foregoing reasons, the claims against Ms. Franck and Mr. Gallegos should be dismissed for failure to state a claim pursuant to Fed.R.Civ.P. 12(b)(6) and should be dismissed based on the defense of qualified immunity pursuant to Fed.R.Civ.P. 12(b)(1).

Respectfully submitted this 7th day of March, 2012.

s/Timothy P. Schimberg
Timothy P. Schimberg
Andrew R. McLetchie
FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEYS FOR PARK COUNTY DEFENDANTS

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of March, 2012, I caused a true and correct copy of the foregoing **DEFENDANTS AMY FRANCK AND JUAN GALLEGOS' JOINDER IN THE MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(B)(6) [DOCKET NO. 14] AND THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 12(B)(1) [DOCKET NO. 15]** to be filed via the ECF system, with notice of same being electronically served to the following:

| | |
|---|---|
| Herbert C. (Lee) Phillips, Esq. | Kathleen L. Spalding, Esq. |
| Park County Attorney | Senior Assistant Attorney General |
| Hayes, Phillips, Hoffman & Carberry, P.C. | Office of the Attorney General |
| P.O. Box 1046 | 1525 Sherman Street, 7th Floor |
| 675 Main Street | Denver, CO 80203 |
| Fairplay, CO 80440 | |

      Transmitted via First Class U.S. Mail, proper postage prepaid, to the following:

Samuel M. Walker
Diane H. Walker
P.O. Box 59
Florissant, CO 80816
*Pro Se* **Plaintiffs**

                                            s/Leslie Johnson
                                            Leslie Johnson