# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.     11-CV-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,


v.


FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
DEP. SGT. BROWN, individual and official capacity
PARK COUNTY
PARK COUNTY COMMISSIONERS
ATTORNEY GENERAL, COLORADO, official capacity
COURT CLERK, individual and official capacity

Defendants.

---

## ORDER GRANTING PARK COUNTY DEFENDANTS' UNOPPOSED MOTION FOR A STAY PENDING RESOLUTION OF DEFENDANTS' MOTIONS TO DISMISS [DOCKET NOS. 14 AND 15]

---

BEFORE ME is the Park County Defendants' Unopposed Motion for a Stay Pending Resolution of Defendants' Motions to Dismiss [Docket Nos. 14 and 15]. Having reviewed this Motion and being fully advised in the premises therefore, IT IS HEREBY ORDERED that this Motion is GRANTED. This matter is stayed pending the resolution of Park County Defendants' Motions to Dismiss.

DATED: _____              BY THE COURT



                                                            United States District Court
                                                            Judge/United States District Court
                                                            Magistrate Judge