IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     11-CV-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
DEP. SGT. BROWN, individual and official capacity
PARK COUNTY
PARK COUNTY COMMISSIONERS
ATTORNEY GENERAL, COLORADO, official capacity
COURT CLERK, individual and official capacity

Defendants.

**PARK COUNTY DEFENDANTS' UNOPPOSED MOTION TO VACATE SCHEDULING CONFERENCE AND SUSPEND DISCLOSURE DEADLINES**

Defendants, Fred Wegener, Bobby (sic) Priestly, Cindy Hardey, Rebecca Bramlett, Amy Franck, Juan Gallegos, Dep. Sgt. Brown, Park County, and Park County Commissioners, by and through Timothy P. Schimberg and Andrew R. McLetchie of Fowler, Schimberg & Flanagan, P.C., hereby submit this Unopposed Motion to Vacate Scheduling Conference and Suspend Disclosure Deadlines and in support thereof state as follows:

1.      D.C.COLO.LCivR 7.1(a) Certification: Based on conversations and correspondence that undersigned had with the other parties while meeting and conferring

regarding the Unopposed Motion for Stay that is currently pending [Docket No. 27], it is undersigned counsel's understanding that all parties are unopposed to this Motion.

2. A scheduling conference is set for March 20, 2012.

3. The Court has entered an order requiring the parties to submit a proposed Scheduling Order by March 13, 2012 at 5:00 p.m.

4. Additionally, Fed.R.Civ.P. 26 disclosures are due on March 13, 2012.

5. Based on the Unopposed Motion for a Stay, the parties respectfully request that the Court vacate the scheduling conference and suspend the deadline to serve Rule 26 disclosures until after the Court rules on the Motion for a Stay.

Respectfully submitted this 14th day of March, 2012.

        s/Andrew McLetchie
        Timothy P. Schimberg
        Andrew R. McLetchie

        FOWLER, SCHIMBERG & FLANAGAN, P.C.
        1640 Grant Street, Suite 150
        Denver, Colorado 80203
        (303) 298-8603

        ATTORNEYS FOR PARK COUNTY
        DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2012, I caused a true and correct copy of the foregoing **PARK COUNTY DEFENDANTS' UNOPPOSED MOTION TO VACATE SCHEDULING CONFERENCE AND SUSPEND DISCLOSURE DEADLINES** to be filed via the ECF system, with notice of same being electronically served to the following:

Herbert C. (Lee) Phillips, Esq.
Park County Attorney
Hayes, Phillips, Hoffman & Carberry, P.C.
P.O. Box 1046
675 Main Street
Fairplay, CO 80440

Kathleen L. Spalding, Esq.
Senior Assistant Attorney General
Office of the Attorney General
1525 Sherman Street, 7th Floor
Denver, CO 80203

Transmitted via email and First Class U.S. Mail, proper postage prepaid, to the following:

Samuel M. Walker
Diane H. Walker
P.O. Box 59
Florissant, CO 80816
elksky@gmail.com
reddog0918@yahoo.com
*Pro Se* **Plaintiffs**

    s/Leslie Johnson
    Leslie Johnson