**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.     11-CV-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
DEP. SGT. BROWN, individual and official capacity
PARK COUNTY
PARK COUNTY COMMISSIONERS
ATTORNEY GENERAL, COLORADO, official capacity
COURT CLERK, individual and official capacity

Defendants.

**ORDER GRANTING PARK COUNTY DEFENDANTS' UNOPPOSED MOTION TO
VACATE SCHEDULING CONFERENCE AND SUSPEND DISCLOSURE DEADLINES**

BEFORE ME is the Park County Defendants' Unopposed Motion to Vacate the Scheduling Conference and Suspend Disclosure Deadlines. Having reviewed the Motion and being fully advised in the premises therefore, IT IS HEREBY ORDERED that this Motion is GRANTED. The scheduling conference set for March 20, 2012 is vacated and the deadline to serve Rule 26 disclosures is suspended until after the Court rules on the Unopposed Motion for a Stay.

2

DATED: _____          BY THE COURT

                                                                    _____
                                                                    United States District Court Magistrate
                                                                    Judge