IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Civil Action No. 11-cv-03238-PAB-KMT | ) |
| | ) |
| **Samuel M Walker, pro se** | ) |
| **Diane H Walker, pro se** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v | ) |
| | ) |
| **Fred Wegener, et al.** | ) |
| | ) |
| **Defendants** | ) |
| | ) |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**Mar 27, 2012**

GREGORY C. LANGHAM, CLERK

**Opposed Motion for
One time Amendment of Plaintiffs' Complaint as a Matter of Course**

Plaintiffs', Samuel M Walker and Diane H Walker, pro se litigants, respectfully request leave of the court to amend our Complaint as a Matter of Course and as a matter of justice. Defense counsels have responded telephonically and are unopposed to our removal of our claims in regards to the violations to the Federal Criminal statutes but are adamant in opposition to our amending our Complaint in any other area.

As has already been documented, Plaintiffs' original Answer deadline to Defendants Motions to Dismiss (Shimberg, et al) was enlarged to the current date of 3/26/12. Because Plaintiffs' Answer must be responsive to Defense Motions filed under Rule 12(b), specifically 12(b)(1) and 12(b)(6), it is imperative Plaintiffs' be allowed to Amend the initial Complaint, in the interest of justice, so that the court can consider additional allegations and additional specificity of the facts and claims.

Due to Defendants adamant opposition to the request to amend Plaintiffs' complaint,

Plaintiffs' are respectfully requesting the court's leave in accordance with Rule 15(a)(2) as a matter of course and in the interest of justice to approve submission of an amended complaint as part of Plaintiffs' Answer to Defendants' Motions to Dismiss. Plaintiffs' also request the court to order an appropriate amount of time for Defendants Reply. The amended complaint is at Exhibit A.

Respectfully submitted,

*Samuel M Walker* (signature)
Samuel M Walker
POB 14085
Colorado Springs, CO 80914
703-674-8890 (c)
elksky@gmail.com

*Diane H Walker* (signature)
Diane H Walker
POB 59
Florissant, CO 80816
719-330-7325 (cell)
reddog0918@yahoo.com

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the Opposed Motion to Amend Plaintiffs' w/amended complaint Complaint upon all parties or representing attorneys herein by depositing of same in the United States mail, first-class postage prepaid, at __Colorado Springs__, Colorado, this 24th day of March 2012 addressed as follows:

_____
Name:
Address:

Fowler, Schimberg & Flanagan, PC
1640 Grant Street,   Suite 150
Denver, CO 80203

✓US District Court
901 19th St, Room A-105
Denver, CO 80294-3589

Herbert C (Lee) Phillips, Esq.
Park County Attorney
Hayes, Phillips, Hoffman & Carberry, PC
POB 1046
675 Main Street
Fairplay, CO 80440

Kathleen L. Spalding, Esq.
Senior Assistant Attorney General
Office of the Attorney General
1525 Sherman Street, 7th Floor
Denver, CO 80203