**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.        11-CV-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
DEP. SGT. BROWN, individual and official capacity
PARK COUNTY
PARK COUNTY COMMISSIONERS
ATTORNEY GENERAL, COLORADO, official capacity
COURT CLERK, individual and official capacity

Defendants.

---

**PARK COUNTY DEFENDANTS' COMBINED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS AND TO RESPOND TO MOTION TO AMEND**

---

Defendants, Fred Wegener, Bobby (sic) Priestly, Cindy Hardey, Rebecca Bramlett, Amy Franck, Juan Gallegos, Dep. Sgt. Brown, Park County, and Park County Commissioners, by and through Timothy P. Schimberg and Andrew R. McLetchie of Fowler, Schimberg & Flanagan, P.C., hereby submit this Combined Motion for An Extension of Time to File Reply Briefs In Support of Motions to Dismiss and to Respond to Motion to Amend and in support thereof state as follows:

1.      D.C.COLO.LCivR 7.1(a) Certification:  The *pro se* Plaintiffs have not responded to an inquiry concerning their position regarding the relief requested herein.    Therefore, their position is unknown.

2.      D.C.COLO.LCivR 6.1(e) Certification:    As is reflected in the certificate of service, this motion has been served on undersigned counsel's clients.

3.      On March 27, 2012, Plaintiffs filed:  (1) a Response to The Park County Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) [Docket No. 35]; (2) a Response to The Park County Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6) [Docket No. 34]; and (3) a Motion to Amend the Complaint [Docket No. 33].

4.      The replies in support of the motions filed pursuant to Fed.R.Civ.P. 12(b) are due on or about April 10, 2012.

5.      The response to the Motion to Amend is due on or about April 17, 2012.

6.      Due to the press of business, undersigned counsel has not had the opportunity do the research necessary to draft the response and reply briefs.    In particular, counsel has been preparing for a jury trial that was set to commence on April 24, 2012 in Douglas County.

7.      The Park County Defendants request an extension of time to file all three briefs through and including May 4, 2012.

8.      A motion for an extension of time may be granted for good cause under Fed.R.Civ.P. 6(b).      For all of the foregoing reasons, there is good cause for this motion. Moreover, this motion is not interposed in bad faith or for purposes of delay and will not prejudice any party to this action.

2

**WHEREFORE**, the Park County Defendants pray that the Court allow them through and including May 4, 2012, to file the Response to Plaintiffs' Motion to Amend and the Reply Briefs In Support of the Rule 12 Motions.

Respectfully submitted this 10th day of April, 2012.

                                      s/Andrew McLetchie
                                      Timothy P. Schimberg
                                      Andrew R. McLetchie

                                      FOWLER, SCHIMBERG & FLANAGAN, P.C.
                                      1640 Grant Street, Suite 150
                                      Denver, Colorado 80203
                                      (303) 298-8603

                                      ATTORNEYS FOR PARK COUNTY
                                      DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2012, I caused a true and correct copy of the foregoing **PARK COUNTY DEFENDANTS' COMBINED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS AND TO RESPOND TO MOTION TO AMEND** to be filed via the ECF system, with notice of same being electronically served to the following:

| | |
|---|---|
| Herbert C. (Lee) Phillips, Esq.<br>Park County Attorney<br>Hayes, Phillips, Hoffman & Carberry, P.C.<br>P.O. Box 1046<br>675 Main Street<br>Fairplay, CO 80440 | Kathleen L. Spalding, Esq.<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>1525 Sherman Street, 7th Floor<br>Denver, CO 80203 |

Transmitted via email and First Class U.S. Mail, proper postage prepaid, to the following:

Samuel M. Walker
Diane H. Walker
P.O. Box 59
Florissant, CO 80816
elksky@gmail.com
reddog0918@yahoo.com
***Pro Se* Plaintiffs**


Fred Wegener
E-mail:  fwegener@parkco.us

Bobby Jo Priestly
E-mail:  bpriestly@parkco.us

Cindy Hardey
E-mail:  chardey@parkco.us

Rebecca Bramlett
E-mail:  rbramlett@parkco.us

Deputy Sgt. Mike Brown
E-mail:  mbrown@parkco.us

Amy Franck
Retired Corporal

5

P.O. Box 75
Rowley, IA 52329

Juan Gallegos
28 Pine Dale Lane
Durango, CO 81303

                                        s/Leslie Johnson
                                        Leslie Johnson