**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.        11-CV-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,


v.


FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
DEP. SGT. BROWN, individual and official capacity
PARK COUNTY
PARK COUNTY COMMISSIONERS
ATTORNEY GENERAL, COLORADO, official capacity
COURT CLERK, individual and official capacity

Defendants.

---

**ORDER RE: PARK COUNTY DEFENDANTS' COMBINED MOTION FOR AN
EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS TO
DISMISS AND TO RESPOND TO MOTION TO AMEND**

---

**BEFORE ME IS** Defendants, Fred Wegener, Bobby (sic) Priestly, Cindy Hardey,

Rebecca Bramlett, Amy Franck, Juan Gallegos, Dep. Sgt. Brown, Park County, and Park County

Commissioners' Combined Motion for An Extension of Time to File Reply Briefs In Support of

Motions to Dismiss and to Respond to Motion to Amend**.    IT IS HEREBY ORDERED** that

the Motion is Granted.    The Park County Defendants shall have through and including May 4,

2012 to file the Response to Plaintiffs' Motion to Amend and the Reply Briefs In Support of the

Rule 12 Motions.

**Dated: _____**

                         **BY THE COURT:**


                         **_____**
                         **United States District Court Judge/**
                         **United States Magistrate Judge**