## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.        11-cv-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
SGT. BROWN, individual and official capacity
PARK COUNTY
JOHN TIGHE, individual and official capacity
DICK HODGES, individual and official capacity
MARK DOWALIBY, individual and official capacity
PARK COUNTY COMMISSIONERS
JOHN SUTHERS, individual and official capacity
DEBRA MCLIMANS, individual and official capacity

Defendants.

---

### AFFIDAVIT OF SERGEANT BOBBI JO PRIESTLY

---

1.     I am over eighteen years of age and have personal knowledge of the matters stated herein.  I am a Sergeant assigned to Animal Control with the Park County Sheriff's Department.

2.     I have personal knowledge of all matters addressed herein and personal knowledge concerning the animal cruelty investigation of the Walkers, the subsequent criminal prosecution of the Walkers for animal cruelty, and the Walkers' subsequent guilty plea to various animal cruelty charges.

EXHIBIT

E

3.      I executed the affidavit in support of a search warrant on January 11, 2010, which is attached to these Objections as Exhibit D.  The copy of the affidavit in support of the warrant attached hereto as Exhibit D is a true and correct copy of the warrant.

4.      The Park County Court executed the warrant attached to these Objections as Exhibit C is based on my affidavit.  The copy of the warrant attached to these Objections as Exhibit C is a true and correct copy of that warrant.

5.      I had probable cause to believe that six deceased dogs that reporting parties advised me were alive one month before my investigation were deceased and buried in a ravine on the property.  Accordingly, I had probable cause to believe the dogs were buried on the property.  Accordingly, the Park County Court executed the warrant attached to the Objections as Exhibit C.

6.      The January 11, 2011 warrant was executed on January 13, 2011.

7.      When executing the warrant, we knew that we were going to have to dig in the ravine on Plaintiffs' property to uncover the deceased dogs, which were covered by snow in addition to being partially buried.

8.      The warrant specifically allowed us to seize six deceased dogs that we had probable cause to believe were buried on the property.

9.      On the date of the search, only four deceased dogs were recovered.

10.     Subsequent necropsy reports performed by veterinarians showed that these dogs weighed in the 20-30 lbs. range.  Adult Husky dogs, such as these, should weigh 50-70 lbs. if properly nourished.  State veterinarians determined, using a body condition scale score of 1-5, with 1 being emaciated and 5 being

2

obese, that all of the recovered dogs  had body condition scores between 0.5 and 1.5.

11.    In executing the warrant, we took due care to ensure that Plaintiffs' property was disturbed no more than necessary to effectuate the warrant.

12.    In particular, we tried to dig no more than was necessary to recover the deceased dogs.

13.    Moreover, we took care not to disturb any of the Plaintiffs' real or personal property other than as was necessary to retrieve the deceased dogs that were the subject of the warrant.

Further affiant sayeth naught.

Dated this _____ day of September, 2012.

_____
Sergeant Bobbi Jo Priestly

STATE OF COLORADO          )
                           )  ss.
COUNTY OF __Park__         )

SUBSCRIBED AND SWORN to before me this 13th day of September 2012, in the County of __Park__, State of Colorado, by Sergeant Bobbi Jo Priestly.

WITNESS my hand and official seal.

My commission expires: __9/2/2013__

_____
Notary Public

[Notary seal: NOTARY PUBLIC / ROSE AVEY / STATE OF COLORADO]

My Comm. Expires 9/2/13

3