09P343

IN THE COMBINED COURTS
COUNTY OF PARK
STATE OF COLORADO

SEARCH WARRANT

THE PEOPLE OF THE STATE OF COLORADO

TO: THE SHERIFF, UNDERSHERIFF, DEPUTY SHERIFF, AND ALL LAW ENFORCEMENT OFFICERS AUTHORIZED TO EXECUTE SEARCH WARRANTS IN THE STATE OF COLORADO, GREETINGS:

WHEREAS, Park County Animal Control Corporal C. Hardey, has made an affidavit and complaint for the issuance of a search warrant.

All of the inside and outside kennels and structures on the property that could house any and all diseased and or alive animals, known as T14 R744 S32 SE4; W2SW2SE4, S2NW4NE4, N2SW4NE4, SE4NW4, S2NE4NW4, E2E2SW4; 32-14-74; R606908 TR04: ALSO KNOWN AS, 6000 Forest Service Road 108, Park County, Colorado 80449,

AND WHEREAS, the affidavit of the applicant seems proper and it appears that probable cause exists for the issuance of a Search Warrant for the reason or reasons marked below:

The property to be searched for and seized if found is:
( ) Stolen or Embezzled OR
(X) Designed or intended for use or which is or has been used as a means of committing a criminal offense or the possession of which is illegal, OR
(X) Would be material evidence in a subsequent criminal prosecution.

WE THEREFORE COMMAND YOU, with the necessary and proper assistance to enter and search:

And you will search for: Any and all diseased and or alive animals located at said property, adequate food, water and shelter for all animals and seize any and all animals located on the property.

And if the same or any part thereof is found, that you seize the goods and things found and safely keep them until further order of this Court or until they are admitted into any criminal proceedings by a Court of this State; and that you further file a report with this Court inventorying the goods and things which were seized or reporting that nothing was so found and seized.

Done this _16_ day of _Dec_ 2009.

BY THE COURT

_____
JUDGE

[COURT SEAL]

**EXHIBIT F**