# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03238-PAB-KMT )
)
)
)
Samuel M Walker, and )
Diane H Walker )
)
   Plaintiffs, )
)
v. )
)
Fred Wegener, individual and official capacity )
Bobby Priestly, individual and official capacity )
Cindy Hardey, individual and official capacity )
Rebecca Bramlett, individual and official capacity )
Amy Franck, individual and official capacity )
Juan Gallegos, individual and official capacity )
Dep Sgt Brown, individual and official capacity )
Park County )
Park County Commissioners )
)
   Defendants )
)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 17 2012

JEFFREY P. COLWELL
CLERK

## PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDATIONS

Plaintiff's Samuel M Walker and Diane H Walker, each pro se, Object, with comment, to the following proposed Findings and Recommendations.

### INTRODUCTION

We will comment or provide corrections to information relied upon by the Magistrate Judge to reach her findings and recommendations.

### OBJECTIONS

Page 6, 1st para: Ms Walker guilty plea was Sep 27, 2010 and sentenced Sep 28, 2010 and

Mr Walker sentencing was February 7, 2011, not August 23.

Section **B**, Page 19, (official policy or custom): Defendant Priestly directed the search and seizure actions for all separate days (15th-17th). The forms used are included in exhibits A (disc 1003-1004), B (disc 739), and inventoried in accordance with Exhibit D. Exhibit C (discovery 501 and 513) reflects how they adjusted when they could not determine gender (Plaintiffs had only one blue healer. It would be conclusory if I state they falsified the documents. The healer was taken on the 15th and placed by the 20th of December before Plaintiffs' even knew she was seized (no Due Process). (9Exhibit F)

Official reports don't match what happened, embellished, falsified, loss of chain of custody, excessive OT expended because of the officers failure to follow crime scene processes/procedures, lack of training or both, all agencies we called on 12/26 thru 12/29 to find where all the dogs went. Exhibit E (disc 742) reflected an end accounting of the number of dogs and where they went but the specifics weren't determined tell after December 29th. This and much more is documented in the criminal discovery of some 1300 pages. All these cited items are only a small reflection of the errors documented and constantly repeated in all official reports and Plaintiffs' believe to be how their investigative processes and procedures and methods demonstrated their formal or informal policies and way of doing business. Exhibit G reflects some of the people and agencies that entered and exited the property and Exhibit A (disc 926 and 927reflects how they were logged in.

Section **3**, Page 34 (December 17, 2009 search): Plaintiff, Diane Walker was distraught, frustrated, intimidated (by Def Gallegos) and with interrupted crying on the 16th (Exhibit _X_). Ms Walker understood that the caretakers were on verbal contract for the week to care for the dogs. She did not understand why the dogs were to be taken (Exhibit _Y_). Ms

Walker signed the form for search, though the consent was NOT freely given.

Section **4**, page 35 (January 11, 2010 Search): Defense counsel has provided copies of the search warrant and affidavits.  However, Defendant Priestly was on a witch hunt to find more than the dogs specified on the search warrant.  Exhibit Z (interview with Stephens audio disk in criminal discovery) and ZZ (Bramlett report of what was found with shovels, discovery # 951) reflect Priestly's intent to dig up the entire grave yard.  Seeking more than what was on the surface exceeded the scope of the search warrant.

Section F, Page 39: (just compensation): Plaintiffs' recognized the dilemma of seeking just compensation for personal property taken regarding replevin or conversion methods for tort claims.  However, when our real property was under the authority of a search warrant, that also included the Plaintiffs' personal property.  These personal property items were taken while the Defendants had control of the property and since public employees (defendants) are immune from tort claims, state law remedies are inadequate to survive a 12(b)(6) motion. Therefore, § 1983 claim was Plaintiffs' only process to seek relief.  Exhibit AA (discovery 1070-1071) reflects a minimum of personal property taken during the search warrant authority period on the 15th -17th of December 2009 and with the officer's knowledge (Exhibit BB).

CONCLUSION

Based upon the arguments and authorities cited in this Objection, Plaintiffs' Samuel and

Diane Walker request this court to continue the litigation against Defendants  and allow the

scheduling and discovery processes to move forward.

