IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–03238–PAB–KMT

SAMUEL M WALKER, and
DIANE H WALKER,

    Plaintiffs,

v.

FRED WEGENER,
BOBBY PRIESTLY,
CINDY HARDEY,
REBECCA BRAMLETT,
AMY FRANCK,
JUAN GALLEGOS,
DEPT SGT BROWN,
PARK COUNTY, and
PARK COUNTY COMMISSIONERS,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on the Order Granting the Park County Defendants' Motion to Stay. (Doc. No. 31, filed March 15, 2012). In that order, the court directed the parties to file a joint status report within ten days of a ruling on the motions to dismiss, if any portion of the case remained pending, to advise if the Scheduling Conference should be reset. Although well over ten days have passed since Defendants' motions to dismiss were granted in part and denied in part (*see* Doc. No. 46, filed Sept. 24, 2012), the parties have not filed a joint status report pursuant to the court's order. Accordingly, no later than **October 26, 2012,** the parties shall file a joint status report advising whether the stay entered in this action should be lifted and whether the Scheduling Conference should be reset.

Dated: October 18, 2012