**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.      11-CV-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
DEP. SGT. BROWN, individual and official capacity
PARK COUNTY
PARK COUNTY COMMISSIONERS
ATTORNEY GENERAL, COLORADO, official capacity
COURT CLERK, individual and official capacity

Defendants.

**PARK COUNTY DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

Defendants, Fred Wegener, Bobby (sic) Priestly, Cindy Hardey, Rebecca Bramlett, Amy Franck, Juan Gallegos, Dep. Sgt. Brown, Park County, and Park County Commissioners, by and through Timothy P. Schimberg and Andrew R. McLetchie of Fowler, Schimberg & Flanagan, P.C., hereby submit this Motion for an Extension of Time to File a Motion for Summary Judgment:

1.      D.C.COLO.LCivR 7.1(a) Certification:   *Pro se* Plaintiff Diane Walker has indicated Plaintiffs are unopposed to this Motion.

2. D.C.COLO.LCivR 6.1(e) Certification: As is reflected in the certificate of service, this motion has been served on undersigned counsel's clients.

3. On September 24, 2012, this Court entered an Order adopting the Magistrate Judge's Recommendation and permitting the remaining Defendants to file a motion for summary judgment regarding Plaintiffs' sole remaining claim for relief within 30 days. As such, the Motion for Summary Judgment is due on or before October 24, 2012.

4. Defendants request a one day extension of time until October 25, 2012.

5. The reason for this requested extension is that undersigned counsel has been preparing for a three week arbitration set to commence October 29, 2012, and did not have time to proof read and complete the brief today.

6. A motion for an extension can be granted for cause shown under Fed.R.Civ.P. 6(b). For all of the foregoing reasons, there is good cause for this requested extension.

**WHEREFORE**, Defendants request that the Court grant Defendants a one day extension of time to file their Motion for Summary Judgment.

Respectfully submitted this 24th day of October, 2012.

                                            s/Andrew McLetchie
                                            Timothy P. Schimberg
                                            Andrew R. McLetchie

                                            FOWLER, SCHIMBERG & FLANAGAN, P.C.
                                            1640 Grant Street, Suite 150
                                            Denver, Colorado 80203
                                            (303) 298-8603

                                            ATTORNEYS FOR PARK COUNTY
                                            DEFENDANTS

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 24th day of October, 2012, I caused a true and correct copy of the foregoing **PARK COUNTY DEFENDANTS' COMBINED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS AND TO RESPOND TO MOTION TO AMEND** to be filed via the ECF system, with notice of same being electronically served to the following:

| | |
|---|---|
| Herbert C. (Lee) Phillips, Esq.<br>Park County Attorney<br>Hayes, Phillips, Hoffman & Carberry, P.C.<br>P.O. Box 1046<br>675 Main Street<br>Fairplay, CO 80440 | Kathleen L. Spalding, Esq.<br>Senior Assistant Attorney General<br>Office of the Attorney General<br>1525 Sherman Street, 7th Floor<br>Denver, CO 80203 |

  Transmitted via email and First Class U.S. Mail on October 25, 2012, proper postage prepaid, to the following:

Samuel M. Walker
Diane H. Walker
P.O. Box 59
Florissant, CO 80816
elksky@gmail.com
reddog0918@yahoo.com
***Pro Se* Plaintiffs**

Fred Wegener
E-mail:  fwegener@parkco.us

Bobby Jo Priestly
E-mail:  bpriestly@parkco.us

Cindy Hardey
E-mail:  chardey@parkco.us

Rebecca Bramlett
E-mail:  rbramlett@parkco.us

Deputy Sgt. Mike Brown
E-mail:  mbrown@parkco.us

Amy Franck
Retired Corporal
P.O. Box 75
Rowley, IA 52329

Juan Gallegos
28 Pine Dale Lane
Durango, CO 81303

            **s/Andrea R. Hunter, C.P.**
            _____