**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.     11-CV-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,


v.


FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
DEP. SGT. BROWN, individual and official capacity
PARK COUNTY
PARK COUNTY COMMISSIONERS
ATTORNEY GENERAL, COLORADO, official capacity
COURT CLERK, individual and official capacity

Defendants.

---

**ORDER RE: PARK COUNTY DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

---

    **BEFORE ME IS** Defendants, Fred Wegener, Bobby (sic) Priestly, Cindy Hardey, Rebecca Bramlett, Amy Franck, Juan Gallegos, Dep. Sgt. Brown, Park County, and Park County Commissioners' Unopposed Motion for an Extension of Time to File a Motion for Summary Judgment.  The Motion is hereby granted.  Defendants shall file their Motion for Summary Judgment on October 25, 2012.

Dated: _____

                                          **BY THE COURT:**

                                          _____

                                          **UNITED STATES DISTRICT COURT JUDGE**