IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03238-PAB-KMT

SAMUEL M. WALKER and
DIANE H. WALKER,

    Plaintiffs,

v.

FRED WEGENER, individual and official capacity, et al.,

    Defendants.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on the Park County Defendants' Unopposed Motion for an Extension of Time to File a Motion for Summary Judgment [Docket No. 49], wherein the Park County defendants seek an extension of time to file a summary judgment motion.  The motion was due on October 24, 2012.  The Park County defendants cite Fed. R. Civ. P. 6(b) as authority for their motion for an extension of time, claiming good cause because their attorney was busy with another matter and "did not have time to proof read and complete the brief today."  Docket No. 49 at 2.  However, in making their motion, the Park County defendants ignore the Court's Practice Standards, which state that the "following reasons do **not** constitute good cause: agreement of counsel, inconvenience to counsel or to the parties; the press of business."  Practice Standards (Civil cases), Judge Philip A. Brimmer § I.G.1 (emphasis in original).  Moreover, Practice Standard 1.G.2 states that "[a]ny motion for extension of time shall be filed no later than **three** business days before the date the motion . . . is due" (emphasis in original).

    Practice Standard I.A.5 requires that attorneys appearing before the Court must be familiar with the Court's Practice Standards.  The Park County defendants' motion for extension of time seems to demonstrate a lack of familiarity with such Practice Standards.  Wherefore, it is

    ORDERED that, on or before October 29, 2012, the Park County defendants shall supplement their motion for extension of time indicating why they have failed to follow the Court's Practice Standards and whether they have shown good cause for an extension of time.

    DATED October 25, 2012.