IN THE COMBINED COURTS
COUNTY OF PARK
STATE OF COLORADO                                                           SEARCH WARRANT

THE PEOPLE OF THE STATE OF COLORADO

TO:   THE SHERIFF, UNDERSHERIFF, DEPUTY SHERIFF, AND ALL LAW ENFORCEMENT OFFICERS AUTHORIZED TO EXECUTE SEARCH WARRANTS IN THE STATE OF COLORADO, GREETINGS:

WHEREAS, Park County Animal Control Sergeant B. Priestly, has made an affidavit and complaint for the issuance of a search warrant.

The property known as: Tl4 R74 S32 SE4; W2SW4SE4, S2NW4NE4, N2SW4NE4, SE4NW4, S2NE4NW4, E2E2SW4; 32-14-74; R606908 TR04: Also known as, 6000 Forest Service Road 108, Park County, Colorado 80449.

AND WHEREAS, the affidavit of the applicant seems proper and it appears that probable cause exists for the issuance of a Search Warrant for the reason or reasons marked below:

The property to be searched for and seized if found is:
- ( )   Stolen or Embezzled OR
- ( )   Designed or intended for use or which is or has been used as a means of committing a criminal offense or the possession of which is illegal, OR
- (X)   Would be material evidence in a subsequent criminal prosecution.

WE THEREFORE COMMAND YOU, with the necessary and proper assistance to enter and search:

And you will search for: Six deceased dogs of Husky descent that are located in a ravine on the property. The carcasses will be removed and sent for Necropsy.

And if the same or any part thereof is found, that you seize the goods and things found and safely keep them until further order of this Court or until they are admitted into any criminal proceedings by a Court of this State; and that you further file a report with this Court inventorying the goods and things which were seized or reporting that nothing was so found and seized.

Done this 11th day of January 2010.

BY THE COURT

JUDGE Stephen A. Groome
Dist. Ct. Judge

EXHIBIT A

000733