| STATE OF COLORADO | ) | |
|---|---|---|
| | ) | AFFIDAVIT FOR |
| COUNTY OF PARK | ) | A SEARCH WARRANT |

In support of the issuance of a SEARCH WARRANT to search:

The property known as T14 R74 S32 SE4; W2SW4SE4, S2NW4NE4, N2SW4NE4, SE4NW4, S2NE4NW4, E2E2SW4; 32-14-74; R606908 TR04: Also known as, 6000 Forest Service Road 108, Park County, Colorado 80449, belonging to

Samuel M. Walker (09-21-1947)

And

Diane H. Walker (09-18-1957)

I, Park County Animal Sergeant B. Priestly, am an Animal Control Officer for the Park County Sheriff's Office, and have been employed with this office since 2002. I have been an Animal Control officer for over 8 years, and have over 4000 hours as a Commissioned Agent with the State of Colorado. I, Animal Control Sergeant B. Priestly, being duly sworn upon oath, swear that the following facts are true and correct to the best of my knowledge.

On December 15, 2009, at approximately 1:35PM in Park County, Colorado, I received a call from the National Humane Society reference Sam and Diane Walker's sled dogs, located at 6000 Forest Service Road 108, Park County, Colorado 80449.

I was told that there were several dead dogs in a pit and several emaciated dogs that needed to be looked at. At approximately 2:30PM Sheriff F. Wegener, Animal Control Corp. C. Hardey and I responded to 6000 Forest Service Road 108. Upon arrival I observed several different breeds of dog. There were four different sections, with six different kennel sections.

The bottom left section is all male-mixed breed, the top left section is male/female mixed breed, appearing to be older dogs. The top right section is all male-mixed breed and the bottom right section had all females mixed breed. The kennels contained also mixed-breed puppies/yearlings. All animals had no food, and water that was frozen.

Sheriff F. Wegener and I observed a pit to the left of the top left section, with several deceased dogs in dog food bags. There were several empty doghouses that at one point housed dogs. Sam and Diane Walker had one hundred and twenty nine dogs, and after counting the dogs, Walker only had ninety-four dogs remaining. After visually examining the dogs, I decided to take custody of the dogs I felt would not survive the night. I put a female mix-breed that scored under a (1) in the Henneke Body Condition Scoring Technique, and a male Australian Cattle Dog puppy in the back of Corp. C. Hardey's truck. The remaining dogs scored a (1), and under a (2.5) in the Henneke Body Condition Scoring Technique.

On December 16, 2009 and December 17, 2009 authorities removed a total of one hundred and two dogs that were underweight and malnourished. While at the property on December 16, 2009 I counted a total of seven deceased dogs in a ravine located on the Walker property. One of theses dogs was removed on December 16, 2009 and taken to a Mountain Shadows Veterinary Hospital for a Necropsy (animal autopsy). The preliminary results of the Necropsy indicated that the dog suffered and died from starvation with complications of Pneumonia. I did not remove the remaining six deceased Husky dogs at that time due to the amount of live dogs that needed to be removed and taken care of.

EXHIBIT C

0734

On December 22, 2009 I spoke with my original reporting party (Brian Whelan) regarding the case. Whalen made several statements regarding the deceased dogs located on the Walker property. Whelan stated that he had taken care of the dogs about four times approximately six to eight weeks ago. On Thursday, December 10, 2009, Sam Walker called Brian and asked him to watch his dogs. Brian called a party known as Debra Su Stephens on December 14, 2009 to ask how to get water to the dogs, and Debra Su stated, "It's not good, there are dead dogs out there, he really let them go this time." Brian said, " There were one hundred and thirty two or one hundred and thirty eight dogs on the property back in October." Debra Su told him she saw seven dead dogs in the pit. Brian said, "A dog named "Wally" was so skinny that when you pulled his skin off of his ribs you couldn't do it because he was so dehydrated." "Wally," is now dead in the pit." Brain stated, " About ten dogs looked to be in bad condition like "Wally" in October, and now about thirty to thirty five look like that."

