# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.       11-cv-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
SGT. BROWN, individual and official capacity
PARK COUNTY
JOHN TIGHE, individual and official capacity
DICK HODGES, individual and official capacity
MARK DOWALIBY, individual and official capacity
PARK COUNTY COMMISSIONERS
JOHN SUTHERS, individual and official capacity
DEBRA MCLIMANS, individual and official capacity

Defendants.

## JOINT STATUS REPORT

The parties, by and through the undersigned, hereby submit this Joint Status Report pursuant to the Court's order dated March 15, 2012 and in support thereof state as follows:

1.     In the Court's Order adopting the Magistrate Judge's Recommendation, the Court, *sua sponte*, granted the remaining Defendants leave to file a Motion for Summary Judgment concerning the sole remaining claim for relief within thirty (30) days.

2

        2.        Pursuant to that Order, Defendants will be filing a Motion for Summary Judgment on or before October 24, 2012.

        3.        The parties agree that the stay should remain in effect pending the Court's resolution of Defendants' Motion for Summary Judgment.

Respectfully submitted this 26th day of October, 2012.

*(Original signature on file at the office of Fowler, Schimberg & Flanagan, P.C.)*

s/Andrew R. McLetchie
Timothy P. Schimberg
Andrew R. McLetchie

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEYS FOR PARK COUNTY
DEFENDANTS


*(Original signature on file by Pro Se Plaintiff)*

s/Samuel M. Walker
Samuel M. Walker
*PRO SE* PLAINTIFF


*(Original signature on file at the office of Fowler, Schimberg & Flanagan, P.C.)*

s/Diane H. Walker
Diane H. Walker
*PRO SE* PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of October, 2012, I caused a true and correct copy of the foregoing to be filed via the ECF system, with notice of same being electronically served to the following:

Herbert C. (Lee) Phillips, Esq.
Park County Attorney
Hayes, Phillips, Hoffman & Carberry, P.C.
P.O. Box 1046
675 Main Street
Fairplay, CO 80440

      Transmitted via First Class U.S. Mail, proper postage prepaid, to the following:

| | |
|---|---|
| Samuel M. Walker | Diane H. Walker |
| P.O. Box 14085 | P.O. Box 59 |
| Colorado Springs, CO 80914 | Florissant, CO 80816 |
| ***Pro Se* Plaintiff** | ***Pro Se* Plaintiff** |

      s/Leslie Johnson
      Leslie Johnson