IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–03238–PAB–KMT

SAMUEL M WALKER, and
DIANE H WALKER,

    Plaintiffs,

v.

FRED WEGENER,
BOBBY PRIESTLY,
CINDY HARDEY,
REBECCA BRAMLETT,
AMY FRANCK,
JUAN GALLEGOS,
DEPT SGT BROWN,
PARK COUNTY, and
PARK COUNTY COMMISSIONERS,

    Defendants.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on the parties' "Joint Status Report."  (Doc. No. 52, filed Oct. 26, 2012.)  Therein, the parties agree that the stay of discovery entered in this case should remain in effect pending ruling on Defendants' Motion for Summary Judgment.  Because Defendants' Motion for Summary Judgment asserts that Defendants are entitled to qualified immunity from Plaintiffs' sole remaining claim, the court agrees that the stay of discovery should remain in effect.  *See, e.g., See Rome v. Romero,* 225 F.R.D. 640, 643 (D. Colo. 2004) ("a well-supported claim of qualified immunity should shield a defendant from unnecessary and burdensome discovery.") (internal quotations and citation omitted).

Therefore, it is ORDERED that all discovery in this action shall remained <u>stayed</u> pending ruling on Defendants' Motion for Summary Judgment (Doc. No. 51).  The parties shall file a joint status report no later than seven days after ruling on Defendants' Motion for Summary

Judgment, if any portion of this case remains pending, to advise whether the stay should be lifted and a scheduling conference should be set.

Dated: October 29, 2012