IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.      11-cv-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
SGT. BROWN, individual and official capacity
PARK COUNTY
JOHN TIGHE, individual and official capacity
DICK HODGES, individual and official capacity
MARK DOWALIBY, individual and official capacity
PARK COUNTY COMMISSIONERS
JOHN SUTHERS, individual and official capacity
DEBRA MCLIMANS, individual and official capacity

Defendants.

---

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

---

Defendants, Fred Wegener, Bobby (sic) Priestly, Cindy Hardey, Rebecca Bramlett, Amy Franck, Juan Gallegos, and Dep. Sgt. Brown, by and through Timothy P. Schimberg and Andrew R. McLetchie of Fowler, Schimberg & Flanagan, P.C., hereby submit their Motion for Extension of Time to File Their Reply in Support of Their Motion for Summary Judgment and in support thereof state as follows:

2

1. D.C.COLO.LCivR 7.1(a) Certification:  Undersigned counsel's office has conferred with *pro se* Plaintiff, Diane Walker, who is unopposed to the relief requested herein. Undersigned counsel's office has attempted to confer with the *pro se* Plaintiff, Samuel Walker, but has been unable to reach him via telephone and email.

2. D.C.COLO.LCivR 6.1(e) Certification:  As is reflected on the Certificate of Service hereto, a copy of this Motion was served on undersigned counsel's clients.

3. Practice Standard 1.G.2 Certification:  This Motion is being filed three business days prior to the deadline.

4. The current deadline to file Defendants' Reply in Support of their Motion for Summary Judgment is Monday, December 3, 2012.

5. Defendants request a one-week extension of time through and including Monday, December 10, 2012 by which to file their Reply in Support of their Motion for Summary Judgment.

6. At this time, counsel for Defendants are unable to complete the Reply Brief for the reasons set forth below.

7. Timothy P. Schimberg has contracted the flu and is unable to work.

8. Andrew R. McLetchie is out of state for a family emergency.

9. Under Fed.R.Civ.P. 6(b), an extension of time may be granted for cause shown. For all the foregoing reasons, there is good cause for this Motion.  No prior extensions have been requested for this Reply Brief.

WHEREFORE, Defendants respectfully request that the Court enter an Order allowing Defendants through and including Monday, December 10, 2012 by which to file their Reply in Support of their Motion for Summary Judgment.

Respectfully submitted this 29th day of November, 2012.

*(Original signature on file at the office of Fowler, Schimberg & Flanagan, P.C.)*

s/Andrew R. McLetchie
Timothy P. Schimberg
Andrew R. McLetchie

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEYS FOR PARK COUNTY DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2012, I caused a true and correct copy of the foregoing to be filed via the ECF system, with notice of same being electronically served to the following:

Herbert C. (Lee) Phillips, Esq.
Park County Attorney
Hayes, Phillips, Hoffman & Carberry, P.C.
P.O. Box 1046
675 Main Street
Fairplay, CO 80440

Transmitted via First Class U.S. Mail, proper postage prepaid, to the following:

| | |
|---|---|
| Samuel M. Walker | Diane H. Walker |
| P.O. Box 14085 | P.O. Box 59 |
| Colorado Springs, CO 80914 | Florissant, CO 80816 |
| *Pro Se* **Plaintiff** | *Pro Se* **Plaintiff** |

Transmitted via email to the following:

Fred Wegener
E-mail:  fwegener@parkco.us

Bobby Jo Priestly
E-mail:  bpriestly@parkco.us

Cindy Hardey
E-mail:  chardey@parkco.us

Rebecca Bramlett
E-mail:  rbramlett@parkco.us

Deputy Sgt. Mike Brown
E-mail:  mbrown@parkco.us

                        s/Leslie Johnson
                        Leslie Johnson