**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.     11-cv-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
SGT. BROWN, individual and official capacity
PARK COUNTY
JOHN TIGHE, individual and official capacity
DICK HODGES, individual and official capacity
MARK DOWALIBY, individual and official capacity
PARK COUNTY COMMISSIONERS
JOHN SUTHERS, individual and official capacity
DEBRA MCLIMANS, individual and official capacity

Defendants.

---

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE
THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

---

BEFORE ME is Defendants, Fred Wegener, Bobby (sic) Priestly, Cindy Hardey, Rebecca Bramlett, Amy Franck, Juan Gallegos, and Dep. Sgt. Brown's Motion for Extension of Time to File Their Reply in Support of Their Motion for Summary Judgment. IT IS HEREBY ORDERED that the Motion is Granted. The Defendants shall have through and including

December 10, 2012 by which to file their Reply in Support of their Motion for Summary Judgment.

Dated: _____

BY THE COURT:

_____
United States District Court Judge/
United States Magistrate Judge