IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     11-cv-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
SGT. BROWN, individual and official capacity
PARK COUNTY
JOHN TIGHE, individual and official capacity
DICK HODGES, individual and official capacity
MARK DOWALIBY, individual and official capacity
PARK COUNTY COMMISSIONERS
JOHN SUTHERS, individual and official capacity
DEBRA MCLIMANS, individual and official capacity

Defendants.

### AFFIDAVIT OF SERGEANT BOBBI JO PRIESTLY

1.  I am over eighteen years of age and have personal knowledge of the matters addressed herein.

2.  As my affidavit in support of the January 11, 2010 search warrant makes clear, I suspected that there were six deceased Husky dogs contained within a pit located on the Walkers' property.

EXHIBIT A

3. Based on my conversations with Brian Whelan and Debra Su Stevens, I believed that these six Husky dogs recently died and were potentially the victims of animal cruelty.

4. As my affidavit in support of the search warrant in support of the January 11, 2010 search warrant makes clear, I believed that these six dogs were: (1) Momma; (2) Bullet; (3) Cartwright; (4) Connie; (5) Wally; and (6) Viper.

5. As my affidavit makes clear, all of these dogs were alive on November 11, 2009.

6. The search warrant authorized us to search for those six deceased dogs.

7. When I executed the search warrant on January 13, 2010, my fellow Officers and I were able to retrieve four recently deceased Husky carcasses from the pit by using shovels.

8. Based on the state of decomposition of these Huskies, I suspected that these were four of the six Huskies that we were looking for.

9. We could not dig any further with shovels.

10. Accordingly, a backhoe was used to continue excavating the pit to attempt to find the two additional dogs that we were looking for.

11. We continued to uncover additional Husky remains. In some instances, we recovered bodies that were very decomposed. Based on the advanced state of the decomposition of these Husky carcasses, I did not believe that these were the two additional Husky dogs that I was looking for.

EXHIBIT A

12. We also continued to uncover a large number of dog bones and other animal bones. Again, because these remains were completely decomposed, I knew that they were not the dogs that I was looking for.

13. We did not find any additional Husky remains that I believed could be the two additional dogs that we were searching for.

Further affiant sayeth naught.

Dated this _____ day of December, 2012.

　　　　　　　　　　　　　　　　Sergeant Bobbi Jo Priestly

STATE OF COLORADO        )
                         ) ss.
COUNTY OF PARK           )

SUBSCRIBED AND SWORN to before me this 10 day of DEC, 2012, in the County of PARK, State of Colorado, by Sergeant Bobbi Jo Priestly.

WITNESS my hand and official seal.

My commission expires: 1-26-13

　　　　　　　　　　　　　　　　RJBdH
　　　　　　　　　　　　　　　　Notary Public

My Comm. Exp. 1-26-13

3

EXHIBIT A