IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 17 2012

JEFFREY P. COLWELL
CLERK

Civil Action No.   11-cv-03238-PAB-KMT   )
                                          )
                                          )
                                          )
Samuel M Walker, pro se                   )
Diane H Walker, pro se                    )
                                          )
Plaintiffs,                               )
                                          )
v.                                        )
                                          )
Fred Wagener, individual and official capacity   )
Bobby Priestly, individual and official capacity )
Cindy Hardy, individual and official capacity    )
Rebecca Bramlett, individual and official capacity )
Amy Franck, individual and official capacity     )
Juan Gallegos, individual and official capacity  )
Dep Sgt Brown, individual and official capacity  )
Park County                               )
Park County Commissioners                 )
Attorney General, Colorado, official capacity )
Park County Court Clerk                   )
                                          )
   Defendants                             )
                                          )

PLAINTIFFS' CHALLENGE TO DEFENDANTS' REPLY, *EXTENSION* AND MOTION FOR
DISMISSAL OF DEFENDANTS MOTION FOR SUMMARY JUDGEMENT

Plaintiffs, Samuel M Walker and Diane H Walker, pro se Plaintiffs, hereby submit their
Challenge to Defendants' Reply *EXTENSION* to Plaintiffs' Answer to Defendants Motion for Summary

Judgement and Move the court to dismiss Defendants' Motion for Summary Judgement with

cause, and in support thereof state as follows:

I   Introduction

The issue presented before the Court at this time is whether Defendants' Reply to Plaintiffs'

Answer to Defendants' Motion for Summary Judgement was timely.

## II  Standard of Review

Pursuant to the Court's directive, parties are proceeding under Fed.R.Civ.P. Rule 56 and Rule 5.

## III. Statement of Material Undisputed Facts

1. Plaintiffs' Answer to Defendants' Motion for Summary Judgement was served upon Defendants' on November 16, 2012.

2. Defendants' Reply to Plaintiffs' Answer is due to the Court no later than November 30, 2012 (14 days) in accordance with Fed R.Civ.P Rule 56 (c) (1) (C).

3. Plaintiffs' Service upon Defendants' was accomplished via USPS in accordance with Fed.R.Civ.P Rule 5 (b) (2) (C).

4. Plaintiffs' request to the Court for an Extension to the Reply due date was based upon an erroneous belief that the Reply due date was December 3, 2012.

5. Defendants' falsely stated in their certification that contact by phone to Plaintiff Samuel Walker was attempted.

6. Defendants' failed to meet their 3-day certification requirement per I C Colo L Civ R 6.1(e) Practice Standard 1.G.2.

## IV Argument

A. Defendants' failed to timely meet their three day requirement for request of extension to their November 30, 2012 due date per Rule 56 and provided false statements to the Court regarding alleged contact by phone attempts to Plaintiff Samuel Walker and misled the court regarding the correct Reply due date. The Court recorded receipt of the Extension mid day on November 30, 2012, yet this request for an Extension must be made 3 days prior to the required expiration date (per Defendants' reference source) or if after the date, justification for excusable neglect must be provided. Defendants' failed to provide justification for excusable neglect (Fed.R.Civ.P pg 14).

B. Request this Court to dismiss Defendants' Motion for Summary Judgement with Cause as a matter of law due to the submission of false information in their Certification and for failure to comply with Time Enlargement requirements to timely file their Reply prior to the Court's approval of the extension.

## CONCLUSION

Defendants' falsely represented to the Court phone contact was attempted with Plaintiff S Walker.

Defendants' falsely represented to the Court the Reply due date as December 3, 2012 and not November 30, 2012.

Defendants' failed to request a Reply due date extension 3 days prior to the November 30, 2012 due date in accordance to their Practice Standard.

Defendants' failed to provide justification for excusable neglect for failing to meet the Reply time enlargement requirements.

Request this Court Dismiss Defendants' Motion for Summary Judgement with Cause as a matter of law for providing false information in their certification to the Court and failure to comply with the Time Enlargement requirement prior to the Court's approval of the time extension.

Respectfully submitted,

*/s/ Samuel M Walker*
Samuel M Walker
POB 14085
Colorado Springs, CO 80914
703-674-8890 (c)
elksky@gmail.com

*/s/ Diane H Walker*
Diane H Walker
POB 59
Florissant, CO 80816
719-330-7325 (cell)
reddog0918@yahoo.com

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the Challenge to Defendants' Reply to Defendants Motion for Summary Judgement upon all parties or representing attorneys herein by depositing of same in the United States mail, first-class postage prepaid, at Colorado Springs, Colorado, this 15th day of December 2012 addressed as follows:

Name: Nancy Sease
Address: LIMON, Co

Fowler, Schimberg & Flanagan, PC
1640 Grant Street, Suite 150
Denver, CO 80203

US District Court
901 19th St, Rm A-105
Denver, CO 80294-3589