**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.     11-cv-03238-PAB-KMT

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
SGT. BROWN, individual and official capacity
PARK COUNTY
JOHN TIGHE, individual and official capacity
DICK HODGES, individual and official capacity
MARK DOWALIBY, individual and official capacity
PARK COUNTY COMMISSIONERS
JOHN SUTHERS, individual and official capacity
DEBRA MCLIMANS, individual and official capacity

Defendants.

---

**DEFENDANTS' RESPONSE TO "PLAINTIFFS' CHALLENGE TO DEFENDANTS'
REPLY EXTENSION AND MOTION FOR DISMISSAL OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT" [DOCKET NO. 62]**

---

Defendants, Fred Wegener, Bobby (sic) Priestly, Cindy Hardey, Rebecca Bramlett, Amy Franck, Juan Gallegos, and Dep. Sgt. Brown, by and through Timothy P. Schimberg and Andrew R. McLetchie of Fowler, Schimberg & Flanagan, P.C., hereby submit their Response to "Plaintiffs' Challenge to Defendants' Reply Extension and Motion for Dismissal of Defendants' Motion for Summary Judgment" [Docket No. 62] as follows:

1.	Plaintiffs' Response to Defendants' Motion for Summary Judgment was filed on November 19, 2012.  *See* Docket No. 56.  Defendants were served with a copy of that pleading via the ECF system on that same date.

2.	Defendants' Response was due fourteen days later on December 3, 2012.  *See* Fed.R.Civ.P. 6; D.C.COLO.LCivR 7.1(C).  Even if Plaintiffs' argument that Defendants were served via mail on November 16, 2012 was accepted, Defendants' Response would have been due seventeen days later on December 3, 2012.  *See* Fed.R.Civ.P. 6(d) (three extra days to respond if served by mail under Fed.R.Civ.P. 5(b)(2)(C)).[1]

3.	On November 29, 2012, Defendants filed a Motion for an Extension of Time to file their Reply Brief due to a family emergency and illness.  *See* Docket No. 58.  Plaintiff Diane Walker told counsel for Defendants that she was unopposed to the Motion.  Samuel Walker did not advise counsel what his position was until after the Motion had been filed.  Mr. Walker ultimately responded that he had no objection.  *See* Exhibit A.

4.	That Motion was filed more than three days before the due date before the filing of the Reply in Support of the Motion for Summary Judgment on December 3, 2012, consistent with Judge Brimmer's practice standards.

5.	On November 30, 2012, the Court granted that Motion for an Extension of Time allowing Defendants an extension through and including December 10, 2012, by which to file their Reply in Support of the Motion for Summary Judgment.  *See* Docket No. 60.

6.	Pursuant to that Order, Defendants timely filed a Reply Brief in support of their Motion for Summary Judgment on December 3, 2012.  *See* Docket No. 61.

---

[1] Defendants did not receive a copy of Plaintiffs' Response in the mail.

7. Defendants do not understand the basis of "Plaintiffs' Challenge to Defendants' Reply Extension and Motion for Dismissal of Defendants' Motion for Summary Judgment" other than that Plaintiffs are making some type of argument that the Reply Brief was untimely.

8. For all the foregoing reasons, the Reply Brief was in fact timely and "Plaintiffs' Challenge to Defendants' Reply Extension and Motion for Dismissal of Defendants' Motion for Summary Judgment," which will be presumably construed as a Motion to Strike, should be denied.

9. Plaintiffs did not confer with Defendants regarding the relief requested in their "Challenge" pursuant to D.C.COLO.LCivR 7.1(a).

Respectfully submitted this 18th day of December, 2012.

*(Original signature on file at the office of Fowler, Schimberg & Flanagan, P.C.)*

s/Timothy P. Schimberg
Timothy P. Schimberg
Andrew R. McLetchie

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEYS FOR PARK COUNTY DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December, 2012, I caused a true and correct copy of the foregoing to be filed via the ECF system, with notice of same being electronically served to the following:

Herbert C. (Lee) Phillips, Esq.
Park County Attorney
Hayes, Phillips, Hoffman & Carberry, P.C.
P.O. Box 1046
675 Main Street
Fairplay, CO 80440


Transmitted via First Class U.S. Mail, proper postage prepaid, to the following:

| | |
|---|---|
| Samuel M. Walker | Diane H. Walker |
| P.O. Box 14085 | P.O. Box 59 |
| Colorado Springs, CO 80914 | Florissant, CO 80816 |
| *Pro Se* **Plaintiff** | *Pro Se* **Plaintiff** |


                                                s/Leslie Johnson