**Leslie Johnson**

**From:** Elk Sky [elksky@gmail.com]
**Sent:** Friday, November 30, 2012 7:39 PM
**To:** Leslie Johnson
**Cc:** reddog0918@yahoo.com
**Subject:** Re: Walker, et al. v. Wagener, et al.

No objections, it's due next Fri 12/7/12.
....Sam

Sent from my iPhone

On Nov 29, 2012, at 1:09 PM, Leslie Johnson <L_Johnson@fsf-law.com> wrote:

> I would like to get your position regarding a one week extension of time to file Defendants' Reply in support of their Motion for Summary Judgment. Tim is currently out of the office ill and Andy has had to leave the state for a family emergency. Please advise if you oppose or are unopposed to the requested extension. Thank you.
>
> *Leslie Johnson*
> Paralegal/Legal Assistant
> Fowler, Schimberg & Flanagan, P.C.
> 1640 Grant Street
> Denver, CO 80203
> Phone: 303-298-8603
> Fax: 303-298-8748
>
> CONFIDENTIALITY NOTICE
>
> This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged. This information is intended only for the use of the individual or entity to whom this electronic mail transmission was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

12/18/2012



EXHIBIT A