### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.      11-cv-03238-RPM

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
SGT. BROWN, individual and official capacity
PARK COUNTY
JOHN TIGHE, individual and official capacity
DICK HODGES, individual and official capacity
MARK DOWALIBY, individual and official capacity
PARK COUNTY COMMISSIONERS
JOHN SUTHERS, individual and official capacity
DEBRA MCLIMANS, individual and official capacity

Defendants.

## JOINT STATUS REPORT

The parties, by and through the undersigned, hereby submit this Joint Status Report pursuant to the Court's Order dated May 15, 2013 and in support thereof state as follows:

1.    The Plaintiffs own property in Park County, Colorado on which they housed dogs. During late 2009 and early 2010, the Park County Defendants searched the property, seized certain property, and eventually arrested the Plaintiffs for animal cruelty. The Plaintiffs pled guilty to misdemeanor counts of animal cruelty in state court. In this action, the *pro se* Plaintiffs

assert various § 1983 claims against the Defendants for alleged violations of various constitutional rights related to the search, seizure, arrest, and prosecution.

2.     The Attorney General and Park County Clerk of Court Debra McLimans filed a Motion to Dismiss, which the Magistrate Judge recommended be granted.  *See* Docket No. 21. The District Court accepted that recommendation and dismissed the claims against the Attorney General and Park County Clerk of Court Debra McLimans.  *See* Docket No. 32.

3.     Defendants Park County (sic), the Park County Commissioners (sic), Fred Wegener, Bobby (sic) Priestly, Cindy Hardey, Rebecca Bramlett, and Dep. Sgt. Brown ("the Park County Defendants") filed a Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) and Defendants Fred Wegener, Bobby (sic) Priestly, Cindy Hardey, Rebecca Bramlett, Amy Franck, Juan Gallegos, and Dep. Sgt. Brown ("the Individual Defendants") filed a Motion to Dismiss on that same date pursuant to Fed.R.Civ.P. 12(b)(1) based on qualified immunity grounds.  *See* Docket Nos. 14 and 15.

4.     The Magistrate Judge recommended that all of the claims against the County Defendants be dismissed and that all of the claims against the Individual Defendants be dismissed with the exception of a claim for an alleged Fourth Amendment violation concerning a search that occurred in early January 2010.  *See e.g.,* Magistrate Judge Recommendation at 36-37; 46-47.  Docket No. 46.

5.     The Individual Defendants objected to the Magistrate Judge's Recommendation and the District Court Judge entered an Order adopting the Recommendation under Rule 12 grounds, but permitting the Park County Defendants to file a Motion for Summary Judgment

regarding the January 10, 2010 search, which is the sole remaining claim for relief.  *See* Docket No. 46.

6. Accordingly, there is one § 1983 claim remaining in this case against the Individual Defendants for an alleged violation of the Fourth Amendment that occurred in early January 2010.  *See* Docket No. 46.

7. On October 25, 2012, the Individual Defendants filed a Motion for Summary Judgment regarding the sole remaining claim.  *See* Docket No. 51.

8. Plaintiffs filed a Response to that Motion for Summary Judgment on November 19, 2012.  *See* Docket No. 56.

9. The Defendants filed a Reply in support of that Motion for Summary Judgment on December 10, 2012.

10. That Motion for Summary Judgment has not been referred to the Magistrate Judge.

11. Accordingly, the Motion for Summary Judgment regarding the sole remaining claim for relief in this case is fully briefed and ripe for decision.

12. The case has been stayed pending resolution of that Motion for Summary Judgment.  *See* Docket No. 55.

Respectfully submitted this 23rd day of May, 2013.

*(Original signature on file at the office of Fowler, Schimberg & Flanagan, P.C.)*

s/Timothy P. Schimberg
Timothy P. Schimberg
Andrew R. McLetchie

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEYS FOR PARK COUNTY
DEFENDANTS


*(Original signature on file with pro se Plaintiff)*

s/Samuel M. Walker
Samuel M. Walker
*PRO SE* PLAINTIFF



*(Original signature on file with pro se Plaintiff)*

s/Diane H. Walker
Diane H. Walker
*PRO SE* PLAINTIFF

4

5

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2013, I caused a true and correct copy of the foregoing to be filed via the ECF system, with notice of same being electronically served to the following:

Herbert C. (Lee) Phillips, Esq.
Park County Attorney
Hayes, Phillips, Hoffman & Carberry, P.C.
P.O. Box 1046
675 Main Street
Fairplay, CO 80440


Transmitted via email to the following:

| | |
|---|---|
| Samuel M. Walker | Diane H. Walker |
| P.O. Box 14085 | P.O. Box 59 |
| Colorado Springs, CO 80914 | Florissant, CO 80816 |
| *Pro Se* **Plaintiff** | *Pro Se* **Plaintiff** |

s/Leslie Johnson
Leslie Johnson