**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-03238-RM-KMT

SAMUEL M. WALKER, and
DIANE H. WALKER,

      Plaintiffs,

v.

FRED WEGENER, individual and official capacity,
BOBBI PRIESTLY, individual and official capacity,
CINDY HARDEY,individual and official capacity,
REBECCA BRAMLETT, individual and official capacity,
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
SGT BROWN, individual and official capacity
PARK COUNTY,
JOHN TIGHE, individual and official capacity
DICK HODGES, individual and official capacity
MARK DOWALIBY, individual and official capacity
PARK COUNTY COMMISSIONERS,
JOHN SUTHERS, individual and official capacity, and
DEBRA MCLIMANS, individual and official capacity,

      Defendants.

---

## FINAL JUDGMENT

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the Order Adopting Recommendation of Magistrate Judge [Doc. No. 68, filed January 6, 2014], it is

      ORDERED that Recommendation of United States Magistrate Judge [Doc. No. 67, filed June 14, 2013] is ADOPTED in its entirety. It is further

ORDERED that Defendants' Motion for Summary Judgment [Doc. No. 51, filed October 25, 2012] is GRANTED.

Dated at Denver, Colorado this 13th day of January, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler

Edward P. Butler
Deputy Clerk