# ITEMIZATION OF OTHER COSTS

| | |
|---|---|
| Research (Westlaw and CoCourts.com) | $1,565.00 |
| Long Distance Telephone Calls | $3.93 |
| Postage | $119.46 |
| Travel – Mileage | $87.92 |

MPAR10   00000   PARK/WALK                           Invoice#   19389        Page   2

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/20/2012 | Research Fee: Westlaw Charges on 01/20/12, 01/21/12 & 01/23/12 | 924.13 |
| 02/27/2012 | USPS/Fed Ex/UPS or Other Postage | 0.90 |
| 02/29/2012 | USPS/Fed Ex/UPS or Other Postage | 0.45 |
| 03/07/2012 | USPS/Fed Ex/UPS or Other Postage | 0.90 |
| 03/07/2012 | USPS/Fed Ex/UPS or Other Postage | 2.60 |
| 03/14/2012 | USPS/Fed Ex/UPS or Other Postage | 0.45 |
| 03/23/2012 | USPS/Fed Ex/UPS or Other Postage | 0.45 |
| 03/27/2012 | USPS/Fed Ex/UPS or Other Postage | 0.45 |
| 04/03/2012 | Research Fees: Westlaw Charges on 04/03/12 & 04/30/12 | 94.38 |
| 04/04/2012 | Research Fees - PACER: Colorado District Court | 4.32 |
| 04/06/2012 | Photocopy Expenses | 6.90 |
| 04/17/2012 | Laser printing Expenses | 3.60 |
| 04/17/2012 | Research Fees: Westlaw charges on 04/17/12 & 04/23/12 | 322.79 |
| 04/20/2012 | Laser printing Expenses | 1.10 |
| 04/20/2012 | Laser printing Expenses | 1.70 |
| 04/23/2012 | Laser printing Expenses | 1.30 |
| 04/23/2012 | Research Fees: Westlaw charges on 04/23/12, 04/24/12, & 04/25/12 | 155.13 |
| 04/23/2012 | Research Fees: Westlaw charges on 04/23/12 | 56.73 |
| 04/24/2012 | Laser printing Expenses | 1.90 |
| 04/25/2012 | Laser printing Expenses | 1.00 |

MPAR10   00000   PARK/WALK                  Invoice#   19389        Page  3

| Date | Description | Amount |
|---|---|---:|
| 04/25/2012 | Laser printing Expenses | 1.90 |
| 04/25/2012 | Research Fees: Westlaw charges on 04/23/12 | 4.84 |
| 05/04/2012 | Photocopy Expenses | 3.40 |
| 05/04/2012 | USPS/Fed Ex/UPS or Other Postage | 12.60 |
| 05/07/2012 | Color Copies @ $1.00 Copy of Plaintiffs' First Amended Complaint | 324.00 |
| 05/07/2012 | Photocopy Expenses | 45.70 |
| 05/07/2012 | USPS/Fed Ex/UPS or Other Postage | 46.80 |
| **TOTAL EXPENSES** | | **$2,020.42** |

| | | | | | |
|---|---|---|---|---|---|
| Totals for Day 01/20/2012 | | | | | |
| Day 01/21/2012 | 4 | | | | |
| Totals for Included | 4 | 338.00 USD | 72.62 USD | 2.63 USD | 75.25 USD |
| Totals for Day 01/21/2012 | | 338.00 USD | 72.62 USD | 2.63 USD | 75.25 USD |
| Day 01/23/2012 | 15 | | | | |
| Totals for Included | 15 | 1,013.00 USD | 217.66 USD | 7.88 USD | 225.53 USD |
| Totals for Day 01/23/2012 | | 1,013.00 USD | 217.66 USD | 7.88 USD | 225.53 USD |
| Totals for User Name MCLETCHIE,ANDREW (6802137) | 40 | 2,950.00 USD | 633.85 USD | 22.94 USD | 656.79 USD |
| Totals for Client PARK COUNTY | 59 | 2,950.00 USD | 633.85 USD | 22.94 USD | 656.79 USD |
| Client PUMP / MOON | 59 | 4,301.00 USD | 924.13 USD | 33.45 USD | 957.58 USD |
| User Name STALDER,JEFF (6802139) | | 4,301.00 USD | 924.13 USD | 33.45 USD | 957.58 USD |

