# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.     11-cv-03238-RPM

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,

v.

FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
SGT. BROWN, individual and official capacity
PARK COUNTY
JOHN TIGHE, individual and official capacity
DICK HODGES, individual and official capacity
MARK DOWALIBY, individual and official capacity
PARK COUNTY COMMISSIONERS
JOHN SUTHERS, individual and official capacity
DEBRA MCLIMANS, individual and official capacity

Defendants.

## D.C.COLO.LCIVR. 54.1 CERTIFICATION

Defendants, Fred Wegener, Bobby (sic) Priestly, Cindy Hardey, Rebecca Bramlett, Amy Franck, Juan Gallegos, Dep. Sgt. Brown, Park County, and Park County Commissioners, by and through Timothy P. Schimberg and Andrew R. McLetchie of Fowler, Schimberg & Flanagan, P.C., hereby certify that they have conferred with the *pro se* Plaintiffs and made a reasonable effort to confer with the *pro se* Plaintiffs to resolve disputes regarding costs.  Despite such reasonable efforts, to date, the parties have been unable to resolve their disputes.  Additionally,

Defendants hereby certify that they conferred with the *pro se* Plaintiffs regarding the hearing before the Clerk regarding the Bill of Costs.

Respectfully submitted this 28th day of January, 2014.

    *(Original signature on file at the office of Fowler, Schimberg & Flanagan, P.C.)*

    s/Andrew R. McLetchie
    Timothy P. Schimberg
    Andrew R. McLetchie

    FOWLER, SCHIMBERG & FLANAGAN, P.C.
    1640 Grant Street, Suite 150
    Denver, Colorado 80203
    (303) 298-8603

    ATTORNEYS FOR PARK COUNTY
    DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of January, 2014, I caused a true and correct copy of the foregoing to be filed via the ECF system, with notice of same being electronically served to the following:

Herbert C. (Lee) Phillips, Esq.
Park County Attorney
Hayes, Phillips, Hoffman & Carberry, P.C.
P.O. Box 1046
675 Main Street
Fairplay, CO 80440


Transmitted via First Class U.S. Mail, proper postage prepaid, and email to the following:

| | |
|---|---|
| Samuel M. Walker | Diane H. Walker |
| P.O. Box 14085 | P.O. Box 59 |
| Colorado Springs, CO 80914 | Florissant, CO 80816 |
| elksky@gmail.com | reddog0918@yahoo.com |
| *Pro Se* **Plaintiff** | *Pro Se* **Plaintiff** |


s/Leslie Johnson
Leslie Johnson