**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.        11-cv-03238-RPM

SAMUEL M. WALKER, pro se
DIANE H. WALKER, pro se

Plaintiffs,


v.


FRED WEGENER, individual and official capacity
BOBBY PRIESTLY, individual and official capacity
CINDY HARDEY, individual and official capacity
REBECCA BRAMLETT, individual and official capacity
AMY FRANCK, individual and official capacity
JUAN GALLEGOS, individual and official capacity
SGT. BROWN, individual and official capacity
PARK COUNTY
JOHN TIGHE, individual and official capacity
DICK HODGES, individual and official capacity
MARK DOWALIBY, individual and official capacity
PARK COUNTY COMMISSIONERS
JOHN SUTHERS, individual and official capacity
DEBRA MCLIMANS, individual and official capacity

Defendants.

---

**NOTICE OF WITHDRAWAL OF PARK COUNTY DEFENDANTS' BILL OF COSTS**

---

Defendants, Fred Wegener, Bobby (sic) Priestly, Cindy Hardey, Rebecca Bramlett, Amy Franck, Juan Gallegos, Dep. Sgt. Brown, Park County, and Park County Commissioners, by and through their attorneys, Timothy P. Schimberg and Andrew R. McLetchie of Fowler, Schimberg & Flanagan, P.C., hereby withdraw their Bill of Costs based upon an agreement reached with Plaintiffs.

1.      The Defendants have agreed to withdraw their Bill of Costs in exchange for Plaintiffs' agreement not to file an appeal.  A copy of the letter agreement between the parties reflecting this agreement is attached hereto as <u>Exhibit A</u>.

Respectfully submitted this 7th day of March, 2014.

*(Original signature on file at the office of Fowler, Schimberg & Flanagan, P.C.)*

*/s/ Andrew R. McLetchie*

Timothy P. Schimberg
Andrew R. McLetchie

FOWLER, SCHIMBERG & FLANAGAN, P.C.
1640 Grant Street, Suite 150
Denver, Colorado 80203
(303) 298-8603

ATTORNEYS FOR PARK COUNTY
DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2014, I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF PARK COUNTY DEFENDANTS' BILL OF COSTS** to be filed via the ECF system, with notice of same being electronically served to the following:

Herbert C. (Lee) Phillips, Esq.
Park County Attorney
Hayes, Phillips, Hoffman & Carberry, P.C.
P.O. Box 1046
675 Main Street
Fairplay, CO 80440


Transmitted via First Class U.S. Mail, proper postage prepaid, to the following:

Samuel M. Walker                    Diane H. Walker
P.O. Box 14085                      P.O. Box 673
Colorado Springs, CO 80914          Florissant, CO 80816
***Pro Se* Plaintiff**              ***Pro Se* Plaintiff**


*(Original signature on file at the office of Fowler, | Schimberg & Flanagan, P.C.)*

*/s/ Kala Cyganiewicz*

Kala Cyganiewicz