## LAW OFFICES OF
# FOWLER, SCHIMBERG & FLANAGAN
### PROFESSIONAL CORPORATION

DANIEL M. FOWLER[1]
TIMOTHY P. SCHIMBERG
TIMOTHY J. FLANAGAN[2]
JEFFERY B. STALDER
ADAM B. LINTON
ANDREW R. MCLETCHIE
BRIAN E. WIDMANN
ANDREA M. BRONSON
MAX S. GAD

1640 GRANT STREET
DENVER, COLORADO 80203
TELEPHONE: (303) 298-8603
TELEFAX: (303) 298-8748
INTERNET: LAWFIRM@FSF-LAW.COM

AFFILIATED OFFICE:
PAUL J. TADDUNE, P.C.
323 WEST MAIN, SUITE 301
ASPEN, COLORADO 81611
TELEPHONE: (970) 925-9190
TELEFAX: (970) 925-9199

[1] ALSO ADMITTED IN WYOMING
[2] ALSO ADMITTED IN WYOMING AND MONTANA

February 7, 2014

*[handwritten: Note: A]*

**VIA U.S. MAIL & E-MAIL**

Mr. Samuel M. Walker
P.O. Box 14085
Colorado Springs, CO 80914
elksky@gmail.com
reddog0918@yahoo.com

Mrs. Diane H. Walker
P.O. Box ~~59~~ 673
Florissant, CO 80816

Re:   *Samuel M. Walker, et al. v. Fred Wegener, et al.*

Dear Mr. and Mrs. Walker:

This will confirm our agreement to fully and finally resolve this matter. As we have agreed, we will withdraw our Bill of Costs in exchange for your agreement not to file an appeal. In the event you have already filed an appeal, but not served us with a copy, you agree to dismiss that appeal with prejudice. Please sign below to indicate your agreement and return a signed copy of this letter agreement to us. Upon receipt of this signed letter agreement from both of you, we will file a Notice withdrawing our Bill of Costs with prejudice. Please contact us with any questions or concerns you may have.

Sincerely,

*/s/ Timothy P. Schimberg*
Timothy P. Schimberg
t_schimberg@fsf-law.com
Andrew R. McLetchie
a_mcletchie@fsf-law.com

ARM/laj

AGREED AND ACCEPTED:

_/s/ Samuel M Walker_  2/14/14
Samuel M. Walker        Date

_____  _____
Diane H. Walker         Date

*[handwritten: Signed copy sent to Diane 2/14/14]*

**EXHIBIT A**

LAW OFFICES OF

# FOWLER, SCHIMBERG & FLANAGAN

DANIEL M. FOWLER[1]
TIMOTHY P. SCHIMBERG
TIMOTHY J. FLANAGAN[2]
JEFFERY B. STALDER
ADAM B. LINTON
ANDREW R. MCLETCHIE
BRIAN E. WIDMANN
ANDREA M. BRONSON
MAX S. GAD

PROFESSIONAL CORPORATION
1640 GRANT STREET
DENVER, COLORADO 80203
TELEPHONE: (303) 298-8603
TELEFAX: (303) 298-8748
INTERNET. LAWFIRM@FSF-LAW.COM

AFFILIATED OFFICE,
PAUL J. TADDUNE, P.C.
323 WEST MAIN, SUITE 301
ASPEN, COLORADO 81611
TELEPHONE: (970) 925-9190
TELEFAX: (970) 925-9199

1 ALSO ADMITTED IN WYOMING
2 ALSO ADMITTED IN WYOMING AND MONTANA

February 7, 2014

**VIA U.S. MAIL & E-MAIL**

Mr. Samuel M. Walker
P.O. Box 14085
Colorado Springs, CO 80914
elksky@gmail.com
reddog0918@yahoo.com

Mrs. Diane H. Walker
P.O. Box 59
Florissant, CO 80816

Re:   *Samuel M. Walker, et al. v. Fred Wegener, et al.*

Dear Mr. and Mrs. Walker:

This will confirm our agreement to fully and finally resolve this matter. As we have agreed, we will withdraw our Bill of Costs in exchange for your agreement not to file an appeal. In the event you have already filed an appeal, but not served us with a copy, you agree to dismiss that appeal with prejudice. Please sign below to indicate your agreement and return a signed copy of this letter agreement to us. Upon receipt of this signed letter agreement from both of you, we will file a Notice withdrawing our Bill of Costs with prejudice. Please contact us with any questions or concerns you may have.

Sincerely,

Timothy P. Schimberg
t_schimberg@fsf-law.com
Andrew R. McLetchie
a_mcletchie@fsf-law.com

ARM/laj

AGREED AND ACCEPTED:

_____   _____          _____  3/5/14
Samuel M. Walker           Date           Diane H. Walker         Date

**EXHIBIT A**