Respectfully submitted,

Samuel M Walker                          signed under separate cover
Pro Se                                   Diane H Walker
POB 14085                                Pro Se
Colorado Springs, CO 80914               POB 59
703-674-8890 (cell)                      Florissant, CO 80816
                                         719-330-7325 ©

Exhibit A

# SIGN UP SHEET
# DOG SLED OPERATION
# 12/16/09

| NAME | TIME IN | TIME OUT | PHONE | ADDRESS |
|------|---------|----------|-------|---------|
| Erin Moynihan | 8:00 | | 719 687-1795 | Florissant, CO 80816 |
| Eileen Morris | 8:30 | | 719·837·2889 | 401 Oxford Pl. |
| Mary Columbi | | | 719 221 7777 | |
| Brian Whelan | | | 719-837-2252 | |
| Mark Stephenson | | | | |

COPY

*no dog of dog taken*

| Name | Phone # + Address | Time-in | Out |
|---|---|---|---|
| Savannah Evans ( adopted dog) | (719) 839-9360   mileage<br>P.O. Box 298   S: 101470<br>Fairplay 80440   E: 101667 | 8:45 | 4:57 |
| Sean LeBeau | (970) 485-2668<br>P.O. Box 1588<br>Fair Play CO, 80440 | 8:47 | |
| Dana Walker | 4740 CR 43<br>Bailey CO 80421 | 8:50 | |



Walker, Samuel 09CR90 Walker, Diane 09CR91
Discovery 1004                             001004



*Male Heeler*

*Exhibit C*

#95

292

| LOST / FOUND | X 2009 001744 |
|---|---|
| NAME: Sam/Diane Walker | DATE REPORTED: 12-14-09 |
| ADDRESS: 6000 FSR 108, Haetsel Co | UPDATED: 12-15-09 |
| PHONE: (H) 719-748-3930   (C) (O) 719-330-7325 | ADVISED RP TO CONTACT TMAC: ___ |

ANIMAL: DOG _X_ HORSE____ GOAT____ CAT____ OTHER____

DESCRIPTION (INCLUDE BREED, COLOR, SEX, NAME): *Male Heeler*
*Tri Color Tick mALe*

LOCATION: 6000 FSRD 108 Haetsel Co 80440

COLLAR: YES____ NO____ TYPE____ TAGS: YES____ NO____ TYPE____

OTHER INFORMATION/MEDICAL CONDITIONS: BCS - 1.5

*Male*

*Pikes Peak*

/M/S

Not listed on Inventory list

We had a female heeler

who only the

Walker, Samuel 09CR90 Walker, Diane 09CR91
Discovery 501





| LOST / FOUND | X 2009 001744 |
|---|---|
| NAME: Sam/Diane Walker. | DATE REPORTED: 12-14-09 |
| ADDRESS: 6000 FSR 108, Haetsel Co | UPDATED: 12-15-09 |
| PHONE: (H) 719-748-3930<br>(C) (O) 719-338-7325 | ADVISED RP TO CONTACT TMAC: ___ |

ANIMAL: DOG  X  HORSE_____  GOAT_____  CAT_____  OTHER_____

DESCRIPTION (INCLUDE BREED, COLOR, SEX, NAME):

Healer , F , Blue and tan w/Blk

LOCATION: 6000 FSRD 108 Haetsel Co 80440

COLLAR: YES____  NO____  TYPE____   TAGS:   YES____  NO____  TYPE____

OTHER INFORMATION/MEDICAL CONDITIONS: BCS — 2

AC

Walker, Samuel 09CR90 Walker, Diane 09CR91
Discovery 513

Hannah + Heeler — Exhibit E

2nd day

Sharon    3   (ATK)
Kathy     5          = 30 dogs 2nd day
IMHS     22 (Pikes Peak 10  AC 12)  ~~Fran~~ "Fran" 13 AC
                           Plus

3rd day

DDFL     35   (Boulder - 5  LM - 5)
Debra su  14  (Gary - 1, Dave + TC - 4 - Leadville - 4, Debra Su 5)
Brian     6
AC        6
TC        2
Tim       5
          68    + Heeler + Hannah = 70
                        Nelli

1st Day

Debra Su - 1
AC - 2 (Heeler + Hannah)