On December 22, 2009, I also spoke with Debra Su Stephens about the dogs. Debra Su made the following statements: "In October, (Debra Su and Mark) had gotten weight on all of Sam's dogs, except for some of the worse ones." Debra Su sent pictures of some of these dogs to my email. When Debra Su and Mark went to Sam's property in October of 2009, all of the dogs had real tight skin and a nasty coat from dehydration. Debra Su said, "When I went on Monday (December 14, 2009) and saw about one quarter of the chains empty I went looking and I thought, what did he do." The most dogs she has seen on the property was one hundred thirty one dogs in September. Sam and Debra Su counted the dogs together. "Sam had two dogs put down, Mama Dog and Bullet because they had tumors." "The dogs that are in the pit are; one old Cartwright male that is white, Connie, Wally, and Viper." "Wally and Connie were the dogs stuffed into dog food bags." Sam told Debra Su that he took Connie home and she died. "Connie was four or five years old." "The Cartwright dog was about seven or eight years old." "Wally was three years old." "Viper was five years old." All of these dogs were alive when Debra Su and Orion Palement were out at the property in October and they were still alive on November 14, 2009 when Debra Su went out to the property. "Orion and Mark figure that Sam loses about twenty to thirty dogs a year."

The deceased dogs that are in the "pit" are all adult dogs and weight approximately twenty-five to thirty pounds each. An adult Husky should weigh between fifty to seventy pounds if in good health. The size of these deceased dogs would indicate that they were malnourished and extremely underweight.

Based on the information received from Brian and Debra Su it is possible that the remaining six dogs in the pit have suffered and died from starvation or neglect. While at the property on December 15, 2009 I did not observe any fresh snow on the dog food bags that were in the pit. That could indicate that the dogs died very recently. Three of the dead dogs in the pit were seen alive by two separate people as late as November 14, 2009. The fact that all the live dogs have been taken care of and placed in shelters for proper care and the holiday season is over Animal Control requests permission to search the property and remove six deceased dogs.

Based on my training and experience I believe the deceased six Husky dogs located at the Walker's property stated above could have suffered from neglect pursuant to CRS 18-9-202 Cruelty to Animals, which describes this offense as: "If he or she knowingly, recklessly or with criminal negligence overdrives, overloads, overworks, torments, deprives of necessary sustenance, unnecessarily or cruelly beats, allows to be housed in a manner that results in chronic or repeated serious physical harm, carries or confines in or upon any vehicle in a cruel or reckless manner, or causes or procures it to be done, or, having the charger or procures it to be done, or having the charge or custody of any animal, fails to provide it with proper food, drink, or protection from the weather consistent with the species, breed, and type of animal involved, or abandons an animal." I request permission to enter said property and remove the six carcasses from the pit and document and photograph any other deceased animals that could be found under the six dogs. The deceased dogs will be taken to a veterinarian for a Necropsy, which may determine cause of death and approximate date of death.

THEREFORE, your affiant respectfully requests a search warrant be issued to search the above described location for the following: Six deceased Husky descent dogs located in a ravine at 6000 Forest Service 108, Park County, Hartsel, Colorado 80449.

The property to be searched for, and seized if found, is:
    ( )    Stolen or embezzled OR
    ( )    Designed or intended for use, or which is or has been used as a means of committing a criminal offense, or the possession of which is illegal, OR
    (X)    Would be material evidence in a subsequent criminal prosecution.

Further affiant sayeth naught.

_____
AFFIANT

Subscribed and sworn to before me this 11th day of January, 2010.

_____
JUDGE  Stephen A. Groome
       Dist. Ct. Judge

090736

STATE OF COLORADO )
                  ) ss.
COUNTY OF PARK    )

RETURN AND INVENTORY

The undersigned officer, being sworn, says:

On the 13th day of January, 2010, I duly executed the within Search Warrant by taking into my possession from the person or at the place named in said Warrant certain property, and the following is a true, complete and correct inventory of the property so taken:

**See Attached Inventory**

I further certify that said inventory was made by me in the presence of Sergeant Bobbi Priestly (**Park County Sheriffs Office**).

_____
Signature of Officer

Subscribed and sworn to before me on _____, 200_.

_____          _____
Notary Public                     (Deputy) Clerk of the Court

My commission expires: _____

The inventory shall be made in the presence of the applicant for the warrant and the person from whose possession or premises the property was taken, if they are present, or in the presence of at least one credible person other than the applicant for the warrant or the person from whose possession or premises the property was taken.

050787