| | | | | | |
|---|---|---|---|---|---|
| Day 04/23/2012 | 17 | 1,763.40 USD | 189.84 USD | 6.87 USD | 196.71 USD |
| Totals for Included | | 1,763.40 USD | 189.84 USD | 6.87 USD | 196.71 USD |
| Totals for Day 04/23/2012 | 8 | | | | |
| Totals for User Name MCLETCHIE,ANDREW (6802137) | 8 | 1,235.00 USD | 132.95 USD | 4.81 USD | 137.76 USD |
| | | 1,235.00 USD | 132.95 USD | 4.81 USD | 137.76 USD |
| Totals for Client PARK WALK | 25 | 2,998.40 USD | 322.79 USD | 11.68 USD | 334.47 USD |
| Client PARK-WALK | 25 | 2,998.40 USD | 322.79 USD | 11.68 USD | 334.47 USD |
| User Name MCLETCHIE,ANDREW (6802137) | | | | | |
| Day 04/23/2012 | | | | | |
| Totals for Included | 6 | | | | |
| Totals for Day 04/23/2012 | 6 | 688.00 USD | 74.07 USD | 2.68 USD | 76.75 USD |
| Day 04/24/2012 | | 688.00 USD | 74.07 USD | 2.68 USD | 76.75 USD |
| Totals for Included | 3 | | | | |
| Totals for Day 04/24/2012 | 3 | 37.00 USD | 3.98 USD | 0.14 USD | 4.13 USD |
| Day 04/25/2012 | | 37.00 USD | 3.98 USD | 0.14 USD | 4.13 USD |
| Totals for Included | 4 | | | | |
| Totals for Day 04/25/2012 | 4 | 716.00 USD | 77.08 USD | 2.79 USD | 79.87 USD |
| Totals for User Name MCLETCHIE,ANDREW (6802137) | | 716.00 USD | 77.08 USD | 2.79 USD | 79.87 USD |
| Totals for Client PARK-WALK | 13 | 1,441.00 USD | 155.13 USD | 5.62 USD | 160.74 USD |
| Client PARK/WALK | 13 | 1,441.00 USD | 155.13 USD | 5.62 USD | 160.74 USD |
| User Name JOHNSON,LESLIE A (10323472) | | | | | |
| Day 04/25/2012 | | | | | |
| Totals for Included | 3 | | | | |
| Totals for Day 04/25/2012 | 3 | 45.00 USD | 4.84 USD | 0.18 USD | 5.02 USD |
| Totals for User Name JOHNSON,LESLIE A (10323472) | 3 | 45.00 USD | 4.84 USD | 0.18 USD | 5.02 USD |
| Totals for Client PARK/WALK | 3 | 45.00 USD | 4.84 USD | 0.18 USD | 5.02 USD |
| Client PARKWALK | | 45.00 USD | 4.84 USD | 0.18 USD | 5.02 USD |
| User Name MCLETCHIE,ANDREW (6802137) | | | | | |
| Day 04/23/2012 | | | | | |
| Totals for Included | 6 | | | | |
| Totals for Day 04/23/2012 | 6 | 527.00 USD | 56.73 USD | 2.05 USD | 58.79 USD |
| Totals for User Name MCLETCHIE,ANDREW | | 527.00 USD | 56.73 USD | 2.05 USD | 58.79 USD |

https://www.quickview.com/Reports/UsageReportPrintable.aspx

6/25/2012



MPAR10   00000   PARK/WALK                              Invoice#   20052          Page   3