102

| | |
|---|---|
| BW | They should have just an entrance, it was just totally open entrance |
| SO | Yeah. |
| BW | No, no little hole and then both sides were busted in so the snow all came in, and it sat on top a frozen piece of snow. |
| SO | A Blue Heeler is a lot different than a Husky breed. |
| BW | Yeah. |
| SO | Absolutely, absolutely. |
| BW | Where is that little dog now? |
| SO | Um, that little dog, right now is, has been adopted. |
| BW | Cool. |
| SO | By um, someone, when we took it over and after she surrendered it, we got, we got that little, little girl adopted out. |
| BW | Yep, no, she's a cool little dog. |
| SO | Yes she is. |
| BW | I saw you guys carrying her around.  She was tiny, God. |
| SO | Yeah, she's very, very small.  Um, okay, let's see, um, so you, you just, for some clarification, you went home to get a camera to take pictures of the situation. |
| BW | My wife, argued me the exact words, she was mad at me cause she wasn't going to the mall. |
| SO | Okay. |
| BW | So she was calling me a coward.  So you don't want anybody to know that. |
| SO | Okay (laughter). |
| BW | She said, don't don't, but that's the exact words she said, then I got pissed, I was like, oh yeah?  Because I told her that, you know, why, as long as I knew she was on board for me to call, then I was okay to call.  I didn't want to start anything and have all this happen if she was going to be, you know, you know, I don't know what I was doing.  You know, I should of called back in October.  Somebody should have called.  Cause the dogs were still in bad shape back in October. |
| SO | Okay. |
| BW | So. |
| SO | Alright. |
| BW | Yeah. |
| SO | And I know Debra Sue had told us that she had fed the dogs for three weeks because Sam was out of town for three weeks? |

18

EXHIBIT
G

**PARK COUNTY SHERIFF'S OFFICE**
CONTINUATION SHEET

| | | Case Report Number |
| --- | --- | --- |
| | | **2009001744** |
| Initial Offense Classification | Subject | Date of Report |
| **Cruelty to Animals** | **Walker, Sam & Diane** | **01-11-2010** |

"Oliver" had blood drawn and Dr. Roasa stated that "Oliver" suffered from "anemia of chronic disease." This diagnosis was explained to me by Dr. Roasa as; dogs that are diagnosed with this typically suffer from starvation for a long period of time. This ailment takes weeks of proper care to show a change in the condition. I received a bill for Oliver's care in the amount of $247.00 (see attached). After "Oliver" was released from the clinic he was placed in foster care with Toni Phillips from Mariah's Promise in Divide, Colorado.

I spoke with Dr. Roasa and asked if he could sterilize a female dog known as "Fern" (this dog was named "Fran" by the Walkers). "Fern" was bonded by the Walkers and was recently turned over to Park County Animal Control. Dr. Roasa agreed to spay the dog. (see attached invoice and report). I also spoke with Dr. Roasa about spaying and neutering all the dogs that were retained by Park County Animal Control. He agreed to do the surgeries and vaccinations of approximately twenty dogs. I received an estimate on the costs of spaying and neutering from Dr. Roasa (see attached.) "Fern" was spayed and according to Dr. Roasa had some complications with the surgery, because she was still thin and not as healthy as he would like dogs to be at time of surgery. He aged "Fern" at approximately eight years of age. Debra Su stated previously the "Fern" was "Sparkles" mother. Dr. Roasa requested that the other Husky dogs gain some additional weight before any other sterilization surgeries are performed.

On January 05, 2010, I contacted all the shelters and received follow-up information on the dogs. Each shelter was asked how many dogs had been adopted out and how many dogs were still at the shelter. **Pikes Peak Humane Society in Colorado Springs, Colorado** reported that they had the four dogs that they took. The dogs are scheduled for spay and neuter surgery on January 11, 2010. After the surgery is complete and the dogs are recovered they will be placed in a program for socialization. **Teller County Regional Animal Shelter in Divide, Colorado** reported that they still had three of the four dogs they had taken. The dogs were still gaining weight and will be spayed and neutered in a week or two. One of the dogs, a white female Husky, had deformed back legs and x-rays were taken and surgery will take place at a later date. The dog adopted out was named "Homer" and he was placed just recently. **Mariah's Promise a shelter located in Divide, Colorado** still had eight of the Husky dogs, two females and six males. Two of the dogs from Mariah's Promise were adopted out "Sparkle" now named "Kira" was adopted by a man in Victor. Kira's sterilization surgery is scheduled with Dr. Vohls in Woodland Park January 11, 2010. I received a copy of this bill (see attached) in the amount of $121.00. Another female was adopted, named "Clarisse", to a person in Bailey, Colorado. The remaining eight dogs will be taken to Dr. Roasa, after some additional weight has been gained, to be spayed and neutered. All of these dogs will be wormed and vaccinated. The six Husky dogs taken to **Canon City Humane Society in Fremont County** are all reported as doing well. Three have been adopted out and three remain in the shelters care. They hope to have the other three adopted in the next week. The fourteen dogs that were taken to **Ark Valley Humane in Buena Vista, Colorado** by Brian Whelan and Park County Animal Control are also doing well. Three of the dogs are at Mountain Shadows Veterinary Hospital being boarded. Two have been adopted out and the remaining nine are being sterilized and adopted out as health permits. One of the dogs at AVHS was named "Chester". "Chester" was picked up by his original owners and taken back to Wyoming. They contacted me via email and stated they saw his picture on television and they wanted to get him back.