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 09/04/2012 | USPS/Fed Ex/UPS or Other Postage | 3.40 |
| 09/13/2012 | USPS/Fed Ex/UPS or Other Postage | 2.10 |
| 10/19/2012 | Photocopy Expenses | 0.20 |
| 10/19/2012 | USPS/Fed Ex/UPS or Other Postage | 1.35 |
| 10/22/2012 | Photocopy Expenses | 0.80 |
| 10/25/2012 | USPS/Fed Ex/UPS or Other Postage | 1.35 |
| 10/25/2012 | USPS/Fed Ex/UPS or Other Postage | 3.00 |
| 10/29/2012 | Photocopy Expenses | 2.70 |
| 10/29/2012 | USPS/Fed Ex/UPS or Other Postage | 3.00 |
| 10/29/2012 | Photocopy Expenses | 1.20 |
| 11/06/2012 | USPS/Fed Ex/UPS or Other Postage | 0.45 |
| 11/19/2012 | Photocopy Expenses | 4.20 |
| 11/27/2012 | USPS/Fed Ex/UPS or Other Postage | 0.90 |
| 11/29/2012 | Photocopy Expenses | 1.20 |
| 12/05/2012 | USPS/Fed Ex/UPS or Other Postage | 0.90 |
| 12/05/2012 | Photocopy Expenses | 1.20 |
| 12/06/2012 | Photocopy Expenses | 1.00 |
| 12/06/2012 | Photocopy Expenses | 1.20 |
| 12/06/2012 | Photocopy Expenses | 1.10 |
| 12/10/2012 | USPS/Fed Ex/UPS or Other Postage | 1.70 |

| MPAR10 | 00000 | PARK/WALK | Invoice# 20052 | Page 4 |

| Date | Description | Amount |
|---|---|---|
| 12/17/2012 | USPS/Fed Ex/UPS or Other Postage | 0.90 |
| 12/18/2012 | Photocopy Expenses | 1.00 |
| | TOTAL EXPENSES | $34.85 |

MPAR10   00000   PARK/WALK                             Invoice# 20963        Page 2

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 05/13/2013 | E108 - USPS/Fed Ex/UPS or Other Postage | 0.92 |
| 05/20/2013 | E108 - USPS/Fed Ex/UPS or Other Postage | 0.92 |
| 05/22/2013 | Photocopy Expenses | 1.70 |
| 05/22/2013 | Photocopy Expenses | 4.80 |
| 05/22/2013 | E108 - USPS/Fed Ex/UPS or Other Postage | 1.32 |
| 05/23/2013 | Photocopy Expenses | 1.20 |
| 06/14/2013 | Photocopy Expenses | 3.20 |
| 06/17/2013 | Photocopy Expenses | 1.60 |
| 06/17/2013 | E108 - USPS/Fed Ex/UPS or Other Postage | 3.04 |
| 06/18/2013 | Photocopy Expenses | 3.20 |
| **TOTAL EXPENSES** | | **$21.90** |

MPAR10   00000   PARK/WALK                    Invoice#  19542        Page  3

EXPENSES

| Date | Description | Amount |
|---|---|---:|
| 06/27/2012 | USPS/Fed Ex/UPS or Other Postage <br> .45 x 2 = .90 | 0.90 |
| 09/12/2012 | Laser printing Expenses | 1.00 |
| 09/13/2012 | Photocopy Expenses | 3.80 |
| 09/13/2012 | Laser printing Expenses | 1.40 |
| TOTAL EXPENSES | | $7.10 |

MPAR10    00000    PARK/WALK                    Invoice#  18919      Page  3

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 03/07/2012 | Photocopy Expenses | 3.20 |
| 03/23/2012 | Photocopy Expenses | 0.10 |
| 03/28/2012 | Photocopy Expenses | 6.90 |
| 03/28/2012 | Laser printing Expenses | 3.60 |
| 03/28/2012 | Laser printing Expenses | 3.30 |
| **TOTAL EXPENSES** | | **$17.10** |

MPAR10    00000    PARK/WALK                              Invoice#  18597      Page  6