| Officer's Signature & Number | Supervisor's Initials & Date | Page _____ of _____ |
| --- | --- | --- |
| Sgt. B. Priestly #9522 | | |

Rev. 6/98
N

Form: PCSO-

**PARK COUNTY SHERIFF'S OFFICE**
CONTINUATION SHEET

| | | Case Report Number |
|---|---|---|
| | | **2009001744** |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animals** | **Walker, Sam & Diane** | **01-11-2010** |

**Leadville Shelter in Lake County** reported of the eight dogs they had received two have been adopted out and the other dogs have all been spayed and neutered. **Summit County Humane Society in Frisco, Colorado** reported that all four dogs were gaining weight and the dogs were spayed and neutered on January 05, 2010. Summit County had received approximately ten to fifteen inquires about the dogs. They had two males and two females. **Denver Dumb Friends in Denver, Colorado** kept twenty- five of the thirty-five Husky dogs transferred to them. DDFL stated that eleven of the dogs are still at the shelter preparing for adoption. The rest of the dogs were adopted out to good homes. **Longmont Animal Shelter, in Longmont, Colorado** took five Husky dogs from DDFL and reported that all five are scheduled for sterilization next week and then placed in the adoption program. **Boulder County Humane Society** took five Husky dogs from DDFL and they reported that all dogs have left the shelter. After all counts there are approximately 54 dogs remain at shelters. Almost half of the dogs have been placed in good homes.

On January 06, 2010 I contacted **Dave Kintz, the supervisor for Park County Road and Bridge,** to see if he would be willing to assist Animal Control in locating the deceased dogs on the Walker property located at 6000 Forest Service Road 108, Park County, Hartsel, Colorado. I advised Kintz that I would need a Backhoe to dig up and count the deceased dogs located in the pit that were seen on investigation and are still remaining on the property. According to several statements made by Debra Su it is possible that several dogs could be buried in that pit on the property.

In an interview with Debra Su Stephens and Brain Whelan on December 22, 2009 several statements were made regarding the deceased dogs located on the Walker property known as 6000 Forest Service Road 108, Hartsel, Colorado.

I first spoke with my original reporting party **(Brian Whelan)** regarding the case. Whelan stated that he had taken care of the dogs about four times approximately six to eight weeks ago. On Thursday, December 10, 2009, Sam Walker called Brian and asked him to watch his dogs. Brian called a party known as Debra Su Stephens on December 14, 2009 to ask how to get water to the dogs, and Debra Su stated, "It's not good, there are dead dogs out there, he really let them go this time." Brian said, " There were one hundred and thirty two or one hundred and thirty eight dogs on the property back in October." Debra Su told him she saw seven dead dogs in the pit. Brian said, "A dog named "Wally" was so skinny that when you pulled his skin off of his ribs you couldn't do it because he was so dehydrated." "Wally," is now dead in the pit." Brain stated, " About ten dogs looked to be in bad condition like "Wally" in October, and now about thirty to thirty five look like that."

I learned the following information when I also spoke with **Debra Su Stephens** about the dogs. Debra Su made the following statements: "In October, (Debra Su and Mark) had put some weight on all of Sam's dogs, except for some of the worse ones." Debra Su sent pictures of some of these dogs to my email. When Debra Su and Mark went to Sam's property in October of 2009, all of the dogs had real tight skin and a nasty coat from dehydration. Debra Su said, "When I went on Monday (December 14, 2009) and saw about one quarter of the chains empty I went looking and I thought, what did he do."

| Officer's Signature & Number | Supervisor's Initials & Date | | |
|---|---|---|---|
| Sgt. B. Priestly #9622 | | Page ____ of ____ |

Rev. 6/98
N

Form: PCSO-

**PARK COUNTY SHERIFF'S OFFICE**
CONTINUATION SHEET

| | | Case Report Number |
|---|---|---|
| | | **2009001744** |

| Initial Offense Classification | Subject | Date of Report |
|---|---|---|
| **Cruelty to Animals** | **Walker, Samuel &Diane** | **12-15-2009** |

When Diane returned with Thompson, Diane stated that Sam and she had decided to surrender ownership of ninety-eight dogs to the Sheriff's Office. Diane wanted to bond two dogs and Corporal Hardey completed the Surrender Form as well as the completed 1 Financial Bond Information for the two dogs said to be "Sparkle" and "Fran" (see Corporal Hardey's report for details). I advised Diane that we would get an amended warrant to return to the property on December 17, 2009. Diane stated that would not be necessary, as she would allow us access to the property. I requested that she complete A Consent to Search Document (see attached), which she did.

While exiting the property I stopped and spoke with Diane near Euphula Trail and Park County Road 53. Diane became emotional and started to cry. I told her that the condition of the dogs was deplorable and that the dogs were deprived of food and water. The body conditions on the dogs were bad and only a few were in what would be acceptable condition. I told her she was more than welcome to return tomorrow when we finished impounding the remaining dogs. Diane advised me that she had one dog at her residence in Florissant named "Blondie" and she was missing an eye. She stated she had taken the dog to Dr. Wright and she was under veterinarian care. Diane also stated she had a couple of cats at her residence too. She wanted me to talk with Sam and we did try to call but we were unable to get a hold of him at that time. After we separated she was ahead of me in her car. She stopped and I went to pass her and she flashed her lights at me. I stopped and she had Sam on the telephone. I only spoke with Sam for a couple of minutes and asked that he call me in the morning as I had a lot of things to tie up before I went home. Sam agreed and I left.

After arriving back at the Sheriff's Office in Fairplay, we were met by the media. Channel 9 News from Denver wanted to get a photograph of the dog in my truck. I received a telephone call from Diana Whitlock who had stated that she had placed nine dogs in our kennel in Bailey and ten dogs were dropped off at Pikes Peak Humane Society in Colorado Springs.

I left the Sheriff's Office and responded to 52 Falcon Road to speak with Debra Su and Mark Stephens. Debra Su was very emotional regarding the whole situation and deeply concerned for the dogs on the Walker property. Debra Su made several statements while I was at her residence.

Debra Su stated:

- She has known the Walkers for several years.
- When they moved to the Hartsel area Sam had asked her to feed and care for his dogs on a couple of occasions.
- She worked with Sam and helped him August 2008 to April 2009 off and on.
- He went out of town for a three-week period and she fed and watered the Walker dogs every day between October19, 2009 and November 06, 2009.
- Diane refused to take care of the dogs so Sam relied on them.
- She had heard that the property was in foreclosure and they were behind $35,000.00 in payments.
- Diane had received $10,000.00 from her uncle but had gambled it all away in Cripple Creek.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| Sgt. B. Priestly #9522 | | Page 17 of 24 |

Rev. 6/98
N

Form: PCSO-

# PARK COUNTY SHERIFF'S OFFICE
## CONSENT TO SEARCH

I, _Diane Walker_____, HEREBY GRANT MY CONSENT TO

     (Print Name)

_Park County Animal Control_ OFFICERS OF THE _PCSO_____

_____ TO SEARCH THE VEHICLE, BUILDING OR PROPERTY DESCRIBED BELOW, INCLUDING ALL COMPARTMENTS, TRUNK, GLOVEBOX, LUGGAGE, CONTAINERS, AND THE CONTENTS OF ALL.

_____ _6000   FSR 108   Hartsel_____

     (Description of Vehicle, Building, or Property to be searched)

I UNDERSTAND THAT I HAVE THE RIGHT TO REFUSE TO CONSENT TO THE SEARCH DESCRIBED ABOVE AND TO REFUSE TO SIGN THIS FORM. I FURTHER STATE THAT NO PROMISES, THREATS, FORCE, PHYSICAL OR MENTAL COERCION OF ANY KIND WHATSOEVER HAVE BEEN USED AGAINST ME TO GET ME TO CONSENT TO THE SEARCH DESCRIBED ABOVE OR TO SIGN THIS FORM.

DATE _12-17-08_  TIME _10:30 AM_      _Diane A Walker_____

                                                  Occupant

_____       _____

     Officer                                           Second Occupant (if any)

## SPANISH CONSENT

YO, _____, POR MEDIO DEL PRESENTE DOY MI CONSENTIMIENTO A _____ LOS OFICIALES DE LA _____ _____ PARA QUE REGISTREN EL SIGUIENTE VEHICULO, DE LA CASA, INCLUYENDO EQUIPAJE, PAQUETES DE TODAS CLASES Y SUS CONTENIDOS.

_____

     Vehiculo, Propiedad

ENTIENDO QUE TENGO EL DERECHO DE NEGARMA A CONSENTIR QUE SE REGISTRE LO QUE SE DESCRIBE AQUI ARRIBA Y NEGARME A FIRMAR ESTA FORMA. ADEMAS DECLARO QUE NINGUNA PROMESA, AMENAZA, FUERZA, O COERCION FISIA O MENTAL DE CUALQUIERA CLASE SE HA USADO EN CONTRA MIA MIA PARA OBLIGARME A CONSENTIR AL REGISTRO AQUI DESCRITO O PARA FIRMA ESTA FORMA.

FECHA _____  HORA _____     _____

                                                  FIRMA DE LA PERSONA QUE CONSIENTE

_____      _____

     Los Oficiale                                         DOS FIRMA DE LA PERSONA QUE CONSIENTE

Rev 10/98                                                      Form: PCSO-CS

Walker, Samuel 09CR90 Walker, Diane 09CR91
Discovery 313

| | |
|---|---|
| DS | Let me, let me clarify that.  A lot of people are having issues with how he disposed of them.  It is winter, I don't have an issue with that at all. |
| SO | Right.  Well and I don't have an issue that either, but I…. |
| DS | If you go down farther, I'm pretty sure you'll find more. |
| SO | Okay. |
| SO2 | Up that ravine, further? |
| DS | No, right in that… |
| SO | Just right where they're at, just down…? |
| DS | Well last year's dog, dog, both dogs that he had lost, or, previous, previous to last year were up farther, so those are like way dead and gone for a long time, and buried over with dirt. |
| SO | Okay. |
| DS | But last year, I don't know of any dogs he lost, cause we were up there helping him and training with him and running dogs, and we'd go up there every, every couple weeks. |
| SO | Would you venture to guess how many dogs are in that pit? |
| DS | Well as Orion and Mark's math goes, they figure he loses between 20 and 30 year. |
| SO | Okay, so. |
| DS | Times 5.  You tell me. |
| SO | So he loses, according to their math, and you guys would know, I mean, that's kind of, cause we were talking about, he also has like what, 25 to 30 puppies a year? |
| DS | That's what, that's what Orion says independently of Mark, and we were going, and I hadn't even thought of it, you know but, I didn't see any up there last year. |
| SO | Okay. |
| DS | At all.  I didn't see any in there.  And I go check. |
| SO | Okay. |
| DS | I know which dogs are who, more than, obviously more than his wife does. |
| SO | Okay, okay.  Now can you tell me about Angel?  I have the vet aging Angel at 5. |
| DS | I don't know her. |
| SO | She's the white one that died, that night. |
| DS | Really?  Now I don't, that's a Cartwright dog also. |
| SO | Who's Cartwright? |

10

# PARK COUNTY SHERIFF'S OFFICE
## CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number |
|---|---|---|
| | | **2009001744** |
| **Cruelty to Animals** | **Samuel and Diane Walker** | Date of Report **1/13/10** |

On January 12, 2010, at approximately 5:00 PM, I received a call at my residence from Sergeant B. Priestly who stated that she had completed a second search warrant for the Walker's dog sled compound at 6000 Forest Service Road 108, Hartsel, Park County, Colorado. She stated that we would be going there first thing tomorrow morning to dig up the area known as the "pit" that allegedly contained multiple deceased dogs.

On January 13, 2010, at approximately 7:30 AM, I met with Sergeant B. Priestly, Corporal Detective Amy Franck, and Corporal Cindy Hardey at the Park County Sheriff's Office. We then all drove to Hartsel, where Sergeant B. Priestly waited for Teller County Animal Control Officer Cheri France. The rest of us went ahead to meet with two members from Park County Road and Bridge. While en route to the property, Sgt. B. Priestly stated to Park County Dispatch over the radio that she had tried to contact Samuel and Diane Walker to inform them of the search warrant, however their telephone just rings with no answer or voicemail.

We met with two men from the Road and Bridge Department with a large backhoe to dig through the frozen ground. As authorities approached the property, Corporal Detective Amy Franck posted the warrant on the entrance gate. We immediately noticed that the gate had been locked with a chain. Corporal Detective A. Franck picked the lock and everyone entered the facility.

As we approached the area known as the "pit" I noticed that there were no dogs in it. I asked Sergeant B. Priestly if Samuel had removed the deceased dogs, and she stated that she did not know, but it appeared the ground had been recently dug up. Corporal Hardey, Officer C. France and I began to dig up the ground. After a very short time, we all began finding deceased animals both inside and outside of dog food bags. The ground was frozen, however we were able to dig our four deceased dogs and one deceased cat from the shallow and recently dug grave. These dogs were identified as the same dogs seen on the last visit to the Walker Property, just thrown on top of the dirt in the pit. We photographed each animal both inside the pit and place in a white plastic bag outside of the pit. These photographs were identified with yellow placards listed from A to Z ending at AK. (see attached photographs).

Once we removed the dogs that we could with only shovels, we had the men from Road and Bridge begin digging with the backhoe. We uncovered several more dog food bags containing more deceased dogs that were farther along in the decomposition process. We dug approximately six feet deep, and continued to move up the ravine towards the fence line. As we continued we began finding only bones, skulls, femurs, and ribs. We also uncovered what appeared to be the skull of a goat or something like that. All of these findings were photographed and marked. (see Sergeant B. Priestly's report.) Once the entire ravine was dug, in total, we uncovered approximately thirty-five deceased dogs.

| Officer's Signature & Number | Supervisor's Initials & Date | |
|---|---|---|
| R. Bramlett  9531 | | Page ____ of ____ |

Rev. 6/98
N

Form: PCSO-



**HADDON MORGAN FOREMAN**

Haddon, Morgan and Foreman, p.c.
Pamela Robillard Mackey

150 East 10th Avenue
Denver, Colorado 80203
PH 303 831 7364   CL 303 888 6111
pmackey@hmflaw.com

March 1, 2010

**VIA FACSIMILE**

Katie O'Brien, Esq.
Office of the District Attorney
310 4th Street
Fairplay, CO 80440

Re:   *People v. Sam Walker*, Case No. 09 CR 90

Dear Ms. O'Brien:

First, thank you for continuing the first court appearance and waiving the appearance of my client. It was very considerate of you and I appreciate it.

Secondly, I want to bring to your attention that my client is missing property from his kennel. After the execution of the search warrant on his property, my client received an "evidence report" from the Park County Sheriff's Office, dated December 17, 2009. It listed the following property as having been seized by law enforcement:

1. Two female huskies (one older, grey/white and one white/grey daughter);
2. Eleven bags of wood shavings; and
3. Three bags of dog food.

Indeed the foregoing were not on my client's property when he returned after the execution of the search warrant on December 20, 2009. Additionally, my client discovered that there were many other items missing. The items he identified as missing on December 20, 2010 are as follows:

1. Six Hundred (600) pounds of dog food (200 pounds of "Exceed and 400 pounds of "Members Mark High Performance");
2. Twelve dog collars (red and blue);
3. Twenty brass snaps;
4. Twenty links;
5. Five cans spray paint;
6. Ten five gallon buckets; and
7. Ten five gallon bucket lids.

Additionally, several deceased dogs were also gone from the property.

My client notified Officer Priestly regarding the missing items and requested an accounting of the missing property as listed above.

Walker, Samuel 09CR90 Walker, Diane 09CR91
Discovery 1070

001070

Katie O'Brien, Esq.
March 1, 2010
Page 2

On January 4, 2010, Officer Hardey returned items that she informed my client had been obtained from Mark and Debra Su Stephens and Mr. Whelan. My client was informed that these individuals had taken the property from his kennel at an unknown time. These items, that were returned, are as follows:

1. Five 2 gallon water buckets;
2. Two dual-dog walk webbed links;
3. Four 6' tie-out chains;
4. Nine brass/steel snaps;
5. Five metal food dishes;
6. Two black rubber food dishes;
7. One red dog collar; and
8. Five cans of spray paint.

The foregoing raises several concerns.

First and most importantly, when the search warrant was executed there should have been nearly 600 pounds of dog food at the kennel. My client had stocked 1000 pounds of dog food at the kennel on Sunday, December 13, 2009. Assuming the caretakers, Mark and Debra Su Stephens and Brian Whelan were feeding as requested, that is 100 pounds a day, there should have been at least 600 pounds still at the kennel at the time of the search warrant on December 17, 2009. We would like to know if the food was there and simply omitted from the evidence report received by my client, or if the food was missing before the execution of the search warrant. Of course, if law enforcement took the dog food, we would expect that it was fed to the dogs. If that is the case, we request written confirmation of that.

Secondly, my client would like the missing items detailed above returned to him. Once again, we would like to know if the items were seized by law enforcement and simply not recorded or if they were stolen by someone else. It appears at a minimum, given the fact that Officer Hardey was able to secure some stolen property from the Stephens and Mr. Whelan, that the scene was not properly secured. Perhaps law enforcement, if not in possession of the missing items, could deduce who stole the items and have them returned to my client.

Your attention to the foregoing is much appreciated.

Sincerely,

*Pamela Robillard Mackey*
Pamela Robillard Mackey

/PRM

## PARK COUNTY SHERIFF'S OFFICE
### CONTINUATION SHEET

| Initial Offense Classification | Subject | Case Report Number |
|---|---|---|
| **Cruelty to Animals** | **Walker, Samuel &Diane** | **2009001744** |
| | | Date of Report |
| | | **12-15-2009** |

Officer Bramlett and Corporal Hardey loaded the remaining dogs at our kennel and met me in Lake George. We arrived at Mariah's Promise and left five dogs to be fostered at that kennel. We met Officer Trixie Hudspeth and responded to Colorado Springs. Once we arrived at Pikes Peak Humane Society we transported six dogs. Arrangements were made that if for any reason they were unable to keep the remaining four dogs that they would call and we would come and get them.

We responded back to the Teller County Regional Animal Shelter and left two younger dogs with them. TCRAS now had a total of four dogs from the seizure. Two dogs were transported to Mariah's Promise to foster. The last dog a male white colored Husky, whom we believed to be Iceman, was taken to Fairplay to met Orien. When Officer Bramlett met Orien, we discovered that this was not Iceman. This dog, later named "Cho", was housed at animal control. We researched the documents and found that Iceman was transported to Summit County Humane Society and Orien was advised that he could make arrangements with Summit to get Iceman.

On December 21, 2009 Corporal Hardey transported the dog-named "Cho" to Park County Animal Hospital to be checked by a veterinarian (see Corporal Hardey's report). At approximately 7:54 AM I received a call on my cellular telephone from Sam Walker. Walker stated that he found the evidence sheet left at the property and wanted to know if we took any other items. I advised Sam that we only took the items on the sheet. Sam stated he was missing tubs, chains, spray paint and food. He advised me that if we did not remove these items than he knew who did and he wanted charges filed for theft. I told Sam that we would look into the complaint and let him know or I would have a deputy call him.

I called Whelan at approximately 12:30 pm and asked if he had taken any of the items from the property that Sam had mentioned. Whelan stated that he had taken some old buckets, dog food and some chains. Whelan stated that he had taken the items to care for the dogs while they were at his house. He agreed to return all items to me on December 22, 2009. I also spoke with Debra Su and she stated that the things she took were to care for the dogs she fostered and she would return them to me as well. I spoke with Sergeant Brown about the theft complaint and he stated that there was no intent and as long as the items were returned to the Walkers he would not charge Whelan or Stephens with theft.

I received a call from Officer Hudspeth from Teller County and she asked if I received the email from Sheriff Dortherty (see attached) regarding the dogs at the Walkers residence in Teller County. I advised her I looked at it briefly and if she needed me to fax a copy of our search warrant affidavit I would. She stated that had received a call about the Walkers' animals in Florissant and that she was asked to get a search warrant to do a welfare check. (see Teller County's Report) Officer Hudspeth stated she would complete the warrant and respond to the Walkers residence on December 22, 2009.

| Officer's Signature & Number | | Supervisor's Initials & Date | | |
|---|---|---|---|---|
| Sgt. B. Priestly #9522 | | | Page 21 of 21 | |
| Rev. 6/98 N | | | | Form: PCSO- |

## CERTIFICATE OF SERVICE

       This is to certify that I have duly served the Objections to Magistrate Judge's findings and recommendations to the court and defense counsel upon all parties or representing attorneys herein by depositing of same in the United States mail, first-class postage prepaid, at _____, Colorado, this 14th day of September 2012 addressed as follows:

*Colorado Springs*

*Nancy Sease*

Name: NANCY SEASE
Address: 1426 Thompson St
LIMON CO 80828

Tim Shimberg,
*1640 Grant St*
Denver, CO 80203

US District Court
901 19th St, Rm A-105
Denver, CO 80294-3589