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 12/16/2011 | USPS/Fed Ex/UPS or Other Postage | 0.88 |
| 12/27/2011 | AT&T; Long Distance | 1.28 |
| 12/27/2011 | Laser printing Expenses | 6.60 |
| 01/02/2012 | Photocopy Expenses | 0.10 |
| 01/02/2012 | USPS/Fed Ex/UPS or Other Postage | 0.44 |
| 01/03/2012 | Photocopy Expenses | 3.60 |
| 01/10/2012 | Laser printing Expenses | 4.60 |
| 01/10/2012 | Laser printing Expenses | 1.00 |

MPAR10   00000   PARK/WALK                    Invoice# 18597        Page 7

| Date | Description | Amount |
|---|---|---|
| 01/10/2012 | Laser printing Expenses | 1.80 |
| 01/19/2012 | Photocopy Expenses | 1.10 |
| 01/19/2012 | USPS/Fed Ex/UPS or Other Postage | 0.64 |
| 01/23/2012 | Photocopy Expenses | 1.70 |
| 01/23/2012 | Photocopy Expenses | 0.40 |
| 01/23/2012 | Photocopy Expenses | 0.90 |
| 01/23/2012 | Photocopy Expenses | 0.40 |
| 01/23/2012 | Photocopy Expenses | 0.40 |
| 01/23/2012 | Photocopy Expenses | 0.10 |
| 01/23/2012 | Photocopy Expenses | 1.10 |
| 01/23/2012 | Photocopy Expenses | 1.60 |
| 01/23/2012 | Laser printing Expenses | 1.10 |
| 01/23/2012 | Laser printing Expenses | 2.20 |
| 01/23/2012 | Laser printing Expenses | 1.70 |
| 01/23/2012 | Laser printing Expenses | 1.10 |
| 01/23/2012 | Laser printing Expenses | 1.60 |
| 01/23/2012 | Laser printing Expenses | 1.70 |
| 01/23/2012 | Laser printing Expenses | 1.70 |
| 01/23/2012 | Laser printing Expenses | 1.70 |
| 01/23/2012 | Laser printing Expenses | 2.00 |
| 01/23/2012 | Laser printing Expenses | 1.70 |
| 01/23/2012 | Research Fees - Two CoCourt searches at $7.00 each | 14.00 |
| 01/24/2012 | Photocopy Expenses | 8.40 |
| 01/24/2012 | Photocopy Expenses | 10.20 |
| 01/24/2012 | USPS/Fed Ex/UPS or Other Postage | 19.70 |
| 01/27/2012 | AT&T; Long Distance | 2.65 |
| 01/30/2012 | USPS/Fed Ex/UPS or Other Postage | 0.90 |
| 01/31/2012 | Photocopy Expenses | 0.60 |
| 01/31/2012 | USPS/Fed Ex/UPS or Other Postage | 0.90 |
| 02/02/2012 | Photocopy Expenses | 1.30 |
| 02/02/2012 | USPS/Fed Ex/UPS or Other Postage | 3.80 |
| 02/17/2012 | USPS/Fed Ex/UPS or Other Postage | 0.45 |
| 02/27/2012 | Photocopy Expenses | 0.40 |
| **TOTAL EXPENSES** | | **$108.44** |

# FOWLER, SCHIMBERG & FLANAGAN, P.C.

## BREAKDOWN OF EXPENSES CHARGED TO CLIENT

**NAME:** TIM SCHIMBERG

**MONTH:** DECEMBER, 2011

| DATE | TIM'S DESCRIPTION | STARTING LOCATION | ENDING LOCATION | MILEAGE | IRS RATE | CASH | NOTES |
|---|---|---|---|---|---|---|---|
| 12/28/11 | Travel to Fairplay, CO to meet with clients | FSF | Park County Sheriff's Office 1180 CR 16 Fairplay, CO 80440 | 86.2 miles | $ .51 | $ 43.96 | Per TPS vmm left with KC on 1-12-12 at 5:28 p.m. (see attached) |
| 12/28/11 | Return to Denver from Fairplay, CO | Park County Sheriff's Office 1180 CR 16 Fairplay, CO 80440 | FSF | 86.2 miles | $ .51 | $ 43.96 | Per TPS vmm left with KC on 1-12-12 at 5:28 p.m. (see attached) |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |